IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH AND URSY A. VITALE : | |
| : | NO. 2:15-cv-01815-RAL |
| v. : | |
| : | JURY TRIAL DEMANDED |
| ELECTROLUX HOME PRODUCTS, INC. : | |

**DEFENDANT, ELECTROLUX HOME PRODUCTS, INC.'S MOTION
TO PRECLUDE TESTIMONY OF MICHAEL R. STODDARD, JR.
AND WILLIAM J. VIGILANTE, JR., PH.D.**

Defendant, Electrolux Home Products, Inc. ("Electrolux"), by and through its counsel, Nicolson Law Group LLC, files the within Motion to preclude the testimony of Plaintiffs' experts, Michael R. Stoddard, Jr. and William J. Vigilante, Jr., Ph.D. and avers as follows:

1. Electrolux hereby moves this Honorable Court for an entry of an Order precluding the testimony of Plaintiffs' experts, Michael R. Stoddard, Jr. and William J. Vigilante, Jr., Ph.D. at trial.

2. In support thereof, Electrolux simultaneously files herewith and incorporates herein by reference its supporting Memorandum of Law.

Respectfully submitted,

NICOLSON LAW GROUP LLC

BY:   /s/ Melissa L. Yemma
CHERYL M. NICOLSON, ESQUIRE
Attorney I.D. No. 57422
MELISSA L. YEMMA, ESQUIRE
Attorney I.D. No. 92194
Rose Tree Corporate Center II
1400 N. Providence Road, Suite 6035
Media, PA 19063
(610) 891-0300
nicolson@nicolsonlawgroup.com
yemma@nicolsonlawgroup.com

DATE: March 20, 2017

Attorneys for Defendant,
Electrolux Home Products, Inc.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSEPH AND URSY A. VITALE : | |
| : | NO. 2:15-cv-01815-RAL |
| v.  : | |
| : | JURY TRIAL DEMANDED |
| ELECTROLUX HOME PRODUCTS, INC. : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Defendant, Electrolux Home Products, Inc.'s Motion to preclude the testimony of Plaintiffs' experts, Michael R. Stoddard, Jr. and William J. Vigilante, Jr., Ph.D. was served electronically on the date stated below, upon the following:

Raymond E. Mack, Esquire
Patrick A. Hughes, Esquire
de Luca Levine, LLC
Three Valley Square
512 E. Township Line Road, Suite 220
Blue Bell, PA  19422

NICOLSON LAW GROUP LLC

BY:  /s/ Melissa L. Yemma
CHERYL M. NICOLSON, ESQUIRE
Attorney I.D. No. 57422
MELISSA L. YEMMA, ESQUIRE
Attorney I.D. No. 92194
Rose Tree Corporate Center II
1400 N. Providence Road, Suite 4045
Media, PA 19063
(610) 891-0300
nicolson@nicolsonlawgroup.com
yemma@nicolsonlawgroup.com

Attorneys for Defendant,
Electrolux Home Products, Inc.

DATE: March 20, 2017