# EXHIBIT "D"

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NO. 2:15-CV-00571-GJP

EMIL and SHARON CLOUD,          )   DEPOSITION UPON
                                )
                 Plaintiffs,    )   ORAL EXAMINATION
                                )
           - vs -               )          OF
                                )
ELECTROLUX HOME PRODUCTS,       )   MICHAEL STODDARD,
INC.,                           )   JR., CFI
                                )
                 Defendant.     )
- - - - - - - - - - - - - - -   )


          TRANSCRIPT OF DEPOSITION, taken by and

before DANIELLE N. COUGHLIN, Registered Professional

Reporter and Notary Public, at the offices of DE

LUCA LEVINE, LLC, Three Valley Square, 512 East

Township Line Road, Suite 220, Blue Bell,

Pennsylvania, on Thursday, April 28, 2016,

commencing at 12:05 p.m.


                ERSA COURT REPORTERS
                30 South 17th Street
              United Plaza - Suite 1520
               Philadelphia, PA  19103
                  (215) 564-1233

MICHAEL STODDARD, JR., CFI

**2**

1  A P P E A R A N C E S:
2
3  DE LUCA LEVINE, LLC
   BY:  PATRICK A. HUGHES, ESQUIRE
4    Three Valley Square
     512 East Township Line Road, Suite 220
5    Blue Bell, Pennsylvania  19422
         Attorneys for the Plaintiffs
6
7
   NICHOLSON LAW GROUP
8  BY:  MELISSA L. YEMMA, ESQUIRE
     Rose Tree Corporate Center II
9    1400 North Providence Road, Suite 6035
     Media, Pennsylvania  19063
10        Attorneys for the Defendant
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**3**

1           I N D E X
2
   WITNESS                    PAGE
3
   MICHAEL STODDARD, JR., CFI
4
5    By: Ms. Yemma          4
6
7
8
           E X H I B I T S
9
10
   NUMBER      DESCRIPTION      MARKED ATTACHED
11
12  Stoddard-1  Curriculum Vitae    7    198
13  Stoddard-2  Curriculum Vitae    9    199
14  Stoddard-3  Report             15    200
15  Stoddard-4  Photographs        39    201
16  Stoddard-5  Handwritten Notes 187    202
17
18
19
20
21
22
23
24

**4**

1           (By agreement of counsel, the
2      sealing, filing, and certification of the
3      transcript has been waived; and all
4      objections, except as to the form of
5      the question, have been reserved until
6      the time of trial.)
7
8           MICHAEL STODDARD, JR., CFI
9      after having been duly sworn, was
10     examined and testified as follows:
11
12  BY MS. YEMMA:
13  Q      Good afternoon, Mr. Stoddard.  My name is
14  Melissa Yemma.  I'm with Nicholson Law Group, and
15  we're here today to take your deposition.  Do you
16  mind if I call you Mike?
17  A      That's fine.
18  Q      I know you've been deposed before, and
19  you've heard the rules associated with a
20  deposition.  Do you need me to repeat those this
21  afternoon?
22  A      No, that's fine.  I understand how this
23  works.
24  Q      Okay.  If -- I don't want you to be

**5**

1  uncomfortable for any reason, so if you need to
2  take a break or use the restroom, just let me know.
3  Okay?  Sound good?
4  A      Sure.
5  Q      And it looks like you brought a copy of
6  your file with you today; is that correct?
7  A      I did, yeah.  Most of the stuff is in
8  hard copy, at least the file-specific stuff.  I do
9  have a thumb drive with some digital materials,
10  photos and such, and then I also brought a copy of
11  our dryer hard drive, as you're familiar with.
12  Q      Right.
13          So -- and we had a discussion off the
14  record before we got started.  So our firm last
15  deposed you in October of 2015; is -- do you recall
16  that?
17  A      That sounds about right.
18  Q      And at that time, a hard drive was
19  provided to us, so as you sit here today, do you
20  know if there are any differences between what we
21  were provided in October of 2015 with what -- with
22  what you brought with you today?
23  A      The only minor differences would be the
24  addition of probably some exemplar dryers, no -- we

MICHAEL STODDARD, JR., CFI

**6**

1   have not done any testing or made any substantial
2   changes to -- to the hard drive since then.
3   Q      Okay.  So no testing since October of
4   2015?
5   A      No physical testing, no.
6   Q      No physical testing.
7          When you say photographs of exemplar
8   dryers -- is that what you said?
9   A      Yes.
10  Q      Okay.  Can you just explain what you mean
11  by that?  I think I know, but --
12  A      Sure.
13         So if we obtain any -- any used dryers or
14  even new dryers that have never been involved in a
15  fire, we typically photo document those, and also
16  even cases that we have ongoing other cases, those
17  go into the library on what we call the hard drive,
18  the dryer hard drive.
19         So any of our other cases may have some
20  additional photographs from those other unrelated
21  to this specific matter, but they'll have -- it
22  could be -- it might be Electrolux dryers, it could
23  be Whirlpool, GE, just kind of whatever they are,
24  but, again, they don't really have a lot of bearing

**7**

1   specifically on this case.  It's more of like a
2   repository.
3   Q      Got it.
4          Do you mind if I just put your file down,
5   like, in front of me?
6   A      That's fine.
7   Q      Okay.  Just so I can see.  I'll look
8   through it when we take the lunch break.  I just
9   wanted to see the tabs, if that's okay.
10         And, like, I know you've done this many
11  times before, but if for any reason you need to
12  review something in your file to answer a question,
13  you're absolutely free to do so.  Sound good?
14  A      All right.
15         MS. YEMMA:  Let's mark that as
16  Stoddard-1, so I'm going to hand you
17  what's just been marked as Stoddard-1.
18         (At this time, a document was
19  marked for identification as Exhibit
20  Stoddard-1.)
21  BY MS. YEMMA:
22  Q      And for the record, it's a 13-page
23  document, and, Mike, have you seen this document
24  before?

**8**

1   A      I have.  I drafted it.
2   Q      Okay.  And if you could identify it for
3   the record.
4   A      Sure.  It's my curriculum vitae.
5   Q      Okay.  And does that -- does your
6   curriculum vitae also include your testimony
7   history?
8   A      It does.  At the end, there's deposition
9   and trial testimony.
10  Q      Okay.  Starting on page 10; is that
11  right?
12  A      Yes.
13  Q      And I believe this document marked as
14  Stoddard-1 was provided to us either in January or
15  February of this year.  I'm not exactly sure, but
16  do you know if there are any updates that need to
17  be made to this document?
18  A      There are, yeah.  I believe this document
19  was probably produced the same time as my report,
20  because I know it was one of the appendices.  I do
21  have a more current version of my CV with me.
22  Q      Okay.  Do you -- is it in your file?
23  A      Yes.
24  Q      Do you mind pulling out a copy of it?

**9**

1   A      Sure.
2   Q      And we'll mark that, too.
3          Thanks.  Can I mark this copy, Mike?
4   A      Yes.
5          MS. YEMMA:  And I'm sure Pat
6   will make a copy for us.
7          MR. HUGHES:  Sure.
8          (At this time, a document was
9   marked for identification as Exhibit
10  Stoddard-2.)
11  BY MS. YEMMA:
12  Q      Okay.  I'm going to hand you what's just
13  been marked as Stoddard-2, and just a moment ago,
14  you testified that that document we marked as
15  Stoddard-2 is an up-to-date copy of your curriculum
16  vitae and testimony history; is that right?
17  A      Yes.
18  Q      Okay.  And it looks like there were two
19  additional depositions that you had given?
20  A      Yes.
21  Q      Okay.  Can you tell me -- I'm sorry,
22  because we only have the one copy.  Let's turn to
23  page 12, if we can share.
24  A      We can do that.  That's fine.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

10

1  Q      All right.  Okay.  So number -- it looks
2  like No. 22, which is Liberty Mutual as subrogee of
3  Linda and Nicholas Rowe versus Schneider Electric
4  IT Corporation?
5  A      That's correct.
6  Q      Okay.  In that case, you gave a
7  deposition?
8  A      I did.
9  Q      And what party were you retained by?
10 A      Plaintiff, Liberty Mutual.
11 Q      And what -- was it a products case?
12 A      It was, yes.
13 Q      Can you -- do you recall the type of
14 product that was involved?
15 A      Yes.  It was a computer battery backup of
16 uninterruptible power supply.
17 Q      Did a fire result?
18 A      Yes.
19 Q      And do you recall your opinions in that
20 case?
21 A      Yes.
22 Q      Okay.  And what were they?
23 A      Well, myself in conjunction with our
24 electrical engineer, we concluded that the APC is

11

1  the brand, caused the fire due to a manufacturing
2  and design defect.
3  Q      Okay.  And the case after that, No. 23 on
4  the list, April 19th, that's Allstate versus
5  Electrolux.  Do you see that?
6  A      Yes.
7  Q      Okay.  And you gave a deposition in that
8  case?
9  A      I did.
10 Q      And was -- it was a products case?
11 A      Yes.
12 Q      Was it involving a dryer fire?
13 A      Yes.
14 Q      Okay.  And do you remember the name of
15 the homeowner in that case?
16 A      Yes.  It's Ecchivierra, E-C-C-H-I-V-I-E,
17 maybe R-R-A, something like that.
18        MS. YEMMA:  Off the record.
19        (At this time, a discussion was
20 held off the record.)
21 BY MS. YEMMA:
22 Q      I think that was probably right.
23 A      I'd have to write it down to actually see
24 it.

12

1  Q      Right, right.
2        So, Mike, I quickly went through what we
3  marked as Stoddard-2, and it looked like there were
4  two updates to your deposition testimony history.
5        As you sit here, do you know what other
6  updates there are to your CV that are different
7  from Stoddard-1?
8  A      I can just compare the two if you like.
9  The only updates would be maybe some training.
10 Q      Okay.  Do you -- do you mind?
11 A      Not at all.
12 Q      Okay.  Thank you.
13 A      No, the training list is the same.  The
14 last course I took was in November of 2015.
15 Q      Okay.  So then the only updates would be
16 the two depositions that we just talked about?
17 A      That's correct, the two depositions.
18 Q      Okay.  And your testimony history goes
19 back to October 4th of 2006, so are these -- is
20 this a list of all the depositions you've given in
21 your career?  I'm looking at page 10.
22 A      Yes.
23 Q      Okay.  And same question with regard to
24 your trial testimony on page 13.  I see four

13

1  trials.  Is that all of the trial testimony you've
2  given in your career?
3  A      Yes.
4  Q      I know that Ron Parsons is still at the
5  Wright Group.  Is there anyone else that you
6  currently work with in terms of fire analysts or
7  any other engineers at the Wright Group?
8  A      Yeah, we have other experts.
9  Q      Okay.  How many experts are at the Wright
10 Group currently?
11 A      I'd say seven.  We also have a retired
12 employee that still does work for us sometimes, so
13 I'm not really counting him, but full-time experts,
14 we have seven.
15 Q      And I know you and Mr. Parsons signed the
16 report in this matter in the Cloud case.  Did --
17 did anyone else at the Wright Group assist you or
18 Mr. Parsons with preparation of the report in this
19 case?
20 A      The report, no, no.  That would have been
21 myself and Mr. Parsons.
22 Q      Okay.  How about in examining any of the
23 physical evidence?  Did anyone else at the Wright
24 Group assist you or Ron with that?

4 (Pages 10 to 13)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

**MICHAEL STODDARD, JR., CFI**

14

1  A      The physical evidence in this case, I was
2  the person who did the actual examinations, both of
3  the examinations.
4  Q      Okay.  And I think there were -- there
5  were three exams after the fire scene; is that
6  correct?  There was a -- and I'm counting three by
7  the nondestructive and then the two destructive
8  exams.
9  A      That's correct.
10  Q      Would you agree with that?  And we'll
11  talk about those in detail later.
12        When were you first retained in this
13  matter?
14  A      I'd have to look at my report, but I
15  think it was sometime in early 2014.
16  Q      Okay.  And this fire happened on December
17  19th, 2013.  Does that comport with your --
18  A      That sounds correct.  If it's okay, can I
19  just get out my report?
20  Q      I was just going to mark it, so let's do
21  that next.
22  A      Yeah, that's fine.
23  Q      So, Mike, I printed out a copy of your
24  report and also the appendices, 1 through 8, and

15

1  the appendices, that's all part of your report,
2  right?
3  A      Yes.
4  Q      So we'll just mark all that collectively
5  as Stoddard-3.  So the report is stapled, and the
6  appendices just have a rubber band.
7        (At this time, a document was
8        marked for identification as Exhibit
9        Stoddard-3.)
10        THE WITNESS:  So just to
11        clarify, the date we received the
12        assignment was February 24, 2014.
13  BY MS. YEMMA:
14  Q      February 24th, 2014?
15  A      Yeah, and the date of the fire, according
16  to my information, was December 19, 2013.
17  Q      Okay.  And what's the understanding of
18  your role in this case?
19  A      I was asked to -- to do an evidence exam
20  and to assess the product for the cause of the fire
21  and address its involvement in the cause of the
22  fire.
23  Q      And I know you've worked on other
24  Electrolux dryer cases, but in connection with this

16

1  matter specifically, were you given documents to
2  review?
3  A      I was.
4  Q      Okay.  And what were you given to review?
5  And if you -- if it's easier just to refer to a
6  section in your report.
7  A      Sure.  Appendix 1 lists all the documents
8  I reviewed specifically in this case, as well as,
9  you know, general information we rely upon.
10  Q      Okay.  And does your report accurately
11  reflect all of your opinions in connection with
12  this matter?
13  A      It should at least touch on every opinion
14  we have.  Obviously it's a pretty lengthy report,
15  so we have a lot of information in there.  If
16  there's an opinion I haven't formulated or you ask
17  me today, then obviously I reserve the right to
18  clarify that.
19  Q      Of course.
20  A      But certainly we do the best of our
21  ability to include all of our opinions.
22  Q      So since you -- what is the date of your
23  report?
24  A      January 20, 2016.

17

1  Q      Now, since you've issued that report, my
2  experts have issued their reports.  Have you had a
3  chance to review them, and specifically the reports
4  of Jim Crabtree and Dr. Purswell?
5  A      I have, Crabtree's more so than Dr.
6  Purswell's, just for my role, anyway.
7  Q      Sure.
8        And with -- are there any opinions that
9  you have in this matter that aren't contained in
10  your report?
11  A      Again, I mean, I think I've put just
12  about everything in the report, but if there's
13  something that comes up, then we'll talk about it
14  today hopefully.
15  Q      Okay.  All right.  In connection with
16  this matter, have you had any conversations with
17  Dr. Vigilante?
18  A      I believe I have.  I've talked to Mr. --
19  Dr. Vigilante numerous occasions on different
20  cases, so it's hard to say what case and what
21  conversation, but I'm pretty certain I've had
22  conversations with him.
23  Q      In connection with this case?
24  A      Yes.

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

MICHAEL STODDARD, JR., CFI

18

1  Q      Okay.  Do you have, as you sit here, any
2  recollection of those -- a specific recollection of
3  the conversation in terms of what was discussed?
4  A      Just providing information about the
5  actual appliance itself, because he's always
6  concerned about the locations of the warnings and
7  the structures of the warnings on this appliance
8  versus the other ones that are manufactured.
9         So using an example like the laundry
10  center has a different warning than the
11  freestanding dryer does, so he wants to know, what
12  is it, where is it, and I think I provide some
13  measurements in at least one of the cases, anyway.
14  Q      How have you communicated with Dr.
15  Vigilante?  By email or phone, or has he come to
16  the Wright Group?
17  A      Primarily by telephone and possibly some
18  emails, but -- but definitely primarily by
19  telephone.
20  Q      Have you met in person?
21  A      I believe I've met him once, but I don't
22  know if he's ever been to our office.  If he has,
23  it was on another case on another matter.
24  Q      Okay.  And John Frey, who was also

19

1  identified by the plaintiffs as an expert in this
2  case, have you had any conversations with him
3  about --
4         MR. HUGHES:  We're in the Cloud
5         case, and I was getting confused.  That's
6         Bob Buckley.  John Frey is in Vitale.
7         MS. YEMMA:  I am sorry.
8         (At this time, a discussion was
9         held off the record.)
10  BY MS. YEMMA:
11  Q      Bob Buckley, he's been identified as an
12  expert by the plaintiffs in this case.  Have you
13  had any conversations with Mr. Buckley?
14  A      I don't recall if -- I think or not.  I think
15  I -- I think I may have.  I just don't recall
16  specifics of the conversation.
17  Q      Okay.  Did -- have you reviewed Mr.
18  Buckley's report?
19  A      I have.
20  Q      And have you reviewed his photographs
21  from the fire scene?
22  A      I don't know if I've actually seen his
23  photographs of the fire scene.  Let me double-check
24  my appendix.

20

1  Q      Absolutely.
2  A      Since we have this deposition today and
3  another tomorrow, I had to prepare for both, and I
4  also don't want to make any confusion here.
5         I do not see Mr. Buckley's photographs on
6  my list.  I know I've seen scene photographs, but
7  I'm not sure who they were from, if it was Mr.
8  Buckley's scene photographs or Electrolux's expert.
9  I can't remember his name off the top of my head,
10  but whoever it was from EFI that was there.
11  Q      Okay.  And I understand from reviewing
12  your report that you had the occasion to speak with
13  Mr. and Mrs. Cloud; is that correct?
14  A      I have, yeah.  We did an interview of Mr.
15  and Mrs. Cloud over the phone.
16  Q      Was that before their depositions were
17  taken in this case?
18  A      It was.
19  Q      Have you spoken with anyone else, not
20  including counsel, regarding this case that we
21  haven't already talked about?
22  A      As far as case specifics, no.  I mean, I
23  talk to people about Electrolux dryer fires all the
24  time, but -- but not specifically regarding the

21

1  Cloud matter.
2  Q      And since you just mentioned generally
3  speaking, have you had any conversations with John
4  Fallows regarding Electrolux dryer fires in the
5  last five years, let's say?
6  A      It's Joe Fallows.
7  Q      I'm sorry.  Joe.
8  A      Yes, I --
9  Q      Joe Fallows.
10  A      I've spoken with Mr. Fallows a number of
11  times.
12  Q      When was the last time you spoke with Mr.
13  Fallows?
14  A      Sometime last week.
15  Q      Have -- what was that conversation about?
16  A      He was looking for a specific document
17  was the last time I talked to him, some type of
18  report or test or something, I think.
19  Q      Related to Electrolux dryer fires?
20  A      No.  Well, I mean, yes, in a way.  I
21  think more on generally -- general fire containment
22  of dryer fires.
23  Q      Did you provide that document to him?
24  A      I did.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

**MICHAEL STODDARD, JR., CFI**

22

1  Q      Do you remember as you sit here what the
2  document was?
3  A      It was a test report regarding UL 2158
4  and the fire containment testing.
5  Q      Have you done any testing with Mr.
6  Fallows on Electrolux dryer fires -- or Electrolux
7  dryers?
8  A      We did testing that was done with the
9  assistance of Mr. Fallows, at least as far as
10 discussing some of the protocols and things, I
11 think, but I don't think he was actually there when
12 we conducted the testing.  I know I've shared
13 results of our testing with Mr. Fallows.
14 Q      So, Mike, what -- what testing are you
15 specifically referring to?
16 A      Testing we did back in -- I want to say
17 it was in 2014, in that area, regarding the
18 flammability of plastic components from clothes
19 dryers, not just Electrolux, but other -- other
20 materials, and also our own fire containment
21 testing.
22 Q      So I'm looking in your report on page
23 160.  There was -- you did component burn testing
24 in October of 2013, and I'll wait until you get

23

1  there.  Sorry.
2  A      I'm sorry.  What page was that?
3  Q      160.
4  A      Yes.
5  Q      Okay.  So is that the testing you were
6  just referring to?
7  A      That was some of the testing, yes, and
8  then the following section, which is the fire
9  containment testing from October 2013 listed on
10 page 163.
11 Q      Is there any other testing that you've
12 spoken to Mr. Fallows about with regard to
13 Electrolux dryers, that you can recall?
14 A      Again, testing by people that --
15 others -- others have done, but not testing that we
16 have physically performed ourselves, at least not
17 in regards to Electrolux dryers.
18        We've been involved in other cases with
19 Mr. Fallows as well where we've had other
20 conversations about it, but I don't specifically
21 recall anything specifically about Electrolux
22 dryers other than those two main tests.
23 Q      In reviewing your report, it looks like
24 the two tests we were talking about, the component

24

1  burn testing and then the fire containment both in
2  October 2013, were the last -- last tests that the
3  Wright Group performed on Electrolux dryers.  Is
4  that right, or has there been testing since then?
5  A      Well, I mean, we're -- we are doing
6  case-specific testing on, like, ventilation
7  components and things like that, but as far as
8  general overall testing that would be applicable,
9  you know, universally across the cases, I would say
10 that's the last significant testing we've done.
11 Q      As you sit here, do you have any plans to
12 do any general testing on Electrolux dryers in the
13 future?
14 A      Nothing -- nothing firm, no.  It's
15 certainly possible, though.  We don't have anything
16 planned.
17 Q      I asked you a few minutes ago about your
18 communications with Mr. and Mrs. Cloud.  How did
19 you -- did you speak to them over the phone?
20 A      Someone in our company did.  I'm not sure
21 if I did or not.
22 Q      And I should have asked you that
23 question.  I made the assumption that you did.  So
24 as you sit here today, do you know whether you had

25

1  the conversation or someone else did?
2  A      I don't, but I may be able to find that
3  by looking in my file.
4  Q      If you could.  Thanks.
5  A      I did not do the interview.  It was done
6  by Anthony D'Addario -- that's
7  D-apostrophe-A-D-D-A-R-I-O -- who was a former
8  employee of the Wright Group.
9  Q      Okay.  When he was with the Wright Group,
10 what was his position back when these interviews
11 were done in April of 2014?
12 A      He was a fire
13 investigator-in-training/lab technician.  He was --
14 he was out of -- recently out of college, and he
15 left to go back -- well, left to start a career
16 with the fire service.
17 Q      Okay.  And were you present when Anthony
18 was having the conversation with the Clouds?
19 A      Not likely.  I did sit in on some of his
20 interviews, so it's possible I could have been.
21 That was during the time where I was kind of
22 training him to do interviews, so it's possible,
23 but I know he did quite a few on his own as well.
24 Q      And was the telephone interview recorded

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

MICHAEL STODDARD, JR., CFI

**26**

1  in any way?
2  A      No.  That's not our practice to record
3  interviews, generally.
4  Q      How -- well, strike that.
5         Did -- do you know whether Anthony took
6  notes during the conversation?
7  A      Yes.
8  Q      Okay.  Do you have a copy in your file?
9  A      I do.
10 Q      Okay.  And is -- are they in the folder
11 that you have in front of you?
12 A      I do.  It's the folder listed Interview
13 Notes.
14 Q      Okay.  Got it.  All right.  I'll take a
15 look at those later.
16        Did Anthony follow any type of a script
17 when speaking with the Clouds, that you're aware
18 of?
19 A      We have a general interview
20 questionnaire, and he would have generally followed
21 that.  If there was any specific questions that he
22 felt was necessary for that situation, he would
23 have asked them.
24 Q      Okay.  So since Anthony is no longer at

**27**

1  the Wright Group, the section of the report that
2  starts Interviews on page 7, did you prepare that
3  portion of the report that describes the interview?
4  A      I did.  I was the person who wrote that
5  in the report, but I used Anthony's notes to
6  compile that information.
7  Q      Okay.  So going back to a few minutes
8  ago, we were talking about testing in general, and
9  I wanted to ask you about case-specific testing.
10 Have you done any case-specific testing for the
11 Cloud matter?
12 A      No physical testing, just cognitive
13 testing, thinking about the elements at issue, and
14 dealing with that in the general sense, but no
15 physical testing of anything.
16 Q      I missed -- did you say cognitive
17 testing?
18 A      I did.
19 Q      And I know in some cases that you or the
20 Wright Group have attempted to reconstruct the
21 venting for dryers.  Did you make any attempt in
22 this case to reconstruct the venting for the
23 Clouds' dryer?
24 A      We reconstructed in the lab during the

**28**

1  exam, but we did not do any type of airflow
2  testing.
3  Q      Have you tried to create exemplar venting
4  similar to what was at the Clouds' house at the
5  time of the fire?
6  A      Specifically to the Clouds, no, we didn't
7  attempt to recreate that.
8  Q      Okay.
9  A      We have done extensive testing on
10 exemplar venting, which allows me to make certain
11 opinions about that certainly, but -- but nothing
12 to specifically mimic or duplicate the Cloud
13 arrangement.
14 Q      Do you have an opinion as to what the
15 back pressure would have been for the Clouds' dryer
16 at the time of installation?
17 A      I -- I don't.  The dryer was installed
18 about six years before the fire, so whatever
19 condition it was at the time of the fire was most
20 likely not the same condition it was as it was
21 installed.
22 Q      Okay.  Do you -- do you have any opinions
23 as to what the back pressure would have been at any
24 point while the dryer was in use at the Clouds'

**29**

1  house?
2  A      Nothing specifically.  I mean, I could
3  probably estimate a general range.  I don't think
4  it was more than one inch of water column, but,
5  again, even post-fire, there was movement of -- of
6  the lint and other items that were in the venting
7  that makes it very difficult to come up with any
8  estimate that's extremely detailed or accurate.
9  Q      So when you say not more than one inch,
10 what are you basing that on?
11 A      Based upon other testing we've done, and
12 even -- even when you have a venting that has some
13 accumulation of lint or even a pretty significant
14 blockage of lint, there's still air that is passing
15 through that, and that's been, you know, through --
16 again through exemplar tests that we've done and
17 through testing we've done in other cases.
18 Q      And, Mike, I don't think I asked you this
19 before, but just to confirm, you weren't at the
20 fire scene inspection; is that right?
21 A      That's correct.
22 Q      Okay.  You've never been to the Clouds'
23 house?
24 A      No.

**MICHAEL STODDARD, JR., CFI**

30

1    Q      Okay.  So the Wright Group -- well, when
2    did the Wright Group receive the evidence from the
3    Clouds' house?
4    A      March 7, 2014.
5    Q      And how did the evidence get from
6    Broomall, Pennsylvania, up to the Wright Group, if
7    you know?  I think there was a folder Chain of
8    Custody.
9    A      There was.  I just want to check one
10   thing.
11         It was delivered by IEI Consulting.
12   Q      And it was delivered on March 7th, 2014;
13   is that right?
14   A      Right.  That's the day we received it.
15   Q      Did you take any -- or did you or anyone
16   at the Wright Group take photographs of the
17   evidence when it was delivered?
18   A      Not on the exact day, but it would have
19   remained packaged as we found it, and we would have
20   taken photographs how we received it when we
21   started our nondestructive examination, and that
22   occurred on March 18, 2014.
23   Q      Okay.  And were you the only person from
24   the Wright Group involved in the -- that was

31

1    performing the nondestructive testing?
2    A      No.  I don't -- I may have been present
3    during it, but, again, that may have been Mr.
4    D'Addario.
5    Q      Anthony; is that right?
6    A      Anthony.  It's just easier to say
7    Anthony.
8    Q      Is that okay?
9    A      Yeah, that's fine.
10   Q      Okay.  We're talking about the same
11   person.
12         Did Anthony take pictures?
13   A      Yes.
14   Q      Okay.  And are those pictures part of
15   your file for this matter?
16   A      They are, yes.
17   Q      Okay.  And with regard to the venting, do
18   you -- do you know how it was transported with the
19   dryer, like, what the orientation of it was?
20   A      I'd have to look back through the
21   photographs to see how we received it.
22   Q      Okay.
23   A      That's certainly something we can do.
24   Q      Can we -- so I -- as I had told you

32

1    before we started, I have printed out your
2    photographs from April 18th, 2014, which is --
3    A      Right.
4    Q      -- after.
5    A      Yes.  That's the first exam.  I have
6    photographs with me on thumb drive today of the
7    nondestructive examination.
8    Q      Okay.  Can we --
9    A      As long as we can use a computer, sure.
10         MS. YEMMA:  I can boot mine up,
11   Pat, if we can't use yours.
12         MR. HUGHES:  That would
13   actually be better, if you wouldn't mind
14   doing that.
15         THE WITNESS:  Both cases are on
16   it.  Cloud and Vitale are on there.
17         MR. HUGHES:  Sanitizer on
18   there?  Not from a sickness standpoint,
19   but I mean there's nothing there that
20   would be privileged or confidential
21   communications?
22         THE WITNESS:  I don't think so.
23   It's PDF copies of my report and then
24   whatever scans that were sent over from

33

1    Electrolux.
2         MR. HUGHES:  You have photos?
3         THE WITNESS:  All the full-size
4    ones are in photos, and then PDF, there's
5    a sheet like she has over there.
6         MR. HUGHES:  Do you have any
7    preference?  Do you want to see them all,
8    or do you want four to a page?
9         MS. YEMMA:  I really want to
10   see how the venting was -- so however
11   it's easier for you.  And are they saved
12   by JPG so we can refer to it?
13         THE WITNESS:  There's photo
14   numbers under each one.
15   BY MS. YEMMA:
16   Q      Okay.  So I think the last -- can you --
17   well, I'll just ask the question again.  Mike, we
18   took a brief break off the record to pull up some
19   photographs, and I believe I had asked you how the
20   evidence was received by the Wright Group back in
21   March of 2014, so now that we have these
22   photographs pulled up, are you able to answer that
23   question?
24   A      Yes.

**9 (Pages 30 to 33)**

**MICHAEL STODDARD, JR., CFI**

---

**34**

1   Q      Okay.  And if you would -- however you
2   want to refer to it, but if you could refer to the
3   photograph that reflects the way the evidence was
4   received.
5   A      Sure.  Images -- well, just on this one
6   image, anyway, 2, 3, and 4 show the photograph as
7   we -- show the dryer as we received it in those
8   photographs.
9          They show a shrink-wrapped and some duct
10  tape holding the venting in a nearly vertical
11  arrangement to the back of the dryer, at least the
12  rigid venting, anyway, and then it appears in the
13  photographs that the flexible foil transition duct
14  was taped to the top of the dryer lid.
15              MS. YEMMA:  All right, Pat.  We
16         may need to go back to those.
17              MR. HUGHES:  I'll leave them
18         open.
19              MS. YEMMA:  If you don't mind,
20         or we can switch to my laptop, too.
21  BY MS. YEMMA:
22  Q      And, Mike, the evidence is still at the
23  Wright Group; is that --
24  A      You know, to be honest with you, I'm not

---

**35**

1   certain.  I think it is.  I'm 90 percent sure it
2   is.  It's probably there unless Pat or someone has
3   told us to ship it elsewhere.
4              MR. HUGHES:  It better be
5         there.
6              MS. YEMMA:  Okay.
7              THE WITNESS:  I think we have
8         all your evidence.
9   BY MS. YEMMA:
10  Q      Okay.  Mike, is it your understanding
11  that all of the venting for the Clouds' dryer was
12  collected from the fire scene?
13  A      Yes.  Based on the scene photographs that
14  I looked at, it looks like all the venting was
15  collected.
16  Q      Okay.  And if you could just for -- I
17  know you've explained it in your report, but just
18  to set a foundation, if you could just describe how
19  the dryer was -- your understanding of how the
20  dryer was vented.
21  A      Sure.
22          So from -- starting from the exhaust
23  connection on the back of the dryer, there was a
24  flexible foil transition duct that was attached to

---

**36**

1   the back that went to the right along the floor.
2          That was connected to a pair of elbows,
3   90-degree -- approximately 90-degree elbows, and
4   then about a six-foot section of rigid ducting,
5   then to a metal vent hood with a
6   two-and-a-half-inch opening.
7   Q      Okay.  The flexible foil transition duct,
8   how long was it, if you know?
9   A      Well, obviously since it's flexible, it
10  can be manipulated.  I think one of my
11  measurements, at least in the report when we did
12  the first exam, I believe, was -- it measured about
13  ten inches the way we received it, but there was a
14  total of 30 coils, so it could have been longer
15  than that.
16  Q      So 30 coils if it's stretched out would
17  be about how long?
18  A      Approximately an inch per coil, so
19  approximately a maximum length of 30 inches if it
20  was fully stretched, but there were -- well, there
21  was one -- at least one bend in the foil ducting,
22  so that wouldn't have allowed it to make a full
23  30-inch straight stretch.
24  Q      And the six-foot section of venting,

---

**37**

1   what -- what was that venting made out of?  Was it
2   rigid venting?
3   A      Yeah, sheet metal.
4   Q      Sheet metal?
5   A      Rigid sheet metal.  We refer to it as
6   rigid.
7   Q      I do, too.
8   A      Okay.  And that included the elbows and
9   the hood were also sheet metal as well.
10  Q      So the six-foot section of the rigid
11  venting, was that in sections?
12  A      It was.  Let me look to see specifically.
13  I think there were two photos.  Yeah, there were
14  three sections that were two feet long each.
15         The way we received the venting, two of
16  the sections were connected together along with the
17  metal vent hood, and then the third straight
18  section that was two feet long was wrapped
19  separately, and then we had a metal elbow
20  arrangement and the flexible foil transition
21  ductwork connected together also separately.
22  Q      And you had an opportunity to examine the
23  flexible foil venting; is that right?
24  A      Yes.

---

**10 (Pages 34 to 37)**

MICHAEL STODDARD, JR., CFI

**38**

1  Q       Okay.  Were you able to make a
2  determination whether it was the Smart Choice
3  branded venting or not?
4  A       Let me just check my notes.  I did not
5  find any identifying marks on the flexible
6  transition duct.  It could -- it could have been a
7  Smart Choice brand foil duct.
8        I believe that that one Electrolux
9  distributes has a paper adhesive label on it, and
10  since it was only 30 inches long, that would
11  indicate that it was cut to length, so regardless
12  of who manufactured it, the missing section would
13  have had whatever manufacturing label on it.
14        The only other alternative I'm aware of
15  is Deflecto which screen prints their name on the
16  coils every, like, four or five coils, so that is
17  something we typically see.  If the venting has
18  been trimmed, we can tell if it's a Deflecto brand.
19  Q       Okay.  But as you sit here today, you
20  don't know one way or the other whether it was
21  Deflecto or Smart Choice or some other brand?
22  A       That's true.
23  Q       Do you have an understanding of where the
24  vent hood was located at the time of the fire?

**39**

1  A       On the outside of the building.
2  Q       But do you know -- I was trying to set a
3  foundational question, but -- so do you know how
4  far is it off the ground?
5  A       Only approximately.  I think based on the
6  scene photographs that I remember viewing prior to
7  the deposition, it was maybe three to six inches
8  off the ground, something like that.
9  Q       Okay.  So during -- the first time you
10  examined the evidence would have been in April of
11  2014; is that right?
12  A       That's correct.
13        MS. YEMMA:  Okay.  And I'm just
14  going to mark those photographs now as
15  Stoddard-4.
16        (At this time, photographs were
17  marked for identification as Exhibit
18  Stoddard-4.)
19        THE WITNESS:  Due to -- I was
20  just looking through my inspection notes.
21  I don't know if I clarified it before or
22  not, but I was -- I don't think I was
23  present the whole time during the second
24  evidence exam or the joint evidence exam,

**40**

1  should I say.
2  BY MS. YEMMA:
3  Q       Was someone else from Wright Group
4  present?
5  A       Yes.
6  Q       Who was -- was that --
7  A       Wayne Miller.  Because it had already
8  been examined, it was kind of like proctoring the
9  exam.  It was a reinspection.
10  Q       Oh, no.  I'm talking about the one in
11  April of --
12  A       I was present for that one.
13  Q       So just to --
14  A       I just want to clarify the whole
15  situation.
16  Q       Okay.  So for the first joint exam, you
17  were present.  That was on April 18th of 2014?
18  A       Yes.
19  Q       For the whole exam?
20  A       Correct, and that was conducted with Mike
21  Rains of EFI.
22  Q       Then we had Mr. Crabtree come to the
23  Wright Group to inspect the evidence.  I think that
24  was in July of last year?  Yes, July 9th, 2015.  Do

**41**

1  you agree with that?
2  A       Yes, that's correct.
3  Q       And you were only present for part of
4  that exam?
5  A       Yeah, I was only there -- I had another
6  job I was tied up with, so Mr. Miller proctored the
7  exam, or the reexamination, I guess.
8  Q       Mike, did you take any pictures during
9  the reexamination?
10  A       Mr. Miller did.  That was his job.
11  Q       Okay.  And have Mr. Miller's photographs
12  been produced in this case?  Do you know?
13  A       I don't know if they've been produced.  I
14  did bring them today.  Again, they're on the thumb
15  drive.
16  Q       If we need to look at it, we can.
17        All right.  So during the first joint
18  exam, did you have an opportunity to examine the
19  venting?
20  A       I did.
21  Q       Did you examine all of it?
22  A       Yes.
23  Q       Were the -- so the six-foot section of
24  rigid venting, that was in three parts, right?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

42

1  A      It was -- well, it depends how you want
2  to say that.
3  Q      Okay.
4  A      It was comprised of three different
5  sections, but when we examined it, two of the
6  sections were still combined together, attached.
7  Q      All right.  So I'm going to take the
8  venting in parts.  So let's start with the flexible
9  foil transition part of the venting.
10  A      Sure.
11  Q      Were you -- did you examine that venting?
12  A      I did.
13  Q      Were you able to see end to end?
14  A      Yes.
15  Q      Did you see any lint accumulation in the
16  flexible foil venting?
17  A      There was some between the ridges of the
18  venting, yes, just a coating.
19  Q      Just a coating?
20  A      Yeah, nothing -- nothing significant that
21  blocked it or anything.
22  Q      Okay.  So then moving from the dryer
23  outside, the next piece would be the pair of
24  elbows?

43

1  A      That's correct.
2  Q      Did you examine the elbows?
3  A      I did.
4  Q      Okay.  Could you see end to end?
5  A      Well, they're elbows, so not exactly, but
6  the interior of the elbows were clean and clear.  I
7  mean, there might have been a little minor bit of
8  lint in there, but nothing -- nothing substantial
9  certainly.
10  Q      Okay.  And then the next part of the
11  venting would be the six-foot section.  Now, was --
12  you just said two of the sections were together.
13  Was that next after the elbows?
14  A      No.  The single two-foot section would
15  have been after the elbows.
16  Q      Okay.  So the single two-foot section,
17  did you examine it?
18  A      I did.
19  Q      Okay.  And could you see end to end?
20  A      No.
21  Q      Okay.  And why not?
22  A      There was a conglomeration, I guess, of
23  lint and other debris in the venting that had
24  settled at one end.

44

1  Q      Okay.  Do you -- is there a photograph --
2  well, could you find a photograph that shows what
3  you just described?
4  A      Certainly.  Do you want me to refer to my
5  report or in the main photographs?
6  Q      Are the numbers the same?
7  A      No.  There's no numbers in my report,
8  so --
9  Q      That's fine.  We can refer to the report.
10  I have that, too.  So if you could just point me to
11  the page.
12  A      Sure, page 41.
13  Q      Okay.  So I see eight photographs.  Is
14  that the -- which of the eight are you referring
15  to?
16  A      The top left, top right, and the second
17  one down on the left are of the -- are this section
18  of the venting that we're talking about, that
19  first -- that first two-foot section.
20  Q      Okay.  So if we could -- do you mind just
21  marking with my pen, putting numbers so we know
22  what we're -- like, 1, 2?
23  A      Sure.
24  Q      And you can do it however you'd like.

45

1  A      I'll just put them beside each photo.
2  Q      So when we go back and look at the --
3  A      1 on the upper left, 2 on the upper
4  right, and 3 on the second down on the left.
5  Q      So you just marked photographs with a 1,
6  2, and 3 on page 41, and those are photographs that
7  you took of the single section of the two-foot
8  venting?
9  A      Correct.
10  Q      Okay.  So just looking at Photograph 2,
11  did -- during the inspection with Mr. Rains, did
12  you remove the material that was in the venting?
13  A      We did not.
14  Q      Was that done at a later inspection when
15  Mr. Crabtree came?
16  A      Yes.  Mr. Crabtree removed the lint with
17  Mr. Miller.
18  Q      Do you have an opinion as to whether the
19  material we see in the venting in Photograph 2 on
20  page had 41 existed at the time of the fire?
21  A      I do.
22  Q      Okay.  And what is that opinion?
23  A      Certainly the lint that was -- that made
24  up this blockage of the venting, it was in the pipe

12 (Pages 42 to 45)

MICHAEL STODDARD, JR., CFI

46

1   somewhere in the exhaust during the fire, and most
2   likely in that two-foot section that we're
3   specifically discussing, but not in the
4   orientation.
5          Based on the coloration of the lint and
6   the way it's situated in the pipe, it's my opinion
7   that that broke loose during evidence collection
8   and transport and settled -- settled at one end.
9   Q      Okay. So you said -- you mentioned the
10  coloration, right?
11  A      Yes.
12  Q      Okay. And what is it about the
13  coloration of the material you see in Photograph 2
14  that suggests to you that -- well, what is it about
15  the coloration?
16  A      Well, there's evidence of discoloration
17  from soot or smoke in some of the lint. It's
18  not -- it's not even. It's intermingled in that
19  conglomeration, and even Mr. Crabtree's photographs
20  later when he kind of pulled them apart shows that
21  its -- its coloration says that it was after the
22  event.
23  Q      Okay. I'm going to pull up the
24  photographs that Mr. Crabtree had attached to his

47

1   report of when he pulled the lint out, because I
2   don't think you have any in your report; is that
3   right?
4   A      That's correct. I didn't pull the lint
5   out, so --
6   Q      Okay. It wasn't -- I wasn't being
7   critical.
8   A      I mean, we probably have photos from Mr.
9   Miller, but Mr. Crabtree's show it I'm sure just
10  the same.
11  Q      And if you would like to look at Mr.
12  Miller's photographs, we can, too.
13  A      Okay.
14  Q      Okay. So, Mike, I'm going to show you --
15  so attached to Mr. Crabtree's report, there were a
16  number of photographs, so this is in the series of
17  those photographs, and I'm sorry. I don't have a
18  printed out copy. This is photograph AEL number
19  41.
20  A      Okay.
21  Q      Do you recognize what's depicted in that
22  photograph?
23  A      Sure. It appears to be the same end of
24  the pipe as I marked as No. 2.

48

1   Q      Okay. And it also appears that there
2   is -- and I'll refer to it as a white powdery
3   substance that's on the material that's in the
4   venting and then also on the table or the surface
5   below the venting. Would you agree with that?
6   A      I would.
7   Q      Do you know what that material is?
8   A      It appears to be some type of byproduct
9   of corrosion.
10  Q      Okay. And do you have an opinion as to
11  why that's in the venting?
12  A      The pipe is a galvanized metal, so, you
13  know, that's just the way it's exposed to the
14  environment, especially with moisture going through
15  the venting. When the dryer is running, it leads
16  to corrosion inside the pipe.
17  Q      Okay. All right. So I'm just going down
18  the photographs. So if we could turn our attention
19  to Photograph 44, AEL No. 44.
20         MR. HUGHES: And, again, just
21         for the record, that's a photograph
22         that's contained in Jim Crabtree's
23         report?
24         MS. YEMMA: Yes.

49

1   BY MS. YEMMA:
2   Q      Do you recognize what's depicted in this
3   photograph?
4   A      I do. It looks like that's the section
5   of lint and other debris that Mr. Crabtree removed.
6   Q      And, Mike, during this portion of the
7   exam, were you present?
8   A      I was not.
9   Q      Okay. Have you had an opportunity,
10  either during Mr. Crabtree's inspection or sometime
11  later, to examine the material he pulled out from
12  the venting?
13  A      I don't recall when I received Mr.
14  Crabtree's photographs, but I did look at Mr.
15  Miller's photographs of the same material, and that
16  was even before authoring my report.
17  Q      Did you have an opportunity to physically
18  examine the material? I realize you looked at the
19  photographs, but did you --
20  A      I didn't. I mean, I physically examined
21  the material the first time I looked at it, but not
22  after it was removed from the pipe.
23  Q      Okay. Fair enough.
24         Okay. Do you have any opinion as to

**MICHAEL STODDARD, JR., CFI**

---

50

1    why -- I'm sorry.  I'm going back to 44 -- why the
2    material that was pulled out of the venting, it's
3    matted together, like, it's clumped together?
4    A      I do.
5    Q      Okay.  And what is that opinion?
6    A      Again, from vibrations and things like
7    that from the collection and transport of the
8    venting in an upright position, it had settled
9    down, you know, when it was driven from
10   Pennsylvania to Massachusetts to our lab.
11   Q      So you said -- what I thought you said
12   earlier in your testimony is that the material that
13   was pulled out from the section of venting, you
14   believe that it was all contained within that
15   two-foot section, though, at the time of the fire;
16   is that fair?
17   A      Well, it's hard for me to say that
18   because I haven't seen any exact photos of what the
19   venting looked like in any detail before it was
20   removed.
21          It's possible some of that lint could
22   have been from the joint, and depending on how the
23   joint overlaps, it could have actually been from
24   the pipe that was attached to it as well.

---

51

1    Q      So how were the pieces attached, so from
2    the one -- the single section, the two-foot to the
3    other four feet?
4    A      Sure.
5          The venting itself is in -- is an
6    arrangement where there's a crimped end, which is
7    essentially the male end, and then there's an
8    uncrimped end, which is the female end.  They slide
9    together, and then they use tape to secure the
10   joints in this particular case.
11   Q      Mike, have you seen any photographs from
12   the fire scene that document the interior of that
13   two-foot section of the venting that we were
14   just -- that we've been looking at in these
15   photographs?
16   A      Not to any detail, no.  I've seen the
17   venting in place from the fire scene, but I haven't
18   seen anything, you know, looking down, and that's
19   just an unfortunate result of the way the venting
20   is.
21          It's really difficult to photograph --
22   with the elbows in the way and the hood on the
23   other end, to photograph every inch of the venting
24   before it's removed.  We're typically, you know,

---

52

1    looking at it afterwards.
2    Q      Mike, I don't think I asked you this
3    before, but when you received the venting, was the
4    one-foot -- I'm sorry -- the single two-foot piece
5    attached to the elbow?
6    A      It was not.  I'd have to look in my
7    pictures to double-check that, but I don't believe
8    it was.
9              THE WITNESS:  Pat, can you
10   bring up those pictures that we were
11   looking at earlier?
12             No, it was not.
13   BY MS. YEMMA:
14   Q      Was it attached to the other two pieces
15   of rigid when you received it?
16   A      No.  It was -- that single two-foot piece
17   was shrink-wrapped individually.  It was next to
18   it.  It was attached by duct tape to those pieces,
19   but it was, you know, not -- not attached in the
20   way it would have been installed certainly, and,
21   again, both of those sections of rigid ducting, the
22   straight sections were vertically arranged.
23   Q      Understood.
24          During the inspection with Mr. Rains, was

---

53

1    there any reason why you did not remove the
2    material that we see in Photograph 44 from the
3    venting?  And, again, I'm referring to 44 from Jim
4    Crabtree's report.
5    A      I don't recall any specific reason.  I'm
6    sure Mr. Rains and myself had a conversation of
7    whether it was necessary, and for some reason, I
8    think he said, "No, we don't need to open it up."
9          In some cases we do, depending on what
10   the other side wants to do.  Sometimes we'll cut
11   open venting and separate the whole thing, and in
12   this case, I would say it was probably just a
13   mutual agreement not to.
14   Q      So just going back to the material that
15   was pulled out of the venting, you mentioned that
16   you see evidence of corrosion, right?  Am I
17   characterizing what you said correctly?
18   A      That's what that white powder appears to
19   be is corrosive material or some other type of
20   foreign substance.
21   Q      Okay.  Do you have an opinion as to why
22   corrosion occurred?
23   A      Sure.
24             MR. HUGHES:  Object to form,

---

MICHAEL STODDARD, JR., CFI

54

1    but go ahead.
2         THE WITNESS:  The metal they
3    use is coated with a galvanized process.
4    It's a zinc-based coating, and when it's
5    exposed to moisture and certain
6    conditions, heat and moisture
7    specifically, which is exactly what's
8    passing through a duct, there can be
9    conditions where that breaks down, and if
10   there's any type of chemical additions to
11   the laundry, any type of, you know,
12   bleach or anything like that that isn't
13   washed out very well -- people load
14   bleach into their clothes, and there's a
15   lot of different factors that can cause
16   different types of chemical reactions
17   depending on the type of coating that is
18   on that metal.
19        MR. HUGHES:  Let me stop here.
20        (Brief interruption.)
21   BY MS. YEMMA:
22   Q      Did you see any evidence of laundry
23   detergent in the material that was pulled from the
24   venting?

55

1    A      Not specifically.  I mean, I read Mr.
2    Crabtree's report, and I understand that's his
3    opinion, that this is laundry detergent.  It
4    doesn't make any scientific sense for there to be
5    laundry detergent from regular dryer operation.
6         If that white powder was laundry
7    detergent, it's just something that somehow ended
8    up in there after the fire, whether it's fire
9    debris or washing it down or something, but I don't
10   see it as laundry detergent.  I would disagree with
11   his opinions.
12   Q      Mike, did you see any evidence that
13   anything was washed into the venting, for lack of a
14   better word, in conjunction with the fire
15   suppression efforts?
16   A      Well, again, I mean, it's -- I don't know
17   if washed is the good -- is the good -- is the best
18   terminology.
19        There was certainly -- there was a penny,
20   and there was some papers in amongst the debris
21   that Mr. Crabtree pulled out.  I don't know if that
22   was washed there or not, but certainly that's
23   something that I wouldn't expect to find in there,
24   specifically the penny.

56

1         I know again Mr. Crabtree's opinions are
2    that it was blown in there because the screen was
3    either not in place or was damaged, but I've yet to
4    see, especially when allegedly the venting is so
5    bad that it's blocked completely.
6         I don't see any scientifically reliable
7    method to blow a penny several feet down through a
8    corrugated flexible duct without getting caught
9    somewhere either in the duct or the elbow before
10   ending up, you know, halfway down the rigid
11   venting.  His opinions there just don't make any
12   sense to me.
13   Q      So if someone had, like, a pair of pants
14   and had a penny in it and they went in the dryer
15   and the lint screen wasn't in place, do you -- I
16   mean, is it possible that the penny could end up in
17   the venting?
18        MR. HUGHES:  Object to form.
19        THE WITNESS:  I -- I mean, the
20   penny could end up in the venting for
21   maybe some other possible reason, but the
22   airflow wouldn't dictate that the penny
23   would escape out of the trap ducts
24   through whatever lint that may have been

57

1    accumulated in there.  It would have been
2    caught by that lint most likely.
3         There's a couple different
4    lips.  There's a fan blower assembly that
5    it would have to make it through, and
6    then again in this specific case, we have
7    the flexible foil ducting that has a bend
8    in it right behind the dryer.
9         Then there's all those ridges
10   of the individual coils that are formed
11   there with some lint accumulation there,
12   and then there's another arrangement of
13   elbows before it even gets to where he
14   found it.
15        So, again, I don't know where
16   the penny is in the ductwork, but it's my
17   opinion that I don't think it's possible
18   to be blown in there from airflow.
19   BY MS. YEMMA:
20   Q      Okay.  And the next question I was going
21   to ask you, if you have any idea, theory, as to how
22   the penny got into the venting, but I think you
23   answered no, but if you could confirm that.
24   A      I don't know if it's post-fire.  When

15 (Pages 54 to 57)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

58

1  they collected it, maybe it was swept up with
2  debris and, again, settled down in there or
3  something.  I am not certain.
4        I don't have a reason why the penny is in
5  the ductwork, but I don't think it's because of
6  airflow from a dryer.
7  Q      And we got a little ahead of ourselves
8  talking about that, but just -- so moving towards
9  the outside of the house with regard to the
10  venting, after the single section of rigid, then
11  there was the section of four -- it was four feet,
12  right, of rigid venting?
13  A      Four feet comprised of two different
14  sections.
15  Q      And you examined that part of the
16  venting?
17  A      I did.
18  Q      And did you -- were you able to see end
19  to end?
20  A      Yes.  You could see light through it.
21  There were accumulations of lint in there.  Page
22  40, the bottom right picture shows -- it shows my
23  photograph.
24        Of course, the hood is on the opposite

59

1  end as I'm taking that photograph, so that's going
2  to limit the amount of light that's coming in.
3  Obviously we're trying to photograph that as best
4  as possible.  Photographing inside of a four-inch
5  duct is not always easy.
6  Q      I understand.
7        Okay.  To show you another picture from
8  Jim's report, so this is AEL No. 52.  Do you
9  recognize what's depicted in this photograph?
10  A      I do.  That's the dryer end of the two
11  sections of pipe with the hood on the opposite end.
12  Q      So the material that we see inside of the
13  venting, is that what you also saw when you
14  examined it?
15  A      No.  It was in a different condition when
16  we -- when we saw it.
17  Q      Okay.  So can you describe what the
18  condition was, or point me to a photograph?
19  A      Sure, bottom right of page 40 of my
20  report.
21  Q      Okay.
22  A      The lint has settled down the bottom
23  again.  Once we had the joint exam, we stored the
24  venting in another vertical arrangement just like

60

1  how it was received, because the storage space and
2  such, and that obviously caused some disturbing of
3  the lint in the venting.
4  Q      During your inspection in April of --
5  sorry.  I lost the date.
6  A      2014.
7              MR. HUGHES:  The nondestructive
8        exam?  Or you're talking about the exam
9        with Mike Rains?
10              MS. YEMMA:  The one with Mike
11        Rains.
12  BY MS. YEMMA:
13  Q      We're on the same page, I think, right?
14  A      Yes.
15  Q      Did you remove the material that was --
16  that you see in the photograph at the bottom of
17  page 40?
18  A      We did not.
19              MR. HUGHES:  The bottom of page
20        41?
21              THE WITNESS:  No, it's 40.
22              MS. YEMMA:  We're talking about
23        40, this photograph.
24  BY MS. YEMMA:

61

1  Q      So you did not remove the material, Mike?
2  A      We did not.
3  Q      Any reason why not?
4  A      Again, just through mutual agreement that
5  we saw it was in the venting, and that was fine for
6  both of us.
7  Q      Okay.  Did you -- did you draw any
8  conclusions as to what the material consisted of?
9  I'm talking about what you see in the venting on
10  page 40.
11  A      Sure.  Again, there was -- there was lint
12  in there, there was soot in there, you know, some
13  threads and whatever else, you know, fabric-type
14  material.  And, again, it was different from what
15  Mr. Crabtree photographed that shows the penny and
16  I think some paper in there.
17  Q      So if we look at -- again, this is also
18  Mr. Crabtree's report.  This would be AEL No. 53.
19  Have you seen this photograph before?
20  A      I have.
21  Q      Okay.  And do you know what is depicted
22  in this photograph, which is 53?
23  A      This is the material that Mr. Crabtree
24  removed from some section of the venting.  I

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

---

**62**

1  believe it's the same section we're discussing.
2  Q       Were you present during the inspection
3  with Mr. Crabtree when he removed the material from
4  the venting?
5  A       I was not, no.
6  Q       But you've had an opportunity to review
7  the -- to see his photographs?
8  A       Yes.
9  Q       Okay.
10  A       After I wrote my report prior to the
11  deposition.
12  Q       So it looks like there are materials
13  not -- that aren't lint and aren't soot that he
14  pulled from the venting.  Would you agree with
15  that?
16  A       Yeah.  There's paper in there.  Again,
17  there's threads and hair, like, some stuff that you
18  would associate with laundry material, certainly.
19  Q       And there was also a penny found in that
20  material; is that -- do you agree with that?
21  A       Yeah, in some section of the venting.  I
22  don't remember what section he found that in, but
23  that was somewhere in the rigid venting.
24  Q       So with regard to -- let's just talk

**63**

1  about the paper.  Do you have -- were you able to
2  draw any conclusion as to whether that was in the
3  venting at the time of the fire?
4  A       Specifically in this photograph, his
5  Photograph No. 53, I don't see any soot damage to
6  the paper, and there was definitely soot, you know,
7  throughout the venting in some of the other lint in
8  different areas.
9          So it's possible that paper could have
10  been in the venting, and it may have been protected
11  by lint on top of it, but certainly it wasn't on
12  the exposed surface or it would be covered and
13  subjected to soot.
14  Q       So it sounds like from your last answer
15  you can't tell -- you can't tell either way whether
16  it was in the venting or not?
17          MR. HUGHES:  Objection.
18          THE WITNESS:  The paper is
19      possible.  It could have been in the
20      venting.
21  BY MS. YEMMA:
22  Q       Okay.  There was nothing to suggest to
23  you that it definitely wasn't in the venting, the
24  paper wasn't in the venting at the time of the

**64**

1  fire?
2  A       I can't say for certain, but, again, if
3  it was soot-covered, I'd be able to say more
4  accurately that it was.  In this case, I just don't
5  know.
6  Q       Mike, as you sit here, do you -- do you
7  know how big the holes are in the lint screen?
8  Have you ever measured them or seen any documents
9  that would give that measurement to you?
10  A       You're talking about the screen or the
11  lint trap?
12  Q       The lint -- the lint trap or screen,
13  however -- the lint screen, let's call it.
14  A       Okay.  Well, in --
15          MR. HUGHES:  Give the
16      differentiation.
17          THE WITNESS:  The lint screen
18      is the removable piece of plastic
19      blade -- some people call it a blade for
20      some reason -- that slides in, and that
21      has a mesh -- fine mesh screen on it.
22          MS. YEMMA:  That's what I'm
23      talking about, but let's make sure we
24      have the same term.

**65**

1          THE WITNESS:  The lint trap is
2      the place where that flows in there.  The
3      lint flows through the lint trap, through
4      the lint opening, and then through the
5      lint screen.
6          The lint screen does not catch
7      all the materials, unlike Mr. Crabtree's
8      assumption.  I would agree -- I think I
9      know where you're going with this, so
10      I'll just stop there.  Ask your questions
11      and we'll keep going.  Was your question
12      how big the lint screen holes were?
13  BY MS. YEMMA:
14  Q       That was my question.  Do you know?
15  A       I can't remember offhand.  I think
16  they're just slightly smaller than, like, a 16th of
17  an inch in diameter or square or whatever they are,
18  but that's not going to prevent something like
19  paper from getting into it.  I can tell you why.
20  Q       Okay.  And why is that?
21  A       The paper is small enough that it can get
22  through the lint trap openings.  When it collects
23  in the lint screen, when people pull the lint
24  screen up, it can fall off and travel into the trap

MICHAEL STODDARD, JR., CFI

**66**

1  duct and be present down in the trap duct and be
2  present below the lint screen.
3      When you reinstall the lint screen, that
4  paper is still below the lint screen, and then it
5  can travel through the system, and that's how
6  things like threads and other items that we see in
7  this lint can get into the -- into the vent system.
8      It's because those are small enough and
9  light enough that the airflow can carry that
10  through the venting unlike a penny which is pretty
11  unlikely.
12      Myself, I owned an Electrolux dryer. I
13  was constantly having problems with lint buildup in
14  the trap duct which wouldn't allow the lint screen
15  to seat all the way, which would also create gaps
16  or small items like this to pass through.
17  Q      Okay. All right. If you could look at
18  page 39 of your report.
19      Okay. So in the middle of that
20  paragraph, in looking at the sentence where it
21  states -- and I'll point to you. It says, "In our
22  opinion" -- sorry. "It is our opinion that the
23  rigid ducting was approximately 50 percent
24  restricted with lint or less prior to the fire."

**67**

1  Do you see that sentence?
2  A      I do.
3  Q      And I read that correctly? Is that
4  right?
5  A      Yes.
6  Q      Okay. You're talking about the two-foot
7  single section of the venting?
8  A      I'm talking about the full six-foot
9  section of rigid ducting. I'm even talking about
10  the rigid elbows, but based upon my estimate, again
11  I think the lint has shifted significantly since
12  the time of the fire.
13      It's hard to estimate that exactly, but
14  there would have been no more than a 50 percent
15  restriction of lint in the venting, and likely that
16  was fairly even around the outside circumference of
17  the venting, maybe a little bit lower, a little bit
18  greater on the bottom because of gravity, but I
19  don't believe there was any significant blockage
20  that we see in the photographs.
21  Q      How did you arrive at the 50 percent for
22  the vent -- what evidence do you have to support
23  that?
24  A      By looking at the actual remaining

**68**

1  accumulations of lint that were still adhered to
2  the interior walls of the rigid duct sections, both
3  the two footers that were attached to make the
4  four-footer and the one two-footer that was
5  unattached.
6      There was lint that was still adhered to
7  the outer wall, and then basing the amount of lint
8  that was again, in my opinion, through transport
9  dropped down to one end, if you kind of look at the
10  length of the ducting and how much lint was there,
11  I made an estimation as to how much lint would have
12  filled the cross-sectional area of the duct.
13  Q      Okay. So I think the only piece of the
14  venting that we haven't talked about would be the
15  exhaust hood. Have you had -- did you have an
16  opportunity to examine it?
17  A      I did.
18  Q      Okay. And was there any lint
19  accumulation on the exhaust hood?
20  A      In the exhaust hood, there was.
21  Q      Okay.
22  A      The outside was pretty clean.
23  Q      And there -- can you point to photographs
24  in your report that represent the condition of the

**69**

1  exhaust hood as you examined it?
2  A      Sure. There's three on page 40 of my
3  report. That would be the two in the middle, the
4  middle row, and also the bottom, bottom left.
5  Q      When you examined the opening to the
6  exhaust hood, was it operational?
7  A      I don't understand your question.
8  Q      Sorry.
9      Could you open the flap of the exhaust
10  hood?
11  A      The damper, yeah.
12  Q      The damper.
13  A      The damper was operational. It moved
14  back and forth.
15  Q      Thanks.
16      Mike, you're familiar with Mr. Cloud's
17  testimony in this matter with regard to the fact
18  that he cleaned the venting?
19  A      Yes, I'm familiar with his testimony.
20  Q      In your -- in your examination of the
21  venting, do you believe that the condition of the
22  venting is consistent with what Mr. Cloud testified
23  to concerning his cleaning of the venting?
24  A      Well, Mr. Cloud did testify that he could

**18 (Pages 66 to 69)**

MICHAEL STODDARD, JR., CFI

70

1  only access certain areas, so there was certainly
2  some areas that he wouldn't have been able to
3  access.
4         In the method that he used to clean the
5  venting, he was not able to reach the whole thing,
6  and he didn't clean the venting by moving the dryer
7  away from the wall.
8         So it's -- it's certainly possible that
9  some of the -- some of the lint that we find in
10  some of the areas could have again moved there
11  after the fire.  It may have been cleaner than it
12  actually was post-fire, if that makes sense to you.
13  Q      Can you explain that?
14  A      Yeah, I'll try my best.
15  Q      Okay.
16  A      So, you know, there's obviously lint on
17  the outside opening.  He said he cleaned that, but
18  he had last cleaned it months before the fire.  He
19  wasn't certain -- he didn't think he missed any
20  cleanings, but, you know, it's certainly possible.
21         The amount of usage that the family had
22  would certainly generate a fair amount of lint.
23  They used the dryer basically daily, so you would
24  have a greater accumulation of lint in this case

71

1  than certainly in someone who only used it once a
2  week, and lint can escape the dryer and pass
3  through the lint screen and get into the vent
4  system.
5         So it's obviously not super clean, but I
6  can't entirely say that Mr. Cloud wasn't entirely
7  correct, either.  It's certainly likely that he
8  cleaned the venting once before the fire, to some
9  degree, anyway.
10  Q      Do you have an opinion as to when that
11  cleaning might have been, the timeframe in terms of
12  when the fire happened?
13  A      Just -- just his testimony that he
14  thought it was in September or October of 2013, a
15  couple months before the fire, three months before
16  the fire, two to three months before the fire.
17  Q      Okay.  On page 28 of your report, if you
18  want to turn to that section.  I'm sorry I'm
19  jumping --
20  A      That's fine.
21  Q      -- back and forth.  I'll wait until you
22  get there.
23         So in this section of the report, you
24  make reference that -- you're talking about the

72

1  front drum seal, and you concluded that -- I'm
2  sorry.  Did you form a conclusion that there was an
3  air leak at the front drum seal of the Clouds'
4  dryer?
5  A      Yes, I did.
6  Q      And what do you base that opinion on?
7  A      The remaining lint after the fire at the
8  front of the cabinet.
9  Q      Could that lint have been the lint that
10  you're talking about in the front, that was on the
11  front left side of the cabinet?
12  A      Yes.
13  Q      Okay.  Could that lint have accumulated
14  there for some other reason other than a seal leak?
15  A      In conjunction with what we know about
16  the front drum seals in this particular dryer that
17  was manufactured in I think it was June of 2003,
18  this was definitely manufactured in a period where
19  electricals had front drum seal issues, and based
20  upon testing that we've done, we know that lint
21  accumulation is increased significantly when
22  there's a deficient front drum seal that's in a
23  dryer of this age.
24  Q      So apart from the lint accumulated in the

73

1  left front of the dryer cabinet, was there any
2  other physical evidence to support the drum seal
3  leak?
4         MR. HUGHES:  You said physical
5  evidence?
6         MS. YEMMA:  Yeah, physical
7  evidence.
8         THE WITNESS:  Well, certainly
9  the airflow through the dryer itself.
10  When -- when you have a front drum seal
11  leak, you typically get more lint
12  accumulated behind the drum because it's
13  one of the causes of reduced airflow.
14         So with the amount of lint we
15  have behind the drum and the heater pan
16  on the back of drum, the front drum seal
17  at minimum cannot be eliminated as a
18  potential cause for that.
19         And in addition to that, again
20  we're looking at the remaining lint
21  that's there.  Of course, the front seal
22  itself was burned away completely, so we
23  couldn't examine that to see what
24  condition the front drum seal was in, but

19 (Pages 70 to 73)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

**74**

1    I think -- and I'd have to look at maybe
2    some more detailed photographs.
3          I think there was some other
4    lint accumulation even after the fire
5    that was remaining around the drum flange
6    that also supported that, in addition to
7    the lint at the lower left of the
8    cabinet.
9    BY MS. YEMMA:
10   Q    Did the -- were the Clouds experiencing
11   any, like, damage to clothing or missing buttons or
12   things like that?
13   A    They weren't, but I don't know what they
14   were drying for clothing, if they dried a lot of
15   clothing with buttons or zippers.  Just because
16   they didn't experience it doesn't mean that there
17   wasn't a problem with the front drum seal.
18         You know, the service bulletin -- the
19   technical service bulletins clearly state that
20   there was an issue with the front drum seal during
21   this period that affected all dryers manufactured
22   from the first week of 2002 until I think it's the
23   28th week or something of 2004.
24   Q    Right.

**75**

1          Did you see any evidence of -- you know,
2    did you see any buttons inside the dryer cabinet
3    during your examination?
4    A    I don't recall seeing any buttons, no.
5    Q    Okay.  Did you see any evidence of any
6    foreign objects inside the dryer cabinet during
7    your examination, excluding what we've already
8    talked about in the venting?  I'm just talking
9    about the cabinet.
10   A    Sure.
11         MR. HUGHES:  Do you want any
12   photos?
13         THE WITNESS:  No, I'm just
14   looking here.  I did not.
15         MS. YEMMA:  Okay.
16         THE WITNESS:  Actually, let me
17   just check my notes, just to be on the
18   side of completeness here.
19         No, I don't have any notations
20   of that, either, so I likely would have
21   written that down or taken photographs or
22   both.
23         MS. YEMMA:  Pat, when we take a
24   break for lunch, can I get copies of some

**76**

1          of the things in his file?
2          MR. HUGHES:  Sure.
3    BY MS. YEMMA:
4    Q    All right.  So, Mike, during your
5    examination of the dryer in April of 2014, did you
6    examine the high limit safety thermostat?
7    A    I did.
8    Q    Okay.  And what did you observe with
9    regard to the thermostat?
10   A    The cap, what I refer to as the cap which
11   is like a phenolic plastic, was off of the high
12   limit switch when we received the dryer, which is
13   common due to the extensive fire damage we had
14   here.
15         And we tested the switch for operation,
16   but at that time, Electrolux's expert did not want
17   to open it up, which is our typical procedure.  We
18   typically look at the contacts.  It was my
19   understanding Mr. Crabtree did this later, but we
20   did not do it.
21   Q    Okay.  Did you have an opportunity to
22   look at the contacts after Mr. -- or at Mr.
23   Crabtree's inspection or after his inspection?
24   A    Afterwards.  I looked at the photographs.

**77**

1    Q    And what did you observe on the contacts?
2    A    There was evidence that the high limit
3    had cycled in this dryer, which is not unexpected.
4    It's supposed to cycle.  It's its job.
5    Q    Okay.  All right.  So you didn't see any
6    evidence to suggest that the high limit wasn't
7    functioning as intended?
8    A    No.  We actually tested it with a heat
9    gun and a meter, and it did open and close as it's
10   supposed to, so that was operating properly, even
11   after the fire.
12   Q    Okay.
13   A    Even with the missing cap.
14   Q    Okay.  And in your report, you indicated
15   that -- you determined that the high limit had
16   operated repeatedly over the life of the dryer; is
17   that -- am I understanding your opinion correctly?
18   A    Yes.  It's very difficult to count or
19   even estimate the number of cycles from analysis.
20   It's kind of an unexact science, but -- but it had
21   operated repeatedly.
22   Q    And was that significant to your analysis
23   of this matter and the cause of the fire?
24   A    Only in a general sense that it showed

MICHAEL STODDARD, JR., CFI

---

78

1  that there were periods where the dryer had
2  overheated over its approximately ten years of use.
3      Overheating is an indicator of poor
4  airflow, but it doesn't give any specifics of what
5  the airflow -- or poor airflow was caused by.  It
6  can be any number of things or a combination
7  thereof.
8      But, again, as I said before, kind of
9  chuckling about it, these things are designed as a
10  safety.  They're designed to be in place.  They're
11  designed to operate.  They're there to shut the
12  heater off.
13      So it's reasonable to expect some degree
14  of cycling in a dryer, even if it is experiencing
15  normal airflow from venting or other installation
16  issues, because people could occasionally forget to
17  clean their lint screen or dry a large load or
18  something that's bulky.
19  Q      Okay.  If you could turn your attention
20  to page 5 of your report.  I am working in the
21  opposite direction.
22  A      That's fine.  We can go backwards.
23  Q      Okay.  Are you there?
24  A      Yes.

---

79

1  Q      So above the bullet points, the
2  paragraph, it starts out, "This fire event."  Do
3  you see that?
4      So I'm -- okay.  So I'm going to read the
5  sentence.  It's the third sentence.  "The design is
6  also defective because of its failure to confine
7  the fire within the appliance, as the use of
8  plastic components assists in communicating fire
9  out of the appliance where it can ignite
10  surrounding combustibles."
11      My question is, did you see any evidence
12  that the plastics in the dryer had escaped the
13  dryer cabinet?
14  A      We know the fire escaped the dryer
15  cabinet, and the plastics were the fuel for the
16  fire because the load was removed, so, therefore,
17  the cause of fire escaping is the combustible
18  plastics.
19  Q      Okay.  But my question was, did you see
20  any evidence of the molten plastic escaping the
21  drum?
22  A      I'll have to look at the photographs.
23  Q      Okay.
24  A      Can I?

---

80

1  Q      Yeah, absolutely.  Here you go.
2  A      Okay, sure, I did.  I did see -- I did
3  see evidence of burning plastic escaping the
4  cabinet.
5  Q      Okay.  Could you identify or point me to
6  the photograph in that?  It's Exhibit-4, right?
7  A      Exhibit-4, yes.
8  Q      Okay.
9  A      So Image 4 on the first page shows the
10  exterior fire patterns that we have there.  There's
11  a lot of oxidation, rusting on the outside of the
12  cabinet at the lower right front corner.
13      That's consistent with the fuel load of
14  the plastics burning inside which can burn away the
15  paint from the inside, but there's a seam right
16  there, and based upon testing we've done in
17  conjunction with looking at this fire pattern, just
18  this pattern alone says, you know, more probably
19  than not there were flames escaping this front
20  panel seam at the right side, so that would be
21  Point No. 1.
22  Q      Okay.
23  A      Image 199 shows the front panel dropped
24  on the front of the dryer, and it shows the remains

---

81

1  of the plastic from that right front corner, and
2  looking at the fire patterns on the interior of the
3  front panel, but more specifically on the lip, the
4  lower lip of the front -- of the -- sorry -- of the
5  cabinet, there is some oxidation and burn patterns
6  there that indicates there was burning material
7  seeping through that seam.
8      Then there's also kind of other views are
9  shown in that same area, in 242, and then 243 also
10  shows the melting plastic that is kind of
11  overhanging that whole lip.
12  Q      You said 242 and 243?
13  A      Yes.
14  Q      Okay.
15  A      And then Photo 277 just shows what's left
16  of the plastic for the blower housing at the right
17  front corner and what's left of the trap duct, and
18  it's been almost completely consumed in that area.
19      And when we've done testing on dryers
20  that looked like this after the fire, in most
21  cases, we find that the molten plastic has dripped
22  out between that front panel seam and the main
23  cabinet.
24  Q      Have you examined Electrolux-manufactured

---

21 (Pages 78 to 81)

**MICHAEL STODDARD, JR., CFI**

82

1  dryers that have been involved in a fire where
2  you -- where the plastics were contained to the
3  cabinet?
4  A       Just --
5              MR. HUGHES:  Object to form.
6              THE WITNESS:  Can you explain
7      your question a little better?
8              MS. YEMMA:  Sure.
9              THE WITNESS:  You're talking
10     about a small level fire?
11 BY MS. YEMMA:
12 Q       Well, I want to know if there have been
13 any fires that you've examined involving an
14 Electrolux dryer where the plastics remained within
15 the cabinet.
16 A       Yes, yeah, in smaller fires where the
17 fire has been discovered early and extinguished,
18 there is -- there is times where the plastic won't
19 necessarily escape the cabinet.
20     And in the cases of -- specifically I'm
21 recalling a laundry center where the fire was so
22 small, it was extinguished so quickly, that really
23 the only thing that burned up was the foam seal
24 between the trap duct and the blower housing, and

83

1  there was only a little bit of -- when I say --
2  I'll say melting, but when I say melting, I just
3  mean deformation, not actual holes being melted in
4  the plastic or anything.  It just kind of drooped
5  on the top of the blower housing.
6      That's a specific example I can think of,
7  but, again, the plastics in the laundry centers are
8  different from the freestanding materials --
9  Q       Right.
10 A       -- freestanding dryer materials.
11 Q       Do you have an opinion as to whether the
12 dryer -- strike that.
13     So it's my understanding that when the
14 Clouds were alerted to the fire, Mrs. Cloud opened
15 the dryer door, and she removed the materials from
16 the dryer.  Is that your understanding of what
17 happened after the fire?
18 A       Yes.  That's her testimony from her
19 deposition, and it's also supported by the physical
20 evidence.
21 Q       And then did she leave -- did she leave
22 the dryer door open after she pulled the material
23 out of the drum and put it on top of the dryer?
24 A       I don't know if she left it open or if

84

1  her daughter came and closed it or whatever, but I
2  do know that the dryer door was closed throughout
3  the fire, anyway.
4      If there was -- if there was a period it
5  was open, I just don't know how long it was open
6  for, but it was -- the fire patterns on the inside
7  of the door say that the door was -- was closed; if
8  not latched anyway, at least closed.
9  Q       Could the fact that Mrs. Cloud opened the
10 door after the fire was -- after the fire had
11 started -- could that have assisted with the fire
12 escaping the drum, in your opinion?
13 A       Well, when she discovered the fire, it
14 was down below the drum, so by the time she removed
15 the clothes, it's -- again, I don't know when the
16 door was closed, if it was immediately after she
17 removed the clothes or when, but certainly the door
18 was closed during the fire, so I don't really
19 understand your question.  It's kind of an
20 incomplete hypothetical.
21 Q       Okay.  Did you have the opportunity to
22 see the clothes?  And I'm saying clothes.  I think
23 they were clothes that were in the -- that were
24 being dried at the time of the fire.  Do you know

85

1  one way or the other?
2  A       It was reported that they were her
3  daughter's clothes, but I did not see them.
4  Q       Do you know if they -- have you seen any
5  photographs of them?
6  A       I don't -- I don't recall.  Yeah, I may
7  have, but I just -- I don't recall specifically.
8  Q       Do you know if they -- do you know if
9  they were fire-damaged in any way?
10 A       I don't know that.
11 Q       Do you know if the clothes were dry when
12 she took them out of the drum?
13 A       According to her testimony, they were.
14 She specifically commented to her daughter that
15 when they first discovered the smell or odor of
16 smoke or whatever it was that alerted them to the
17 fire, she thought the dryer had just burned out, as
18 she said, like, stopped working, and then she made
19 a comment to her daughter, "Well, at least you
20 finished" -- "at least your clothes were dry," and
21 then it was only thereafter that they actually
22 discovered the flames below the drum in the trap
23 duct area.
24 Q       Mike, it's my understanding, and we

MICHAEL STODDARD, JR., CFI

86

1 talked -- we mentioned this early in your testimony
2 that you have done -- you have done testing on the
3 plastic components in the Electrolux dryer; is that
4 right?
5 A      We have.
6 Q      Okay.  And that was testing done -- I'm
7 just getting to that part of your report.  Sorry.
8        Okay.  You refer to that as the component
9 burn testing that was done in October of 2013?
10 A      Yes.
11 Q      Okay.
12 A      That was not just plastics from
13 Electrolux dryers, but also -- well, it was
14 alternative materials as well.
15 Q      Okay.  And I was going to ask you if you
16 could -- the testing that was done in October of
17 2013, was there a protocol for that, a written
18 protocol for that testing?
19 A      I believe so, yes.
20 Q      Okay.  And is that on the hard drive?
21 A      Yes.  If it -- I'm almost 100 percent
22 certain we produced written protocols for that, and
23 it would be on the hard drive.
24 Q      Was that testing that you were personally

87

1 involved in?
2 A      Yes.
3 Q      Who drafted the protocol for that
4 testing?
5 A      I think it was drafted in conjunction
6 with Mr. Parsons and myself, and I believe Mr.
7 Fallows may have even had some input on the
8 protocol.
9 Q      Okay.  Anybody else?  Just the three of
10 you that you just mentioned?
11 A      Not that I recall.  I mean, there may
12 have been someone at our office that may have also
13 been involved, maybe lab technicians that were
14 assisting or something, but primarily it was Mr.
15 Parsons and myself.
16 Q      What was the contribution that Mr.
17 Fallows made to the protocol?
18 A      Well, we were working on him -- working
19 with him on another case at the time, so I know he
20 wanted to be involved in the testing itself, or at
21 least see the results of the testing.  I don't
22 specifically recall any conversations about the
23 protocol, though, so I just don't know.
24 Q      When you say he wanted to be involved,

88

1 what do you mean by that?
2 A      Well, essentially we were doing the
3 testing in conjunction with him, even though he's
4 relatively close to us, just like a scheduling
5 issue.  He wants to be there if he could, but I
6 think that he wasn't able to, so we just had to
7 share the data with him afterwards.
8 Q      So he -- my next question was going to
9 be, so he wasn't present, physically present, for
10 the testing that you conducted?
11 A      That's correct.  Yeah, he was not there.
12 Q      Okay.  And who conducted the testing?
13 A      Myself and Mr. Parsons, and then we would
14 have had some other stuff there, lab stuff, and
15 probably our IT person doing some video stuff.
16 Q      Did the testing last more than one day?
17 A      I don't recall, but I might be able to
18 tell.  What page was that?
19 Q      160.
20 A      I don't recall.  The only other way to
21 really find that out would be for me to go through
22 the hard drive.
23 Q      Do you have a recollection as you sit
24 here today?  Was it something that lasted multiple

89

1 days?
2 A      It may have been, like, two days.  I
3 don't think it was, like, a week of testing or
4 anything.  It may have been a couple days apart,
5 only because of just our own schedules or the
6 materials we were using.
7        I think we had to order some parts and
8 stuff to do it with.  They may have come at
9 different times.  The photographs that we took
10 would be on the hard drive, and they would have
11 dates associated with those, so that would be the
12 best, most reliable way to tell.
13 Q      We can look at that.  That's fine.
14        Can you tell me what the test entailed?
15 A      Sure.  The testing was trying to figure
16 out what types of materials were used in different
17 dryers and their contributions to a fuel load in a
18 dryer or the benefits to fire safety I guess is the
19 best summary.
20 Q      How did you -- how was the testing
21 carried out?
22 A      Again, we used the protocol.  We
23 certainly used a Bunsen burner as the fuel source
24 or as the heat source, I mean, to ignite different

90

1  materials, and we tested them to see, you know, how
2  they behaved with the application of flame for a
3  very short period of time or for repeated
4  applications or full duration.
5  Q     Okay. So the materials that you used,
6  can you describe them for me?
7  A     Sure. We used a trap duct out of a
8  standard Frigidaire style dryer. Again, I think it
9  was probably an individual component that was
10  purchased from a parts store or something.
11       That's what we refer to as the HB
12  plastic, which means it's been tested for flame
13  spread, but generally HB plastics don't have any
14  flame retardants, or at least they're not qualified
15  as self-extinguishing plastics, anyway.
16       We tested a trap duct from a GE dryer
17  manufactured by Electrolux, which is a -- I'm
18  trying to remember off the top of my head if it's
19  5VA or a 5VB plastic, but it is a flame-retardant
20  self-extinguishing plastic that they used in those
21  specific models.
22       And then we tested a -- we tested a metal
23  air duct or trap duct out of a Whirlpool or a
24  Maytag dryer. We also did some tests to the blower

91

1  wheels and the blower housings as well.
2  Q     So the blower wheels and the blower
3  housings, what -- what were they made of?
4  A     I'm trying to remember the exact details.
5  I'd have to go through the hard drive to look at
6  the photographs and see, but it's my recollection,
7  anyway, that the Electrolux blower housing and the
8  blower wheels that we used were standard current --
9  when I say "current," currently available at the
10  time we purchased them, anyway -- HB plastics.
11       And then we did test some type of
12  impeller wheel and maybe even a metal blower
13  housing from a Whirlpool dryer or Maytag dryer or
14  something.
15  Q     Was the impeller wheel -- what was that
16  made of?
17  A     That particular impeller was some type of
18  flame-retardant plastic. I don't think we can
19  determine exactly what the rating was, but it did
20  contain some flame retardants and
21  self-extinguished.
22  Q     How were you able to figure that out?
23  A     Just by the test itself. The methodology
24  was we would apply the flame for a very specific

92

1  short period of time. I think it was two seconds
2  or five seconds or whatever it was, and we would
3  pull the flame away, and if it's a flame-retardant
4  plastic, it wouldn't ignite as easily as a
5  non-flame-retardant plastic, and if it was
6  self-extinguishing, once you take the flame away
7  and you remove the heat source, it should
8  self-extinguish.
9  Q     So I just want to make sure I got all the
10  parts. So the last part we were talking about was
11  the impeller wheel.
12       Were there any other -- we talked about
13  the trap ducts, the blower wheel, the blower
14  housings, and the impeller wheel. Anything else
15  that was tested?
16  A     That last impeller wheel, I'm
17  specifically talking about from another -- again, a
18  Whirlpool, Maytag, whatever we used for, like, the
19  alternative materials.
20       No, as far as the component -- the flame
21  testing or fire testing for components, I think
22  that's all we used. Again, I'd have to
23  double-check through all the photographs of the
24  testing on the hard drive, but you have them.

93

1       MR. HUGHES: Off the record for
2  a second.
3       (At this time, a discussion was
4  held off the record.)
5  BY MS. YEMMA:
6  Q     Mike, we took a short lunch break.
7  Before we took that break, we were talking about
8  the testing you had done on the -- the burn testing
9  on the component parts, so I'd like to just stick
10  with that for a while longer.
11  A     Sure.
12  Q     So you had identified the parts that were
13  used in that testing. Could you tell me -- and I
14  understand that you used a Bunsen burner as the --
15  as the flame to conduct the test, right?
16  A     Yes, as the heat source.
17  Q     As the heat source.
18       Okay. Can you tell me how that test was
19  carried out?
20  A     Again, I'd have to look at the protocol
21  that we have on the hard drive and the photographs
22  to really look at specific details, but generally
23  from what I recall, we took each component and we
24  subjected them for a period of time that the Bunsen

MICHAEL STODDARD, JR., CFI

94

1  burner flame was aimed against the -- essentially a
2  horizontal orientation against the item, and we
3  would shut off the -- shut off the fuel to the
4  Bunsen burner to extinguish the flame after a
5  certain period of time and make observations.
6          We did that a couple times, and depending
7  on what happened, if the -- if the material kept
8  burning by itself once the flame was extinguished,
9  then we'd make those observations and be able to
10  establish that it was not self-extinguishing
11  plastic.
12         If it self-extinguished after the short
13  duration flames, we left the flame on the entire
14  time to see what would happen and how it would
15  burn.
16  Q       With -- how did you decide how long to
17  apply the flame to the component?
18  A       It was just a timeframe that myself and
19  Mr. Parsons chose, and I forget whether -- I think
20  it was five seconds is what we used.  It was just
21  enough that it would be, in the case of a plastic
22  that had no flame retardants, enough heat energy to
23  ignite it, yet not enough to keep it burning for
24  any long duration obviously, unless it continued to

95

1  burn, so then it burned to completion in some
2  cases, in some of the testing.
3  Q       The components that you were testing,
4  were they on a table, or were they on the ground?
5  A       We were testing them on a piece of cement
6  board under our burn hood.
7  Q       Was the test conducted outside?
8  A       No, it was inside, in our building, yes.
9  Q       You had the hood?
10  A       Yes.
11  Q       Got it.
12  A       Yeah, we have a smoke hood that removes
13  the smoke from the building.
14  Q       So do you recall what happened when the
15  HB plastics were -- when the flame was applied to
16  the HB plastics?
17  A       Generally, yes.
18  Q       Okay.  And what do you recall?
19  A       The first exposure of the short duration
20  flame ignited the -- at least the trap duct,
21  anyway.
22         I don't remember if we -- what exactly
23  happened with the air duct -- I'm sorry -- the
24  blower housing, not the air duct; but the trap

96

1  duct, it ignited the plastic within seconds, and
2  when the flame on the Bunsen burner was
3  extinguished, the fire continued to burn, and the
4  plastic which was supported in an orientation kind
5  of similar to it being in the dryer in a regular
6  vertical orientation continued to burn for I think
7  it was, like, 40-something minutes until basically
8  all the plastic was consumed and all that was left
9  was some residue.
10  Q       Okay.  So in what orientation was the
11  trap duct when the flame was applied to it?
12  A       It was -- it would be best to probably
13  show a photograph, but it was standing upright kind
14  of like it would be as it would sit here to the
15  front panel of the dryer.
16  Q       Do you mind if we pull those photographs
17  up?  It might be helpful.
18  A       I don't mind at all.
19  Q       Do you want to use --
20  A       We can use yours.
21              MR. HUGHES:  Just off the
22         record.
23              (At this time, a discussion was
24         held off the record.)

97

1  BY MS. YEMMA:
2  Q       Mike, we took a short break, but with
3  regard to your file, any handwritten notes that you
4  have, would they be contained in the physical file
5  that you brought?
6  A       Yes.
7  Q       Okay.  And you mentioned about the dep
8  summaries.  I noticed that there was a dep summary
9  of Emil and Sharon Cloud.  Are those incorporated
10  into your report?
11  A       Yes, those are.
12  Q       And did you -- what other depositions did
13  you review in connection with this matter besides
14  the Clouds'?
15  A       I reviewed a bunch of depositions.  There
16  was obviously a lot more that were produced for a
17  bunch of cases kind of together, Brian Ripley and
18  Mike Ricklefs, and, geez, I'm trying to think of
19  all of them, Shelly Clausen and Ali Zarghami.
20         There's a bunch of depositions that I'm
21  generally familiar with that are probably relevant
22  to all these cases, but specifically in the Cloud
23  case, the ones that were produced was Emil and
24  Sharon Cloud, the fire marshal, Michael Johnson,

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

98

1  Carl King, Fred Pauk, P-A-U-K, and Dave Fuller.
2  Those are the depositions specific in this case
3  that I reviewed.
4  Q      Okay.  Thanks.
5          Now, we can go back to the burn testing.
6  So we plugged in your hard drive, and you pulled up
7  a folder, so it's in Electrolux, Electrolux
8  testing, plastic component, fire testing, October
9  2013.  Did I read that correctly?
10 A      Yes.
11 Q      And that's just the folder structure to
12 get to what you pulled up, so there are three
13 folders, blower fan test, trap duct/air duct, fire
14 test.
15         Okay.  So before we pulled up the hard
16 drive, we were talking about the trap duct test?
17 A      Yes.
18 Q      Is that correct?
19         Okay.  So if you would, I believe my
20 question which prompted us to pull out the hard
21 drive was asking about the orientation of the trap
22 duct during the testing.
23 A      Sure.  I can show you photographs.
24 Q      That's great.  Thanks.

99

1  A      For the air duct/trap duct, we did three
2  different tests.  One was the HB plastic, one was
3  the 5V plastic from the GE models, and then one was
4  a metal alternative duct.
5  Q      Okay.
6  A      So the first one is the HB duct, I
7  believe.
8  Q      It's going to take a minute to pull up in
9  that program.
10 A      Sure.
11 Q      Okay.  So that's a four-page document?
12 A      Yeah, four pages with four photos per
13 page, and there's also -- there was video taken
14 with this, too.
15 Q      I think if you click more to the right.
16 A      I'll let you.  It's your computer.
17 Q      I should have brought a mouse.  Okay.
18 A      Okay.  So --
19 Q      There you go.  You're at an awkward
20 angle.
21 A      So Photo 4 is probably the best
22 representation of the way the air duct was set up.
23 Q      Okay.  And can you describe, and if you
24 could refer to the photograph where on the duct

100

1  that the flame was placed?
2  A      Well, sure.  It's the flame from the
3  Bunsen burner.  Again, the Bunsen burner is set in
4  a horizontal fashion, so it's directing flame
5  towards the vertical interface of the trap duct.
6  Q      Okay.  And --
7  A      And there's measurements to show how high
8  it was and where it was in relation to the burner.
9  I just want to check one thing.
10 Q      Sure.
11 A      Because of the PDF size, I can't read it.
12 We did write in permanent marker as to which trap
13 duct we're testing here.  I'd have to look at the
14 videos to figure out which one it was because I
15 can't read it.  The PDF is just too grainy.
16 Q      When you say which -- you mean whether it
17 was the HB or the 5V?
18 A      Yeah.  I think one -- this might be the
19 GE 5V one because I think it says GE on it.  Like,
20 it looks more like it says GE than it does HB, but
21 I can't tell.  I'd have to look at the video, but
22 we can do that, too, if you want.
23 Q      Okay.  Did you set up the trap duct in
24 the same orientation for the 5V and the HB?

101

1  A      Yeah, because they're the same trap duct.
2  They're molded from the same mold.  Dimensionally,
3  they're the same.  We did the exact same setup of
4  that test.
5          When we did the alternative component
6  from the Whirlpool or Maytag -- I think it was a
7  Whirlpool -- which was a metal trap duct, that
8  one's a little bit different arrangement.
9          So we just tried to make it similar as
10 far as the height of the Bunsen burner and the
11 distance away from the surface that we were trying
12 to ignite.
13 Q      So when the 5V trap duct -- when you
14 performed the test, what happened?
15 A      So the 5V one is the trap duct that is
16 made of a self-extinguishing flame-retardant
17 plastic.
18         When we did the -- what's called the
19 momentary flame test where we put the test --
20 sorry -- put the flame to it for, like, whatever,
21 five seconds, and removed it, the fire immediately
22 self-extinguished, unlike the HB one where it just
23 continued to burn.
24         Because it did that and

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

**MICHAEL STODDARD, JR., CFI**

102

1   self-extinguished, we reapplied the flame again for
2   another duration.  I think we did it longer the
3   second time.  I think it was, like, ten seconds,
4   and it burned when the flame was impinging directly
5   on the plastic, but again, as soon as we shut the
6   fuel off on the Bunsen burner, it
7   self-extinguished.
8           The last part of the test was to leave it
9   exposed to continuous flame, and we put the Bunsen
10  burner again in the same spot.  We put it on and we
11  left it on.
12          With the heat constant to it, it was able
13  to burn a portion of the plastic, when the heat was
14  constantly exposed to it, but as soon as the
15  plastic around the flame burned away or melted
16  away, however you want to describe it, the rest of
17  the trap duct stayed intact, so basically we burned
18  a hole through it, whereas opposed to the HB
19  plastic upon the first momentary ignition, it
20  burned and continued to burn until there was
21  nothing left but a very small puddle of ash.
22  Q       So the amount of time that you were
23  exposing the flame to the components, is that
24  documented in the videos?

103

1   A       It is, yes.
2   Q       Okay.
3   A       And we -- in the case of the GE trap
4   duct, the 5V trap duct, we kept the flame exposed
5   until basically the plastic itself was no longer
6   burning, so, like, when the smoke and everything
7   else stopped, because eventually, like I said, it
8   burned a hole around the flame where the flame
9   wasn't touching anything anymore.
10  Q       How long did that take?  Do you recall?
11  A       I -- we'd have to look at the video.  It
12  was -- it was -- compared to the total burning of
13  the HB duct, which was, like, 40 minutes to an
14  hour, somewhere around there, I think the other
15  H -- sorry -- the 5V trap duct only burned for,
16  like, five or ten minutes maybe before it burned a
17  hole through the plastic and the rest of it
18  self-extinguished.
19  Q       So the trap duct, the HB trap duct, how
20  did you obtain that?
21  A       We ordered it from a -- from a parts
22  store.  It's a factory Electrolux part you get off
23  a parts diagram and ordered it from either Sears
24  Parts Pros or Appliance Parts Pros or whatever it

104

1   is.
2   Q       How about the 5V trap duct?  How did you
3   obtain that?
4   A       Same thing.
5   Q       So what happened with the metal trap duct
6   when you applied the flame?
7   A       The metal trap duct, we did the exact
8   same process just to stay with the consistency, but
9   the momentary flame discolored the steel.
10          Again, that's a coated steel, so some of
11  the galvanization or whatever coating they had on
12  there was discolored or burned off a little bit,
13  but there was -- there was no ignition of the metal
14  and no -- no flames beyond that which the Bunsen
15  burner itself was producing.
16          But we did repeat the test, and we put
17  that on there for a duration and then a longer
18  duration, and then a long enough duration that you
19  can get the point that metal doesn't burn.
20  Q       Okay.  So -- and I know we have a video
21  documenting it, and the photographs.  Did you take
22  any notes during the test?
23  A       I don't think so, no.
24  Q       Did Ron take any notes, Mr. Parsons?

105

1   A       No, I don't think we took any real notes.
2   I think it was fairly self-explanatory through the
3   photographs and video.
4   Q       Got it.
5           So if we could look at the photographs
6   for the blower wheel and the blower housing.
7   A       Sure.
8   Q       If you could pull that up.
9   A       Did you want to see the metal duct
10  because it's different, trap duct?
11  Q       Sure.  If you can pull that, that's
12  great, Mike.
13  A       Well, Test 3 is the metal.
14  Q       Okay.  And you said this came from a
15  Whirlpool dryer?
16  A       I believe it was a Whirlpool, yeah.
17  Q       Do you know what year manufacture for the
18  Whirlpool dryer?
19  A       Not offhand, no.  I can probably figure
20  it out, but I would have to estimate it was
21  probably a 2007, 2008 dryer.
22  Q       Okay.
23  A       I mean, they use -- they use metal ducts
24  on their dryers, at least this style of dryer which

**27 (Pages 102 to 105)**

**MICHAEL STODDARD, JR., CFI**

---

106

1 has the front mounted screen.  It uses a front trap
2 duct.  They have been using this design since,
3 like, the mid-2000's.
4 Q      Okay.  So if we could -- thank you for
5 pulling that up.
6        So let's look at the plastic, the HB, 5V
7 blower wheel and blower housing.
8 A      So first we'll look at the blower fan.
9 Q      Okay.
10 A      That's Test 6 and 7, and Test 6 would be
11 the Whirlpool fan.
12 Q      Okay.  And that consisted of what
13 material?
14 A      That would be some type of
15 flame-retardant.  I don't know if it's 5V or V0,
16 but it's something greater than an HB.
17 Q      Okay.  And then Test 7 was the HB blower
18 fan?
19 A      Yeah.  Let me just double-check that.
20      Right.  Test 7 would be the Electrolux
21 fan, which would be HB as far as -- as far as our
22 understanding goes.
23 Q      So describe to me what you did to test
24 the HB blower fan.

---

107

1 A      Same protocol.  It would be the short
2 duration, a little bit longer duration, and then
3 full duration.
4 Q      So what happened with the short duration?
5 A      Substantially similar.  The HB model
6 caught immediately, basically burned to completion,
7 and the Whirlpool, some type of flame-retardant
8 plastic was self-extinguishing, so it would put
9 itself out and have difficulty burning.  It would
10 only burn where the flame was.
11 Q      Did you do the same -- like what you did
12 with the trap duct?  Did you expose the component
13 to the flame for --
14 A      It was the same exact test protocol, same
15 duration or pairs of durations or whatever it was.
16 Q      Okay.  So let's look at the blower
17 housing photographs.
18 A      So those would be Tests 4 and 5.
19 Q      So Test 4 -- I know you're pulling it up.
20 Sorry.
21 A      So Test 4 was the blower assembly from an
22 Electrolux.
23 Q      Okay.  And that consisted of HB plastic?
24 A      Yes, again, from our understanding, from

---

108

1 what we've been told by Electrolux, and the way it
2 behaved, too, as well.
3 Q      And how did it behave when it was exposed
4 to the flame?
5 A      Same thing as all the other components
6 did.  Now, this is the assembly, so it had the fan
7 and the blower housing together on this one because
8 we got it as a one-piece unit, the part, but it
9 ignited -- it ignited the --
10 Q      You have to then click on the photo.
11 There you go.  Sorry.
12 A      That's just a factory marking.
13 Q      I can't read that, either.
14      We have the original photo.  We don't put
15 the original photos on the hard drive because it
16 just takes up too much space.  We have those back
17 at the office if we have a need to look at those
18 specifically.  You can ask for the originals if you
19 ever need them.
20 Q      So with regard -- so then Test 5 would
21 have been -- was -- what was Test 5?
22 A      Let me just make sure.
23 Q      Yeah, sure.
24 A      So Test 5 is another Electrolux blower

---

109

1 housing -- or blower assembly, should I say,
2 because it again has the impeller inside of it, so
3 I don't know if one of these was -- we were
4 wondering if it was HB and one wasn't.
5      The reason why I say that, and I'm just
6 trying to remember the details, is Electrolux was
7 making their bulkhead dryers, the ones from Juarez,
8 Mexico, to meet the 2013 fire containment standard
9 using -- we were wondering if they were using
10 different materials, so that's why we tested two
11 different ones.
12      So one of these blower housings would
13 have been from a ball-hitch dryer.  One of them
14 would have been from a very current bulkhead dryer.
15 Q      Okay.  And did you make a determination
16 as to the type of plastic that made up the blower
17 housing in the bulkhead?
18 A      I have to look at the videos.  Do you
19 mind if I watch the videos?
20 Q      Yeah, sure.
21 A      I apologize.  It's been a long time since
22 we did these tests, so I don't remember all the
23 details.
24      Okay.  Yeah, so Test 4 was a -- some type

---

28 (Pages 106 to 109)

MICHAEL STODDARD, JR., CFI

110

1  of flame retardant, whether it be V0 or 5V or
2  something blower housing, but with an HB fan
3  impeller, and Test 5 was HB blower housing and HB
4  fan impeller.
5      And the difference in the two tests were
6  that much as a chain is only as good as its weakest
7  link, when we tested the blower housing that was
8  made of some type of flame-retardant plastic, the
9  short duration flame didn't catch the blower
10  housing itself on fire easily, but once the
11  impeller caught fire, that continued to free burn
12  and served as the heat energy and fuel that burned
13  most of the flame-retardant plastic, whereas in
14  the -- in Test 5 where both components were HB, the
15  outer blower housing ignited at the first duration
16  test, and then that caught the impeller on fire,
17  and the whole unit burned 100 percent, whereas Test
18  4, there was still some remains of the -- at the
19  left side of the blower housing where the fan
20  impeller hadn't had a chance to burn up that
21  material.
22  Q      Okay.  So we've covered Tests 1 through
23  7.  Does that comprise all of the testing for
24  the --

111

1  A      For the component itself, yeah.
2  Q      What conclusions, if any, did you draw
3  from that testing that are relevant in this case?
4  A      Well, metal doesn't add any fuel to the
5  fire.  Metal doesn't burn, so metal was the
6  superior behaving material for the components.
7      The 5V plastic would self-extinguish as
8  long as the heat source was not present, so in
9  conditions where you have a dryer fire that had a
10  load that was burning or a lot of lint in the trap
11  duct or something that was burning, that may
12  continue to ignite those materials and keep it
13  burning at least on a component level, anyway.
14      It was certainly improved over the HB
15  material because it had that ability to
16  self-extinguish, and HB material performed the
17  worst.
18      It just took very little heat energy to
19  ignite it, and it continued to burn to completion.
20  There was dripping flaming plastic that came out of
21  that, whereas the 5V material, there's no -- it may
22  melt, but there's no dripping flaming particles
23  that are emitted from that material.
24      And then specifically in regards to this

112

1  test we were just discussing, while there is a
2  minor improvement in the use of the blower assembly
3  by using a 5V outer blower housing, the fact that
4  they kept the fan impeller as HB still made that
5  fail pretty significantly because that supplied the
6  heat energy to drive off the fire inhibitors and
7  prevent that 5V plastic, or whatever rated plastic
8  it was, to self-extinguish.
9  Q      And that was after the short duration
10  exposure or the -- well, how long was the exposure
11  for that?
12  A      Let me just look at that video again.
13  You're specifically talking about the blower
14  assembly?
15  Q      The blower assembly that you believe was
16  from an Electrolux bulkhead dryer, right?
17  A      Correct.
18      So this is after the first short
19  duration.  You can see it just blackened the
20  outside.
21  Q      Can you just identify that photograph?
22  A      It's a video.  It's Test 4 video.
23  Q      Test 4 video.  That's perfect.  Okay.
24  A      And so, again, we ran that for a very

113

1  short duration, like, five seconds on, and then we
2  shut the burner off, and what it did is it just
3  kind of charred and left a soot stain on the
4  outer -- excuse me -- the 5V outer housing,
5  whatever, flame-retardant outer housing.  It didn't
6  ignite the impeller on the short duration test.
7      And then we hit it again, and on the
8  second short duration test, I believe it ignited
9  the impeller, and then we shut off the burner
10  partway through.
11      I think another -- let me go into another
12  video.  There's two different angles.  One actually
13  shows it at an angle so you can actually see the
14  flame on the burner.
15      This is Camera 2, so here you can see
16  the -- okay.  I can actually see the markings here,
17  so we did write that it was an EHP, for Electrolux
18  Home Products, 5V.  Again, we think it's 5V, but I
19  don't know if I've ever seen what they use on the
20  new bulkhead dryers.
21  Q      And I understand you're inferring, based
22  on how the plastic behaved when exposed to the
23  flame, what type of plastic it was?
24  A      Yes.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

114

1    Q    But did you do anything else to confirm
2    what the plastics were that you used in the test?
3    A    No.  We thought about sending it out for
4    FTIR analysis to identify the plastics, but it
5    just -- it doesn't make a huge difference.  We know
6    all the models, all the ball-hitch, have HB plastic
7    blower housings, at least the ones we deal with.
8         We know there was a period of time where
9    the GE models in the late '90's, early 2000's did
10   have HB plastic blower housings as well through a
11   very limited period of time just through deposition
12   testimony, so we're really only dealing with those
13   two types of materials in the subject dryers.
14   Q    Okay.
15   A    So this would be the first short duration
16   at two minutes.
17   Q    Is there a count -- oh, I see.  Okay.
18   A    There is, down at the bottom, and then we
19   let it cool for, like, a minute after we do the
20   first short duration burn.
21   Q    Were you consistent in how -- throughout
22   the test in terms of the timing?
23   A    Yes.  We followed the same protocol.
24   Q    And this is the second duration?

115

1    A    Yeah.  It should be a minute later.  It
2    should be right about the three-minute mark is when
3    we did it, give or take when the video starts.
4    Q    And what are we watching now, Mike?
5    A    So this is the -- this is the second
6    flame test, essentially the second part of this.
7    Step 2 I guess is a better way to say it.
8    Q    Of Test 4?
9    A    Step 2 of Test 4, and the flame is
10   actually on for a period of time.  The burner is
11   still lit, and it's been going for, say, 20 seconds
12   or so.
13        The -- the plastic fan impeller that's HB
14   has caught fire.  You can actually see some
15   dripping and flaming plastic coming from the
16   material inside a little bit here and there, and
17   then the flickers of flame where the 5V plastic is
18   trying to self-extinguish even though the fire
19   inside is keeping it burning to some degree.
20   Q    How hot is the flame from the Bunsen
21   burner?
22   A    It's a blue flame, so it's probably in,
23   like, the 14, 1500-degree range, something like
24   that.  We have to measure -- exactly where it was

116

1    in relation to the flame itself will have some
2    variation to it because of its proximity to the
3    material and the shape of the flame itself, but I
4    would say probably around there somewhere.
5    Q    And in the photographs, I think we saw it
6    earlier.
7    A    There's the dripping of the flaming
8    plastic.
9    Q    Got it.
10        You document the distance between the
11   burner -- the Bunsen burner, the nozzle for lack --
12   I don't know if that's what you would call it.
13   A    Right.
14   Q    To the component; is that right?
15   A    That's correct, yeah.
16   Q    And is the Bunsen burner -- is it on?  I
17   see, like, a -- it looks like the back of a cell
18   phone, but what is that?
19   A    It's a weighted stand --
20   Q    Okay.
21   A    -- just gripping the Bunsen burner so it
22   doesn't move.
23   Q    Got it.
24        Okay.  So, Mike, the dryer at issue in

117

1    the Cloud matter, it's --
2    A    Let me shut this off.
3    Q    Oh, sure.  Maybe just, like, if you want
4    to keep the hard drive open in case we need to go
5    back to it later, I think that makes sense.
6    A    That's fine.
7    Q    So the Clouds' dryer was manufactured in
8    I think July of 2000 --
9    A    June or July.  I can tell you in a
10   second.
11   Q    Okay.
12   A    June, June of 2003.
13   Q    And it's a gas dryer, and it would have
14   been subject to the ANSI Z21.5.1 standard.  You
15   agree with that?
16   A    Yeah, I agree.
17   Q    As part of your analysis of this matter,
18   did you find any reason to conclude that the dryer
19   wasn't manufactured and designed in accord with
20   that standard?
21   A    Well, as far as the standard goes, it
22   specifies the minimum voluntary standards for gas
23   clothes dryers, residential style clothes dryers,
24   so as far as meeting the minimum standards, it's --

MICHAEL STODDARD, JR., CFI

---

118

1    for a gas dryer, anyway, I would say that it did
2    meet those minimum standards.
3            Electrolux does design all their
4    ball-hitch dryers to meet all standards, though,
5    because most of the components aside from the gas
6    burner versus the heating elements are universally
7    used in both the gas and electric models.
8            I -- I have some issues with the electric
9    dryer standard, whether this dryer met the electric
10   dryer standard, anyway, as far as instructions and
11   stuff goes, and then it would not be able to meet
12   the current UL 2158 electric dryer standards
13   because of the fire containment aspect.
14   Q       And you did conduct fire containment
15   testing on --
16   A       I did.
17   Q       And we'll get to that in a little while.
18           With regard to -- you made a comment that
19   with regard to 2158, you said that the instructions
20   don't comply, in your opinion?
21   A       In my interpretation of the standards,
22   yes.  It requires a more stringent explanation of
23   what the user service involves.
24   Q       Have you formed any conclusion as to what

---

119

1    the language should be to comply with the standard?
2    A       Just that this particular dryer doesn't
3    specifically indicate to the user -- and I say
4    "this dryer."  I mean -- I mean all of the
5    literature associated with the dryer, both the
6    labels that are on the dryer, as well as the users'
7    guide, the installation instructions, the service
8    manuals, any service bulletins that we're aware of,
9    anyway.
10           None of them explicitly describe how to
11   appropriately service this dryer, to maintain this
12   dryer, other than a general description that the --
13   that the interior of the dryer cabinet should be
14   cleaned approximately every 18 months by a
15   qualified servicer or an authorized servicer,
16   depending what the language is in that specific
17   version.
18           There's no specific instructions to
19   anyone on how to go about cleaning that, and while
20   2158 does require those -- those instructions per
21   the standard.
22   Q       So in the ANSI standard, the Z21.5.1,
23   there's no prohibition to using plastics in a
24   residential clothes dryer, correct?

---

120

1    A       That's correct.  You can use plastics,
2    but, again, it's only the minimum voluntary
3    standards.  Because each dryer design is different,
4    each manufacturer uses different components, that
5    does not mean it's a good design or a safe design.
6            I'm just saying that this is what you
7    just at least comply with, and in this particular
8    situation, since there were plastics in it, it was
9    certainly not a good design because it was the
10   primary source of fuel in this fire.
11           There was no load.  The plastics are what
12   caused most of this damage and allowed the fire to
13   escape the cabinet.
14   Q       Okay.  Mike, I realize this is dependent
15   on what trial counsel asks you at trial, but do you
16   anticipate -- are you prepared to offer opinions
17   with regard to the warnings and instructions
18   associated with the Clouds' dryer?
19   A       It depends on the level.  Obviously Dr.
20   Vigilante is going to be handling the human factors
21   aspect of, you know, what the warnings should be
22   saying potentially, that people can understand
23   them.
24           He should be talking about the font and

---

121

1    the color and the location and sizing and all that
2    kind of stuff, but I think obviously I'm qualified
3    experience-wise to discuss how users understand the
4    warnings that are included on their dryers or what
5    their tendency is to follow them, just based upon
6    the hundreds and -- well, several hundred
7    interviews I've probably done or been involved
8    with, as well as depositions of the homeowners, and
9    specifically in regards to the design.
10           That's probably the other aspect of where
11   my testimony is most relevant is following the
12   safety hierarchy, saying that if you recognize this
13   problem, you should design the product to eliminate
14   it.  If you can't do that, you should safeguard it;
15   and lastly, if you can't do that, you should rely
16   on warnings and instructions.
17           And that's essentially what one of my
18   issues is with these products is Electrolux is
19   relying upon consumer instructions as the primary
20   method of preventing this specific type of lint
21   fire.
22   Q       So going back to what you just said a
23   moment ago, that you believe that you're qualified
24   because of your experience with these

---

MICHAEL STODDARD, JR., CFI

122

1  investigations and also interviewing homeowners,
2  right?
3  A     Well, to that aspect.
4  Q     Right.
5  A     I mean, obviously there's training,
6  education, and experience always counts as far as
7  qualifications go.
8  Q     Of course.
9  A     But as far as understanding what users do
10  and what they will do, obviously, you know, you can
11  be a human factors expert and read a book and
12  testify as to those features specifically, about
13  the understanding level and whatever else, but at
14  least I have a real world understanding of what
15  people actually do when they see these warnings.
16          How do they behave?  What are they doing?
17  Because I ask the questions, did you see there was
18  a warning?  Did you read the book?  And people give
19  you their real answers.
20  Q     But in the investigations that you're
21  involved in, all those dryers were involved in
22  fires, right?  So those -- so the homeowners that
23  you're talking to, they all had fires?
24  A     That's absolutely true for that part,

123

1  yes, but we've also, you know, done surveys as far
2  as maintenance goes where we've asked people, you
3  know, what do they do.
4          We've asked servicers, what's the program
5  for conducting maintenance?  And so we have
6  information there, too.
7  Q     And I'm familiar with the surveys you've
8  done with regard to the authorized servicers.  How
9  would you characterize that group of servicers?
10  A     I think that's a good -- authorized
11  servicers.
12  Q     Have you done any other types of surveys,
13  other than speaking with the homeowners that have
14  been involved in fires, but any other type of
15  surveys where you're talking to homeowners about
16  their behavior with regard to warnings?
17  A     Nothing overly official.  I mean, I talk
18  to people about dryer fires all the time.  I mean,
19  that's unfortunately my lot in life is to be
20  concerned about people's clothes dryers, so I have
21  conversations with family, friends, and even people
22  randomly that I meet about, what do you do?
23          And then I'll start talking about things,
24  and we'll get into it, and I'll say, "Hey, I got a

124

1  question for you.  What do you do?  You're the
2  average person.  I want to find out."
3          So I'm doing as much as I can all the
4  time to try to keep abreast of how people maintain
5  or use or, you know, all these different things
6  that go into -- to make certain that, you know,
7  what we're seeing out there isn't just a one-off
8  issue, and, of course, it can't be one-off because
9  we have thousands of these dryer fires.
10  Q     So when you're having these
11  conversations, what do you -- what have you learned
12  from them?
13  A     Just that it's general principles of --
14  you know, if there's no symptoms of improper
15  operation or whatever, people generally do the
16  minimum amount of maintenance that they think they
17  need to do.
18          Most people I know -- and this goes
19  through the interviews as well, too, but people
20  I've actually had conversations about this with,
21  you know, they understand, whether it's because
22  they're taught at a very early age or whatever,
23  that they've got to clean the lint screen after
24  they use the dryer, and most people agree with

125

1  that, and that's consistent with the CPSC study
2  that says that most people clean the lint screen
3  between uses or at least on a fairly regular basis.
4          And there's times I'll admit I don't
5  clean the lint trap between every single dryer
6  load.  If I dry one pair of nylon running pants,
7  there's no lint.  I might check it, but I might not
8  clean it.
9          So there's a difference between
10  reasonable and unreasonable certainly as far as
11  that stuff goes, but that's -- that's one thing
12  that I've observed through all my experience, is
13  that, you know, people understand to do that, but
14  beyond that, people really don't get that there's
15  further recommendations to, say, clean the dryer
16  every 18 months, which is kind of a specific thing
17  to Electrolux.
18  Q     Mike, have you had the opportunity to
19  review Dr. Vigilante's report in this matter?
20  A     Yes, I think I have.
21  Q     Do you have an understanding that he
22  drafted proposed warnings for the dryer?
23  A     That's my understanding, yes.
24  Q     Okay.  Have you done anything like that,

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

126

1  either in the Cloud case or in any other Electrolux
2  dryer cases?
3  A      No.  That's really the difference between
4  Dr. Vigilante and myself and Mr. Parsons is, you
5  know, we recognize through the safety hierarchy
6  that there is a need for a warning certainly, and
7  through our own analysis independently of the
8  warnings that are either listed on the dryer or in
9  the manuals, we understand that there is no
10 specific warning or instruction about removing lint
11 from the area of the heat source behind the drum
12 where we see large accumulations of lint occurring.
13      So we understand that there's a need for
14 more specific warnings, but that's not in our realm
15 of expertise to lay out the warnings and write the
16 warning and stuff.
17 Q      Got it.
18      So a few minutes ago, you testified about
19 your criticism of the information or lack of
20 information given to authorized servicers with
21 regard to cleaning the dryer?
22 A      Yes.
23 Q      So are you -- are you prepared to offer,
24 either today or will you be at trial, the exact

127

1  instructions that you believe Electrolux should
2  provide to servicers with regard to how to clean
3  the dryer?
4  A      No.  My opinions would be that there are
5  no instructions.  We've never been produced with
6  any instructions or videotapes or anything like
7  that, that specifically says how a servicer should
8  be disassembling the dryer and where they should
9  remove lint from and different things like that.
10 That's going to be my specific testimony.
11      As far as the step-by-step instructions,
12 that would be more in Dr. Vigilante's realm.
13 Q      That's what I was asking about, and I
14 apologize if it was a bad question.  I was curious
15 as to whether you had come up with in your mind
16 what those steps should be for the servicer.
17 A      No, not specifically.
18 Q      Okay.
19 A      Other than there needs to be steps, but
20 I'm not going to say what they are.
21 Q      All right.  So it's my understanding from
22 reading your report, you conducted fire containment
23 testing in October 2013?
24 A      That's correct.

128

1  Q      Okay.  Was that at the same time you were
2  doing the burn testing?
3  A      It was shortly after, within a week or
4  two, I think.
5  Q      Okay.  And was there a protocol for that
6  testing?
7  A      There was, and it should be -- I think
8  there is.
9  Q      Since we have the hard drive up, if you
10 don't mind pulling that up.
11 A      I don't see a protocol here, so we might
12 not have actually written, like, a formal protocol.
13 I think we just documented the protocol with all
14 the photographs and stuff.
15 Q      Okay.
16 A      But it was primarily based on the UL 2158
17 fire containment test, or at least the base fire
18 containment test.
19 Q      That was going to be my next question.
20 So is that the -- you were doing a base fire
21 containment test only?
22 A      Yes, because Electrolux or GE, one of the
23 two or both of them, had already done a drum fire
24 containment test, and that's why they decided to

129

1  change the plastics in the GE models alone.  We
2  didn't feel the need to do a drum fire containment
3  test.
4  Q      Okay.  And that drum fire containment
5  test that you were just referring to, I typically
6  refer to it as the GE SEE test.  Is that how you
7  refer to it?
8  A      Right, S-E-E.
9       (At this time, a discussion was
10 held off the record.)
11 BY MS. YEMMA:
12 Q      Okay.  So going back to the fire
13 containment, you just did a base fire containment
14 test following the UL 2158?
15 A      For the most part, yeah.  We didn't do
16 the induced airflow because we just didn't have the
17 exact type of setup that the UL labs do, but we
18 used the same type of cheesecloth they use to
19 simulate lint collection.  We did the same
20 layering.  Eight layers, I think it was.
21      Like I said, aside from the -- aside from
22 the ventilation airflow, everything else was the
23 same or substantially similar.  We draped the --
24 draped the dryer in one layer of cheesecloth

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

130

1 underneath and all around, and the passing or
2 failing of the test all depends on whether the
3 outside cheesecloth is damaged.
4 Q      Right.
5       So did -- how many dryers did you use in
6 the testing?
7 A      We just did one.
8 Q      And it was a ball-hitch?
9 A      Yes.
10 Q      And what year -- oh, it does say in your
11 report.  So 1998, that was the year of manufacture?
12 A      And I'll just check with the photos, too.
13 I should have a photo of the label.
14 Q      That's on page 163, Mike.
15 A      Okay.  Yeah, so -- right.  So we took
16 a -- we took a 1998 dryer.  We cleaned all of the
17 inside of the dryer.  We replaced the blower
18 assembly, the blower housing assembly, with an
19 HB -- full HB-rated assembly, because this one had
20 a metal assembly.  The other one -- not all dryers
21 do.
22       So we did that, and then we tested the
23 dryer.  We had -- that's one of the exemplars we
24 had on the end we can burn.  That's why we chose

131

1 the 1998 dryer.
2 Q      Was it a used dryer?  Do you know?
3 A      It was.
4 Q      Okay.  And do you know the history of the
5 dryer?  Like, was it used in someone's home?
6 A      Yes, it would have been used in someone's
7 home.  We bought it from an appliance refurbisher,
8 but, again, I mean, as far as the fire containment
9 aspect goes, it was fully functioning.  All the
10 screws, fasteners, everything else was there, and
11 we cleaned it like it was factory new.
12       There was no additional lint on top of
13 the cheesecloth.  The cheesecloth was the only fuel
14 that we -- that we added, which is required by the
15 testing.
16 Q      Okay.  So the only -- the only
17 modification -- well, was the only modification you
18 changing out the blower housing?
19 A      Yes, as far as the factory parts goes,
20 yes, yeah.
21 Q      And you added the cheesecloth?
22 A      Right, whether you consider that a
23 modification or not.  I mean, that's however you
24 find it.

132

1 Q      I wasn't in my mind.
2       So you changed out the blower housing,
3 and you added the cheesecloth?
4 A      That's correct.
5 Q      Okay.  So what happened -- well, what did
6 the test show?
7 A      Well, so the purpose of the test is to
8 simulate some accumulation of lint in the base of
9 the cabinet.  That's why we introduce the
10 cheesecloth, the inside.
11       The test is some -- or sorry.  The
12 standard is somewhat vague and just says, you know,
13 you should put lint where you expect it, so we
14 basically used the floor plan of it.
15       We probably could have even put more in
16 there, but we chose to kind of minimize the amount
17 of cheesecloth we used, and we ignited it using the
18 protocol's method of basically a match.
19       We used a trailer of cheesecloth to get
20 it to go towards the front because, again, we
21 didn't line the whole base.  We only put
22 cheesecloth on I think the front half or something
23 like that.  Let me look at the photographs.
24 Q      If you could pull up some photos, that

133

1 would be helpful to illustrate what you're saying.
2 A      Once this opens up, this is the -- this
3 is the pattern that we use to cut the cheesecloth
4 out, and then I think it shows the cheesecloth as
5 well.  Oh, there's the dimensions of the pattern.
6 Q      Okay.  So this is showing --
7 A      Yeah, it's showing graph paper.  It's
8 showing the sketch, so all we did, instead of
9 lining the whole entire base with cheesecloth, we
10 just put lint up front because we know there's
11 typically some lint escaping from the front drum
12 seal.
13       So essentially on the right side of this
14 drawing, you can see there's kind of a rectangular
15 cutout there.  That's where the blower is, so we're
16 basically around the right side of the blower
17 assembly, in front of the blower assembly with two
18 narrow areas, and then a larger area in the base.
19       And because it's an electric dryer, we
20 didn't have a gas burner, so we just -- you know,
21 we used a ten-inch-wide piece of cheesecloth in the
22 front, and then I'll show you the next photograph.
23 Q      So is that the dimensions of all the
24 cheesecloth that was in the base?

**34 (Pages 130 to 133)**

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

134

1    A        Not entirely, because we had a trailer, I
2    mean, a long skinny strip because the access panel
3    is in the back of the dryer, so we had to ignite
4    that from someplace.
5    Q        Okay.
6    A        So we just used a small trailer, which I
7    think was about an inch wide.
8    Q        So the access panel, is that -- I'm
9    trying to understand how you're lighting the
10   cheesecloth inside.  So is --
11   A        I don't actually -- I take that back.
12   Let me look at the photographs.  I think we might
13   have used the gas -- the gas pipe opening as the
14   entry point.
15   Q        Okay, right.  Even though it's electric,
16   it would have --
17   A        Yeah, it still has a gas pipe cutout.
18   Q        Right.
19   A        Okay.  You can see, too.  Like I said, we
20   cleaned out all the lint and everything in the
21   different areas.
22   Q        So looking -- Mike, if you could just
23   identify this document.
24   A        Yeah, sure.

135

1    Q        So we can have it on the transcript.
2    A        It's under the photo folders for the --
3    let me actually go back a second.  I'll identify it
4    in one second.
5    Q        Okay.
6    A        But these photographs document the
7    condition of the inside of the dryer.
8             Okay.  So the top of the document says
9    Electrolux Fire Containment Testing_burn test_
10   10-31-2013.  It's in the folder of photos.
11            So Photo 25 in this document, this shows
12   the overall of the cheesecloth in front, so
13   around -- around the bottom front.  Again, we
14   didn't do the whole base.  Photo 26 shows the
15   layers of the cheesecloth that we used, again per
16   the standard.  Photo 43 shows the trailer that goes
17   back to the gas burner hole.
18   Q        Okay.
19   A        And then we also put some videocameras
20   inside to show what's happening inside.
21   Q        Where were the videocameras located?
22   A        I think we just used the one videocamera
23   you see in the photo, but it's attached to the
24   inner left wall down below the drum.

136

1    Q        That's in Photograph 43?
2    A        Photo 43.  44 shows the camera.
3    Q        So the cheesecloth, you're just laying it
4    on the base, for lack of a better word?  Like,
5    you're not attaching it?
6    A        Right.  It's resting on the base.  That's
7    the way -- it's kind of laid out in the standard,
8    and then the trailer is needed because we ignite
9    the trailer of cheesecloth from the back corner
10   through the opening for the gas pipe.
11            So the flame burns along that until it
12   hits the bigger -- the bigger area, and, again, the
13   standard isn't 100 percent clear as far as where it
14   should be placed, the cheesecloth and everything,
15   so we did our best approximation of the standard,
16   so because each design is different.
17   Q        Does the standard set forth that it
18   should be a cheesecloth trail to light it?
19   A        I think it does.  It says something -- it
20   says something that a trailer may be used.  It's --
21   yeah, we try to stick to the standard as much as
22   possible.
23            Like I said, we may have actually even
24   went below it because you're actually supposed to

137

1    put cheesecloth over the lower wiring harness, and
2    we didn't do any of that.  We figured, if anything,
3    the less the better.  Let's not bias this in any
4    way.  We'll just put a reasonable amount of
5    cheesecloth in the bottom.
6    Q        So then what -- so after you lit the
7    cheesecloth trail, what happened after that?
8    A        First we put the dryer back together, and
9    then we draped the whole dryer.  There was a single
10   layer of cheesecloth underneath it, and then the
11   whole dryer was enclosed in a single layer of
12   cheesecloth, the front, back, two sides, and top,
13   and we put that underneath the burn hood.
14            And when the testing was started, we just
15   lifted up the cheesecloth in the back to ignite the
16   trailer inside through the opening, and we put the
17   cheesecloth down fully over the dryer to see what
18   would happen.
19   Q        And the dryer is off when you're doing
20   this?
21   A        I'm trying to remember.  I'm trying to
22   remember if we were running the dryer.  I think the
23   dryer was off, because there's two -- there's two
24   tests for the UL fire containment test.  There's

35 (Pages 134 to 137)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

138

1  actually two general tests.
2         There's a drum fire containment and a
3  base fire containment, but there's a static with
4  the dryer off and a dynamic with the dryer on.
5  Q      So what -- if you could look in your
6  report, does it --
7  A      That's on there.  Yeah, it was static.
8  We did the static base fire containment test.
9  Q      So that's the dryer on -- off?
10 A      Off.
11 Q      Off?
12 A      Correct.  So no other heat in the dryer,
13 no warm, and that's -- again, why we kind of did
14 that is -- it was -- this was something that we did
15 on our own time and funding, so instead of doing
16 multiple dryers and costing even more, we figured
17 we would use the static test because nothing is
18 preheated.  There's no extra heat from the running
19 dryer that's affecting anything, no airflow fanning
20 the flames or anything like that.  It's just
21 standard off condition.
22 Q      Did you have any venting connected to the
23 dryer?
24 A      No.  Now, we had it discharging directly

139

1  into our burn hood area.
2  Q      Okay.  So there was nothing -- the
3  exhaust opening was just open.  There wasn't -- you
4  didn't put a cap or anything on it?
5  A      Correct.
6  Q      So then -- so then after you've put the
7  cheesecloth in the way you just described on the
8  outside of the dryer and underneath it, then what
9  happened?  What did you do next in the test?
10 A      Again, we just lifted part of the
11 cheesecloth.  We ignited the trailer inside and
12 videotaped it and made our observations.
13 Q      And what were those observations from the
14 testing?
15 A      That the cheesecloth was burned after the
16 test.  There was flames coming out of the cabinet
17 where the plastics were the fuel.  None of the
18 plastics self-extinguished.  It was dripping
19 plastic coming out of the lower seam dropping onto
20 the surface that we had below it, and, again, I got
21 the video.
22 Q      That's okay.
23 A      There might even be photographs of the
24 test process.  Let me see.

140

1  Q      Sure.
2  A      Yeah.  So these photographs include kind
3  of the --
4         MS. YEMMA:  Off the record.
5         (At this time, a discussion was
6  held off the record.)
7         THE WITNESS:  So this is -- so
8  back on?
9         MS. YEMMA:  Sure.
10        THE WITNESS:  Like, 97, that
11 shows the cheesecloth being draped fully.
12 You can see the cheesecloth in 97 and 98.
13 98 is the lower front corner of the dryer
14 from the front, and the cheesecloth is
15 again below the dryer and hanging down
16 the front.
17 BY MS. YEMMA:
18 Q      And it looks like you have the dryer on a
19 cinderblock, right?
20 A      It's up on cinderblocks so we don't
21 damage our floor.  Then it's on the top piece of
22 concrete board just like the other testing, just
23 protecting our facility.
24        And then Photo 103 is the first -- the

141

1  first ignition of the cheesecloth on the front of
2  the dryer at the very bottom right-hand corner, so
3  that automatically would fail the UL fire
4  containment test.
5         The cheesecloth, especially in the
6  vertical orientation being draped over the
7  appliance, once that caught fire, that burned
8  pretty easily, but we just -- we let the dryer burn
9  a little further.  Again, we were doing this in our
10 building, so we didn't want a full, full fire, but
11 we let it burn for a while.
12        Photo 108, you can see the cheesecloth is
13 burned off the front and sides of the dryer, and
14 there's a -- there's a puddle of melted burning
15 plastic right under the right front corner.  I
16 think I probably have close-ups of that.
17 Q      Okay.
18 A      So that would be the same thing in Photo
19 109 and Photo 110.  110 you can actually see the
20 puddle of flaming plastic, and at that point in
21 time, all the cheesecloth fuels are burned out from
22 that area, so that is only from the plastic.
23 Q      Okay.  How long did you let it burn?
24 A      I'd have to look at the video to see.

36 (Pages 138 to 141)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

**MICHAEL STODDARD, JR., CFI**

142

1    Q       And then how did you -- how did you
2    extinguish it?
3    A       With water.  I'm kind of a firefighter.
4    Q       Just curious.
5    A       I was a firefighter for 20 years.
6    Q       Right.
7    A       So I'm pretty well-versed in putting out
8    fires.
9    Q       You did it inside?
10   A       Yeah.  I mean, we're smart.  We're fire
11   people.  We know what we're doing.  We typically
12   let the video run for a minute or two before we do
13   stuff.
14          Okay.  So that is Ron lighting the fire
15   at about a minute -- he probably would have put the
16   flame to it at the two-minute mark or just about.
17   This -- this video here is a four-camera view, so
18   the lower two photographs, there's actually two
19   cameras inside.
20          One is directly behind the motor looking
21   at the back of the blower assembly, in addition to
22   that other one we discussed, so I apologize about
23   missing that earlier.
24          And the flame traveled across the

143

1    trailer, ignited the cheesecloth, and then in turn
2    lights the plastic.  So at about three minutes and
3    15 seconds in, the fire has made it across the
4    cheesecloth trailer and has just ignited the main
5    cheesecloth addition.
6           About three minutes and 40 seconds in,
7    it's impinging on the blower housing where the
8    blower housing meets the exhaust duct.  It takes a
9    few minutes, but I'll skip ahead just a little bit.
10          We're at four minutes and 30 seconds,
11   roughly.  You can actually see in the lower
12   right-hand photograph, the foam seal between the
13   blower housing and the plastic trap duct has
14   ignited, and that's what's kind of burning
15   vigorously in that area, and it looks like the
16   bottom side of the plastic trap duct is also
17   burning.
18          Five minutes into the video, and we don't
19   have any visible flame outside.  Again, we ignited
20   about two minutes into the video, so it's taken
21   about three minutes to get where we're at right
22   now.  Almost all the cheesecloth has been burned
23   away at this point in time.
24          Cheesecloth is very similar to lint.

144

1    It's not an excellent fuel.  It's easy to ignite,
2    but it doesn't -- it doesn't last very long because
3    it's so lightweight.
4           It's six minutes in, roughly.  There's,
5    you know, just flame at the bottom of the trap duct
6    is about all that's burning.  Again, all the
7    cheesecloth has been consumed, so all that flame is
8    just from the plastic.  It starts to grow a little
9    bit in the next minute or two.
10          I'm just going to skip ahead a little
11   bit.
12   Q       Yeah.
13   A       Seven and a half minutes in, we got a
14   pretty vigorous fire from the plastic burning in
15   the front of the appliance.
16          So we're at nine minutes and 45 seconds,
17   and that's when the cheesecloth first ignites, and
18   that's 9:45 into the video, so it's been about
19   seven minutes and 45 seconds since we first lit the
20   fire.
21   Q       Okay.
22   A       And then the cheesecloth burns up, and
23   then there's molted plastic dripping out.
24          I'll skip ahead a little bit.  About 12

145

1    and a half minutes in, the paint is discolored.
2    There's a pool of burning plastic under the
3    appliance at the right front corner, smoke coming
4    out of the seams, licks of flame coming out the
5    right side, and that's pretty typical of what we
6    see in all the test burns we've done on these
7    different dryers.  So we extinguished at about 16
8    minutes.
9    Q       Okay.  The other two videos, Mike, we
10   don't have to watch them, but you can just --
11   A       Those are just --
12   Q       Different cameras?
13   A       In this particular test, we had four
14   cameras.  There were two inside and two outside,
15   and just because of the way our video capture is,
16   the two inside, we didn't have them as individual
17   files, but the other two outside ones are the
18   actual individual files.
19   Q       The one we were watching had all four
20   angles?
21   A       Correct.
22   Q       Got it.
23          So -- and I think I asked you this
24   before, but just to confirm, so you did the fire

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

MICHAEL STODDARD, JR., CFI

146

1  containment testing just on the Electrolux electric
2  dryer, freestanding: is that right?
3  A     That's correct.
4  Q     Okay.
5  A     Because, again, I mean, the fuels are all
6  the same in the gas models and the electric models.
7  Q     I understand.
8  A     Well, I say that. So they are and they
9  aren't, so this is actually the better case
10 scenario, because in the gas dryers, we know in
11 certain circumstances and certain fires, anyway,
12 that once the plastic is burning, it can also
13 compromise the gas valve and let all kinds of gas
14 out and cause additional damage in some cases, so
15 obviously, you know, that would be the exception.
16 Q     Is that what happened in the Cloud fire?
17 A     There was -- we tested the gas valve in
18 the Cloud matter, and there was a little bit of
19 leakage, but based upon the condition of the gas
20 valve and the fire damage to that area, we -- it's
21 my opinion specifically, but it was also Mr. Rains'
22 opinion, that that was just heat damage to the
23 valve itself from the fire, so there was a little
24 bit of a leak, like, out of the orifice, but not a

147

1  significant leak of gas.
2  Q     When you inspected the dryer with Mr.
3  Rains, did he share any of his conclusions about
4  the fire or anything, that you remember?
5  A     I don't specifically recall. Obviously
6  we talked about the case and, you know, the details
7  that we had. I believe I shared with him some of
8  my interview information because we had done the
9  interview by telephone at that point in time.
10 Other than that, I don't recall any specific
11 details.
12 Q     Okay. And have you had the occasion to
13 speak with Mr. Rains since that inspection?
14 A     Yes.
15 Q     Okay. Have you had other -- about the
16 Cloud case specifically?
17 A     No.
18 Q     Okay. Other -- other cases?
19 A     Yeah. Mr. Rains is an expert in our
20 area. He doesn't live too far from our office, so
21 he's there on occasion.
22 Q     Okay. Mike, did anyone apart from Mr.
23 Parsons participate in the fire containment testing
24 that you did?

148

1  A     Oh, we would have had our IT person do
2  the videotaping, and probably one of our other lab
3  technicians standing by, just a backup safety
4  person, another hose.
5  Q     So you mentioned when we were talking
6  about the test setup that there was no induced
7  airflow as is called by the UL -- called for by the
8  UL 2158 test, right?
9  A     That's right. They set up a blower
10 assembly to induce a certain amount of airflow
11 through the dryer, just really natural ventilation.
12 Q     So where do they -- where is it set up?
13 A     It's just essentially a fan that sucks
14 the exhaust -- sucks through the exhaust of the
15 dryer.
16 Q     So on the outside of the dryer?
17 A     That's my understanding, yeah.
18 Q     Okay. And do you think if you had used
19 that in this test, it would have made any
20 difference in the outcome?
21 A     No. I mean, the fan itself would have
22 only been the airflow through the normal course of
23 airflow in the dryer, meaning essentially it would
24 be like hooking up an exhaust to it with a fan

149

1  sucking the air the opposite way of the dryer, so
2  it would be pulling it through the cabinet, through
3  the back of the drum, down through the lint trap
4  and all that stuff.
5  Because it's a base fire containment
6  test, the plastic is attacked from underneath. It
7  wouldn't have made much of a difference. If
8  anything, it would have maybe increased the rate of
9  the fire slightly, made it burn a little more
10 vigorously, because extra ventilation generally
11 causes a bigger fire, at least a more intense fire,
12 so, again, that's one of the reasons why we just
13 chose not to do it.
14 Q     Was the dryer set up -- you mentioned
15 earlier about a smoke hood?
16 A     Yes.
17 Q     Was this set up under that, under the
18 smoke hood?
19 A     Yes.
20 Q     So what does the smoke hood -- what's the
21 purpose of that?
22 A     Just to vent the smoke out of our
23 building.
24 Q     And was that something you turn on and

38 (Pages 146 to 149)

MICHAEL STODDARD, JR., CFI

150

1  off?
2  A       Yeah, there's a fan on it.  It's much
3  like a fan in a restaurant hood.
4  Q       Okay.
5  A       So it's like a gigantic restaurant hood
6  is basically what it is.
7  Q       And was that on during the testing?
8  A       It was, and our fan is variable, so we
9  always try to keep it as low as possible, so it
10 doesn't affect anything, just for the record.
11 Q       Okay.  And did you turn the fan on
12 when -- before the cheesecloth was lit?
13 A       You know, I don't specifically recall.
14 That's a good question.  I believe we had it on low
15 when we would have ignited the cheesecloth, but it
16 would have been on its lowest setting.  We only
17 typically turn it up when the smoke starts to
18 overpower whatever fan setting we have on it,
19 because it's just a better way to do it.
20 Q       Understood.
21         So during the video that we watched, was
22 there a point at which the fan speed was increased
23 from the low setting?
24 A       There might have been.  It's possible,

151

1  although there wasn't a ton of smoke coming from
2  this thing, but there was enough that it probably
3  would have been boosted up to at least medium at
4  some point in time.
5  Q       Are there three settings for the fan?
6  A       No, it's a variable control.
7  Q       So it would have gone from low to medium?
8  A       Well, we adjust as necessary, so
9  sometimes it can be, you know, multiple steps, not
10 low, medium, high.  Again, it's infinitely
11 variable, so --
12 Q       Okay.  Mike, going back to the component,
13 the burn testing that we talked about a little
14 while ago.  Did you share the results of that
15 testing with anyone outside of the Wright Group?
16 A       Yes.
17 Q       Okay.  Did you share it with specifically
18 any -- like, Mr. Fallows, for example?  Did you
19 share it with him?
20 A       Yes, yeah.  He was involved, like I said,
21 in the fire containment testing because he was
22 testifying about the plastics' behaviors in a
23 different case at the time we did the test.
24 Q       Okay.

152

1  A       I mean, it's on our hard drive, too, so
2  it's been produced to you guys and to a lot of our
3  other clients as well.
4  Q       Mike, have you done any investigations
5  involving dryer fires that -- dryers that were
6  manufactured by entities other than Electrolux?
7  A       Oh, yeah.  I do all kinds of dryer fires.
8  Q       Have you testified in any of those cases?
9  A       No, I have not.
10         MR. HUGHES:  He's testified in
11 trial testimony or deposition testimony?
12         MS. YEMMA:  Testified at all.
13         THE WITNESS:  Yeah, my answer
14 for both is not --
15 BY MS. YEMMA:
16 Q       It's still none?
17 A       Yeah.
18 Q       Okay.  And in any of those investigations
19 that you conducted, are any of those dryers
20 bulkhead design dryers?
21 A       Yes.
22 Q       And have you concluded in any of those
23 cases, if you can remember, whether lint was the
24 first material ignited?

153

1  A       Yes, just in a different manner.  I mean,
2  the design itself makes it different.  The specific
3  opinion that we have about where lint becomes the
4  first fuel ignited in the Electrolux ball-hitch
5  dryers are going to be different from the bulkhead
6  dryers because it's entirely different design.
7  There's no heater pan using the same arrangement or
8  no back of the drum.
9  Q       So in the cases involving the bulkhead
10 dryers that were involved in fires, do you -- what
11 was your opinion as to where the lint was ignited,
12 where the lint was first ignited?
13 A       It depends on the actual dryer itself.
14 There is one bulkhead dryer that actually has the
15 heating element attached on the bulkhead up high.
16 I'm not a fan of that design, either, quite
17 frankly, because, again, it allows lint to
18 accumulate there.
19 Q       Who manufactures that dryer?
20 A       It's not made anymore.  It was made back
21 in the '80's or '90's, but I think it was Amana
22 that made that one --
23 Q       Okay.
24 A       -- before they got bought out by Maytag

39 (Pages 150 to 153)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

154

1  or something, but that one was a lint fire that
2  ignited from the heating element directly behind
3  the drum, or up and to the left of the drum, should
4  I say. That's probably more accurate.
5       And then we've had other bulkhead dryers
6  where the heating element's been on the floor that
7  has had lint fires where lint has built up in the
8  base and crept inside of the heater chamber and
9  been ignited that way.
10  Q      That's in an electric?
11  A      In an electric, yes, actually gas, too,
12  both of them.
13  Q      Okay.
14  A      And then we've also had fires in bulkhead
15  dryers, the traditional Whirlpool which has the
16  lint screen on top. Those electric dryers, or the
17  majority of them, anyway, have their heating
18  element behind the bulkhead, kind of
19  compartmentalized.
20      In that case, we've had dryers where
21  lint's ignited with the heater box there, but
22  that's typically a result of a breach or a tear or
23  something on the venting behind where the lint's
24  being shot up in that area.

155

1  Q      Okay. Have you had any -- have you been
2  involved in any investigations with an Electrolux
3  bulkhead dryer that resulted in a fire?
4  A      Yes.
5  Q      Okay. How many?
6  A      I think five or six to date, and they've
7  been being built since about 2008, so that's pretty
8  reduced odds there.
9  Q      Have any of those fires resulted in
10  litigation, as far as you know?
11  A      No. I can tell you that of the five, I
12  think I've only done joint exams on three or
13  maybe -- sorry. Of the five or six, I've only done
14  exams on three or four of them.
15      One of them I know was a drum load fire
16  from a -- I forget what the exact cause of it was,
17  but it was definitely a load-related fire, a
18  spontaneous combustion of something.
19      One was a victim of a fire, so the fire
20  started outside the dryer; and the other two were
21  undetermined as far as the cause of the fire goes,
22  and one of them we I think may have had something
23  to do with the electronic control board in the
24  front, but that was missing, so we could never rule

156

1  that out, so that case went away as well.
2  Q      Okay. So of the three or four, you did
3  destructive exams on those dryers; is that right?
4  A      Yes.
5  Q      So the other two to three or -- no.
6  A      Yeah, two to three.
7  Q      Two to three, let's say.
8      The other two to three, you didn't
9  disassemble those dryers?
10  A      They haven't been to that point in the
11  case yet. Either they were closed already because
12  they determined it wasn't worthwhile to do a joint
13  exam, or we just haven't got around to it, or
14  whatever the reason behind it, we just never looked
15  at those.
16  Q      But did you play any role in
17  investigating those fires?
18  A      Sure. We've gotten them in our lab where
19  we do our typical process where, "Hey, we got a
20  dryer fire.
21      "Okay. Send it to us."
22      It doesn't matter to us who makes what or
23  what design it is. We get the dryer fire in. We
24  do a preliminary examination. We report our

157

1  findings to our client, either verbally or in a
2  report, and we give them our report and preliminary
3  findings and let them decide if they're going to
4  do, you know, the next step, put the manufacturer
5  on notice for a joint exam.
6  Q      Okay. Mike, if you could turn to page
7  173 of your report.
8  A      Sure.
9  Q      Okay. So focusing on the first paragraph
10  on that page, it starts out, "Based on the large
11  volume of depositions and discovery."
12  A      Um-hmm.
13  Q      And then at the end of that paragraph,
14  you state, "It is clear that Electrolux not
15  only" -- sorry. "It is clear that Electrolux was
16  not only negligent in failing to attempt any such
17  engineering improvements, but that they failed to
18  take any action at all."
19      And what is the -- what is the basis for
20  your opinion with regard to Electrolux?
21  A      Just general engineering practices or
22  general safety practice, not even necessarily
23  engineering, but product safety practices.
24      So I do have training and experience in

40 (Pages 154 to 157)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

158

1  understanding product safety, and based upon the
2  deposition testimony of Mr. King and Mr. Ripley and
3  Ricklefs and all the other design people and
4  different employees at Electrolux, it appears that
5  they don't have a valid product safety program in
6  place to evaluate and reduce risks.
7      Q      So you just said the term "valid product
8  safety program;" is that --
9      A      Um-hmm.
10     Q      So in your mind, what would be a valid
11 product safety program?
12     A      Well, I mean, obviously different
13 corporations can do it differently.  Certainly
14 there's multiple formats that they could choose to
15 do, but I think the most telling thing is
16 Electrolux's product safety engineer for the fabric
17 care division is -- has had no training in product
18 safety engineering whatsoever.
19         He's never been to an outside class.
20 Even in his own description of his experience in
21 the years at Electrolux, he hasn't had any training
22 whatsoever.
23         So a product safety engineer is supposed
24 to pay attention to product safety and reduce the

159

1  risk to consumers.  They're failing to do so.
2      Q      Have you investigated any other dryer
3  manufacturers and whether they have product safety
4  programs?
5      A      Yes.
6      Q      Okay.  And who have you researched?
7      A      I haven't just researched.  I've been --
8      Q      I'm sorry.
9      A      I've been involved with them.  Whirlpool
10 is the best example.  Whirlpool's product safety
11 training program is a worldwide training program.
12 They invite other manufacturers to go to their
13 program.  They do training for people from UL and
14 ANSI.  They do training for people from CPSC.  They
15 invited me to their training, so I think --
16     Q      Is that something you did?
17     A      Yeah.  I spent three days in Michigan at
18 their world headquarters in Michigan doing -- doing
19 their product safety training program, and they
20 didn't charge me a thing.  The only thing I had to
21 do was pay for my own airfare and hotel.
22         It was an intensive program for three
23 days where they discussed not just their own
24 program.  Obviously they like to tout their program

160

1  as a model certainly, but it's not just for their
2  own employees, although most of their employees
3  were there.  There was even I think three product
4  safety engineers from GE were in the same class as
5  myself and one of our other people.
6         But it goes through the whole process of,
7  you know, the reason for product safety, the
8  standards that they have, what you have to comply
9  by as far as the legal standards and requirements,
10 local jurisdictions, international law, all that
11 kind of stuff.
12         It talks about the risk assessment
13 evaluation, failure modes and effects analysis.  It
14 talks about checks and balances, why it's important
15 to have product safety engineers work with design
16 engineers.  It talks about their responsibility,
17 the corporate responsibility, both ethically and
18 financially, to do that stuff.
19         And then, you know, obviously they walked
20 us through some of their specific techniques as far
21 as their -- their -- I'm trying to remember what
22 they call them specifically; essentially their
23 ratings system where they are looking at evaluating
24 the risk, what's the severity of the risk, what's

161

1  the frequency of the risk.
2         We did a couple projects where we looked
3  at things like the coffee maker, the Mr. Coffee
4  coffee makers as a case study essentially.  Then we
5  also did some group multi-tasking brain work stuff
6  to work through some problems, so it was a very
7  intensive program, and, you know, I know for a fact
8  they knew it.
9         Talking with the GE engineers that were
10 there, they have a similar model, enough that
11 they're sending their people for training, you
12 know, through their program as well.
13     Q      What -- when did you attend this
14 Whirlpool -- the program?
15     A      The actual three-day course was May of
16 2012, and I also did an online course, a
17 prerequisite, precursor course, April 2012.
18     Q      Did they provide you with any materials
19 at the course?
20     A      Yes.
21     Q      Do you still have those materials?
22     A      Oh, yeah.  Actually they're on the hard
23 drive.
24     Q      They're on the hard drive?

41 (Pages 158 to 161)

MICHAEL STODDARD, JR., CFI

162

1   A       They should be.
2   Q       Have you attended any other seminars or
3   programs like the Whirlpool one?
4   A       Not specifically from that corporate-type
5   environment, but, yes, I've been involved in other
6   training regarding product safety.
7           We actually had a class in our office
8   done by a somewhat local expert in the field.  He
9   did a small group class.  I think there was,
10  whoever was in the office, three or four of us that
11  day that took part in a training program there.
12  Q       So what was discussed at that?  Like,
13  more product safety, or are we talking about
14  corporate responsibility?
15  A       That was more generalized product safety,
16  so specifically the safety hierarchy was the main
17  focus of that class, and that was about maybe I'd
18  say a half day, five or six hours.
19  Q       And who was it that put that on?
20  A       Dr. John Mrozik.
21  Q       Okay.
22  A       You've probably seen his name.
23  Q       I've seen his name.
24  A       Because we trained with him, we also cite

163

1   one of his papers or articles.
2   Q       I remember seeing the name.
3   A       And then I've had a couple other seminars
4   throughout the years that have -- had been
5   related to that kind of stuff, too, both at NASP,
6   N-A-S-P, and IAAI talks about general, you know,
7   product safety and things like that sometimes, too.
8   Q       Have you had any training or education
9   with regard to corporate responsibility for product
10  manufacturers?
11  A       No, not beyond the Whirlpool experience.
12  Their product safety training was the only
13  corporate-driven one.
14  Q       And do you know how long Whirlpool has
15  been putting on that program?  Like, for how many
16  years?
17  A       It's been -- it's been years.  They've --
18  they're very proud of their program, so they
19  explain it in detail.  I want to say it's been at
20  least 15 years, if not 20.
21          I know they've had product safety people
22  for longer in conversations I've had with their
23  engineers at our facility and through that training
24  program.  They have had a product safety

164

1   engineering department, which is specific since
2   probably, like, the mid-'80's, at least.
3   Q       Do you know how many people they -- so
4   back when they started that department, how many
5   product safety engineers they had?
6   A       That, I don't know.
7   Q       Have you ever spoken with product safety
8   engineers at other dryer manufacturers other than
9   Electrolux?
10  A       Whirlpool.
11  Q       Okay.
12  A       Yeah, Whirlpool and GE actually.
13  Q       And were they -- the folks from GE, were
14  they ones that -- had they attended the program
15  with you?
16  A       The GE people I spoke to, yes, they were
17  at that program.  The Whirlpool people I've spoke
18  to, a few different product safety engineers have
19  been at our lab for other cases.
20          They send their own product safety
21  engineers to all the inspections.  They don't
22  typically send outside experts to lab exams because
23  they want to know what's happening with their
24  product.

165

1   Q       Okay.  Do you anticipate -- and I realize
2   it depends on what questions you're asked at trial.
3   I'm trying to avoid the objection.
4           Do you anticipate testifying at trial and
5   giving any opinions as to what formal internal
6   product safety standards or training Electrolux
7   should have employed?
8   A       Well, again, I'm not a policymaker at
9   Electrolux, so I don't have the power to dictate
10  what they should or should not have done as far as
11  corporate policy.
12          All I can say is this is what they
13  weren't doing, and this is -- you know, it's all
14  factual information from the depositions and from
15  the other records and stuff as to what they're
16  doing, and certainly I can testify to my experience
17  and what I'm aware of other manufacturers doing.
18  Q       So -- and I think just going back to the
19  question, I'm curious as to whether you'll offer an
20  opinion as to what you think Electrolux should have
21  been doing.
22  A       Well, again, I think my product safety
23  opinions are pretty well spelled out in my report.
24  You know, it's -- you don't have to be an engineer

42 (Pages 162 to 165)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

166

1  to understand the safety engineering hierarchy.
2      It's very basic, and, of course, there's
3  different iterations of that document.  You can
4  simplify it down to three steps or you can do it as
5  many as, whatever, nine or ten steps, but certainly
6  we know that they weren't doing it.
7      You know, they looked at other potential
8  issues that we know that they've redesigned the
9  dryer, at least proposed to redesign the dryer
10  numerous times in early 2000, 2001, 2002, where
11  they thought about going to the bulkhead and their
12  own engineers admitted that, you know, for whatever
13  reason, whether it was cost or whatever, they
14  decided to scrap or postpone that project.
15      So, I mean, there's enough information
16  out there that says that, you know, they at least
17  thought about it, but they chose not to do it, and
18  then, you know, there's other implementations like
19  their airflow monitoring safety that they have in
20  their electronic dryers.
21      You know, they were doing it, but they
22  were only doing it on models as an option, only the
23  good and better models, not the base models like
24  this one here.

167

1      So, you know, something that was
2  available to them with the technology they had,
3  even when this dryer was manufactured in 2003,
4  could have made a difference in reducing the risk
5  of this specific fire.
6  Q      Was Electrolux -- as far as you
7  understand, was Electrolux manufacturing dryers in
8  2003 with -- that could monitor airflow?
9  A      Not specifically from my understanding.
10  It's possible they may have started in 2003.  I
11  don't know when the exact design for that system
12  was made by them.  I have not had any information
13  to nail that down as far as what date.
14      But I know from the end of January -- the
15  end of 2004 or at least by January of 2005 is when
16  they started making those because that's when the
17  service manual for those particular models were
18  released was January 2005.
19  Q      The Clouds' dryer, though, was a
20  mechanically controlled dryer.  You agree with
21  that?
22  A      It was.  And, again, they could have --
23  they could have easily incorporated portions of the
24  electronic controls without needing all the

168

1  electronic control board and wiring and stuff to do
2  exactly what they were doing.  The technology was
3  certainly there.
4  Q      Were other manufacturers in that
5  timeframe, 2003, incorporating airflow monitoring
6  in their dryers?
7  A      I have records of an airflow warning in
8  Whirlpool dryers going back to 1994.
9  Q      That's the one that makes the audible --
10  it's a sound?
11  A      Yeah, it makes a noise, a whistling noise
12  or something like that.
13  Q      Whistling.
14      Okay.  Have you ever -- have you ever
15  examined a Whirlpool dryer with that -- I don't
16  know -- the device, the airflow monitor?
17  A      Can you clarify your question a little
18  bit?
19  Q      I'm sorry.  So we were just talking about
20  the Whirlpool dryer you said from 1994 --
21  A      Yes.
22  Q      -- right?
23      Okay.  And it has the ability to monitor
24  airflow?

169

1  A      According to the instructions, yes.
2  Q      Okay.  So -- and my question was, have
3  you examined a dryer like that?
4  A      Like the one that was involved with the
5  fire or just in general?
6  Q      Or just in general.
7  A      No.
8  Q      So your understanding of how that airflow
9  monitor works, that comes from reviewing the
10  instructions?
11  A      That's correct.
12  Q      Okay.
13  A      Yeah.  It's similar to, like, the error
14  code in the Electrolux manual.  I haven't been able
15  to get the Electrolux dryer to work right to do an
16  error code, but the manual says it's supposed to
17  work, so --
18  Q      So explain that to me.  What do you mean?
19  A      So the electronic models that we're
20  talking about, the good and better models, are
21  supposed to give one of two things.  Either one
22  is -- if it has an alpha numeric display, it's
23  supposed to give an E8C error code if the high
24  limit trips too many times in a given period.

MICHAEL STODDARD, JR., CFI

170

1        The good model, which doesn't have the
2    alpha numeric display, emits four beeps and flashes
3    the lights, and all it's doing -- it's very simple.
4    It's actually the core of the design is kind of
5    along the right idea.
6        It's the same thing as we use for our
7    example in airflow monitoring is reduced airflow
8    results in over temperature conditions which causes
9    the high limit safety to activate.
10        So if the high limit safety is
11    activating, you know, at least the sensor knows
12    that the dryer is not getting the right airflow
13    whether the customer realizes it or not, so it's
14    there as an indicator, even though they may not be
15    experiencing extending drying times, that their
16    product isn't working properly.
17        So I don't know what the period is, and I
18    don't know how many times are too many times.  I've
19    never heard that explained in any deposition or
20    anything like that, but clearly the technical data
21    sheet and the service manuals, they say that this
22    is supposed to occur.  It's supposed to give a
23    warning.
24        Out of all the interviews and depositions

171

1    I've read, I've never had anyone tell me about an
2    E8C error code or flashing error lights, and even
3    on the electronic dryers that we have, some
4    exemplar ones, some of the used ones that are
5    operational, we've attempted to force that error
6    code to be generated by blocking the exhaust and
7    reducing the exhaust and blocking and unblocking
8    the exhaust, and it's never been a recorded thing
9    because we've, you know, just kind of been playing
10    with it here and there and have never been able to
11    get it to work right, not even close that we can
12    get it to work right.
13        So we've tested it, somewhat
14    unofficially, but since we can't get it to
15    activate, then there's no way to, like, document
16    what parameters or try to fine-tune what parameters
17    would -- should get it to operate.
18    Q        Okay.
19    A        So it may be an ineffective device, but
20    until we get more discovery or something like that,
21    we're kind of at a stumbling block where we can't
22    do anything with it.
23    Q        So the unofficial testing, is there
24    anything on the hard drive about it or, like,

172

1    photographs?
2    A        No, there wouldn't be.  So it's literally
3    been times where I've been sitting there with some
4    time on my hands and I'm running a dryer either
5    with loads or without loads and I'm using one of
6    our restricted exhaust setups like the AHAM code --
7    the AHAM code or something that's more restrictive
8    than that.  I even use flat blockages like caps to
9    completely block it 100 percent, and I can't get it
10    to work.
11    Q        Have you tried it on one dryer?
12    A        I've tried it on a couple different ones
13    we have in our facility.
14    Q        And the ones that you have, are they
15    dryers that you've gone out and purchased, or
16    you've gotten them secondhand?
17    A        One was secondhand and one was brand new.
18    Both were ball-hitches, I know for certain.  We may
19    have also tried it on the bulkhead dryer, but I'm
20    not 100 percent sure that we've done that, but I
21    know we've done a used ball-hitch dryer and a brand
22    new ball-hitch dryer with the electronic controls.
23    Q        So on the bulkhead, were you trying to
24    force the error, too, or you're not sure?  I'm

173

1    sorry.  I missed what you said.
2    A        I can't remember if I specifically tested
3    the bulkhead yet.  I know I have to do more with
4    that one, so I may have just started a little bit
5    on it, but that was, like, a year and a half ago.
6    Q        Is the bulkhead -- is it your
7    understanding the bulkhead is supposed to work the
8    same way in terms of generating the E8C error code?
9    A        That's my understanding from the
10    instructions, yes.
11    Q        Okay.
12    A        So the instructions are for the good and
13    better models from 2005 until 2011 when the Webster
14    City plant shut down, but it's also present in the
15    bulkhead models as well, from my understanding.
16    Q        Do you have an opinion as to whether the
17    Clouds' dryer was installed in accord with
18    Electrolux's instructions?
19    A        Which version of the instructions are you
20    talking about?
21    Q        The version of the instructions that
22    accompany the subject dryer.
23    A        From my understanding in 2003, anyway,
24    Electrolux did not recommend the use of flexible

MICHAEL STODDARD, JR., CFI

174

1  foil ducting at all, whether it be for a transition
2  duct or not, so technically in the black and white
3  sense, I would say no.
4       But I have to obviously bring up the fact
5  that the 2008 ball-hitch dryer installation
6  instructions which were for the same platform of
7  dryer allowed the use for it, so it's kind of an
8  inconsistency there, and Electrolux sold those
9  ducts.
10 Q      Okay.  If you could go back to page 173.
11 A      Sure.
12 Q      So you make a statement in the second
13 paragraph, second sentence, "Most importantly, the
14 insureds hired a professional installer and
15 retailer of Electrolux appliances to install the
16 dryer."  Are you referring to Sears in that
17 sentence as the professional?
18 A      Yes.  That's what we were told in the
19 interview, that he got it from Sears, and then in
20 his deposition, he didn't seem quite as certain,
21 but he still kind of referred to that he bought
22 most of his appliances from Sears.
23 Q      So apart from the information that was
24 communicated by Mr. Cloud, do you have any other

175

1  evidence -- are you aware of any evidence to
2  support that Sears installed the dryer?
3  A      You mean as far as, like, a receipt or
4  something?  Yeah, we haven't been produced with any
5  receipts or specific sales documents.  We're just
6  basing that on testimony.
7  Q      Okay.  Are you aware that Sears was
8  subpoenaed in this matter for records regarding the
9  Clouds' dryer?
10 A      I may be.  I don't recall the details.
11 Our attorneys may have told us that, but I just
12 don't remember.
13 Q      Okay.  But you don't recall seeing any
14 documents from Sears in response to that subpoena,
15 do you?
16 A      No, not that I can recall.  I think
17 everything I've seen in this case that's been
18 produced by defendant is just from Electrolux.
19 Q      Okay.  Do you have an opinion with regard
20 to whether the maintenance instructions provided by
21 Electrolux with the dryer were followed?
22       MR. HUGHES:  Object to form.
23       THE WITNESS:  I have -- sure, I
24 have opinions about that, and, again,

176

1       this is -- there's probably some overlap
2       of Dr. Vigilante and I here certainly,
3       but as far as the actual testimony of
4       Mrs. Cloud, she didn't really understand
5       what those instructions were certainly.
6            So I have to preface it by
7       saying that, but I would agree that the
8       interior of the dryer cabinet was not
9       cleaned every 18 months as far as that
10      specific instruction goes.
11 BY MS. YEMMA:
12 Q      And how about the venting?
13 A      Or the venting specifically.  I mean, Mr.
14 Cloud testified to how often he cleaned the
15 venting, but it was not professionally cleaned,
16 which is what the instructions certainly call for,
17 so, you know, Mr. Cloud certainly said that he
18 cleaned the venting, but it was not professionally
19 cleaned.
20      Now, again, that's -- that instruction,
21 in my opinion, and my opinion again based on
22 experience and interviewing people and
23 understanding the specifics involved in these
24 clothes dryers, is, you know, it's not a very --

177

1  it's not clear.
2       There's a lot of people that seem to be
3  confused by the warning when I ask them questions
4  about what that specific warning says, because it
5  says that you should clean it, not that you must
6  clean it, and that's true of Electrolux's own
7  people.
8       Shelly Clausen who's the person in charge
9  of the manuals, she doesn't clean her dryer every
10 18 months, either, because she doesn't seem to have
11 a problem with her dryer.  She says it's not a
12 requirement.  It's a recommendation, and that's --
13 that's substantially similar to a lot of people
14 I've interviewed.
15 Q      And the people you interviewed, we had
16 already talked about this, but you're talking about
17 people that have already -- that have had fires?
18 A      Well, yeah, as far as the cases go, but,
19 I mean, again, I've talked about this with people,
20 my own friends, family, people in random
21 conversation where without saying anything about
22 any particular brand of dryer, whatever, I would
23 say, "Hey, I'm just" -- "you know, we're on the
24 topic of this.  I do this for work.  Do you clean

45 (Pages 174 to 177)

MICHAEL STODDARD, JR., CFI

178

1  your dryer?  Do you have it professionally cleaned?
2  Do you have someone come and take apart your
3  appliance, even periodically?"  And people are
4  like, "No.  What would I do that?"
5  Q       Has anyone ever replied yes?
6  A       Yes.
7  Q       How many people?
8  A       I couldn't say an exact number, but a
9  relatively small amount, a lot fewer than most, but
10  usually those people will say, "Well, yeah, I had a
11  problem with my dryer.  I had a broken belt or I
12  had something else, so that's what made me have the
13  need for a professional service," and that's
14  certainly in line with the CPSC survey.
15  Q       You would agree Electrolux isn't the only
16  dryer manufacturer that requires periodic
17  maintenance and cleaning of the dryer cabinet?
18  A       Yeah, I would agree that they're not the
19  only one.  The UL standard requires that they put
20  an instruction in the manual that says periodic
21  maintenance.
22          Now, there's even some other
23  manufacturers that go further to define that to a
24  time period as well, but only limited ones.  LG and

179

1  Samsung are the only other two that -- well, GE.
2  GE, LG, and Samsung also define a time period.
3  Q       How do they define the time period?
4  A       It depends on the manufacturer.  GE --
5  well, the Electrolux GEs are 12 months even though
6  the Electrolux everything else are 18 months; and
7  it's either LG or Samsung is 24 months, and that
8  seems to be a more recent trend.
9  Q       24 months?
10  A       Well, yeah, that this other company is
11  defining a time period.  That seems to have only
12  happened in the past, like, few years.
13  Q       Are you aware of any other companies that
14  we haven't just talked about that define the
15  period, that define periodic?
16  A       Not that I can think of off the top of my
17  head.  I know -- or at least the last time I
18  reviewed recent manuals for, like, Whirlpool and
19  Maytag, they weren't doing it.  They were still
20  saying periodic.
21  Q       Mike, were you able to come to a
22  conclusion with regard to the point of origin for
23  the fire?
24  A       Yes.

180

1  Q       Okay.
2  A       Well, at least it depends on your
3  definition to point of origin.  I can narrow it
4  down to a pretty small area.
5  Q       And what is that area?
6  A       The area between the gas burner and the
7  back of the drum, and then even beyond that, the
8  fire patterns on the lint in the heater pan
9  indicate that it was most likely -- most probably
10  it ignited at the interface between the heat duct
11  and the heater panel.
12  Q       And it's your opinion that lint was the
13  first material ignited?
14  A       Yes.
15  Q       Okay.  And where -- do you know where
16  that lint -- sorry.  Go ahead.
17  A       You know what?  This has always kind of
18  bothered me, so I have to actually say this.
19  Q       Okay.
20  A       Because it's this obvious, but
21  technically gas was the first material ignited.
22  Q       Okay.
23  A       Because it's a gas burner flame in this
24  particular case.

181

1  Q       We want to be precise, so --
2  A       We want to be precise, but that's
3  expected, but after the gas, the lint.
4  Q       After the gas, the lint.
5          Do you have an opinion as to where the
6  lint came from that was ignited?
7  A       Sure.  At least specifically as far as
8  the burn, the lint that was the most heavily
9  burned, that was right at the interface between the
10  heater pan and the heat duct, right about the seven
11  o'clock position on the heater pan.
12  Q       Can you estimate how -- what the size of
13  the lint was that was first ignited after the gas?
14  A       Well, are you --
15          MR. HUGHES:  Object to form.
16          THE WITNESS:  Are you
17  talking -- can you define the time
18  period, I guess?  Like, how quickly are
19  you talking about here?
20          MS. YEMMA:  When it first
21  ignites.
22          THE WITNESS:  I mean, it could
23  be -- it could be multiple sizes.  I
24  guess I really can't answer that question

**MICHAEL STODDARD, JR., CFI**

---

182

1    the way you asked.
2            MS. YEMMA: Okay. I'm getting
3    near the end.
4            MR. HUGHES: That's usually the
5    45-minute warning.
6            MS. YEMMA: Not me, unless you
7    say something that prompts me to ask,
8    like, 25 follow-up questions.
9    BY MS. YEMMA:
10   Q       Just out of curiosity, is there a reason
11   why you include some of the testing in the appendix
12   and leave some out?
13   A       Yeah, just because we kind of gave up on
14   trying to produce it all at a point in time. We've
15   got a drive of information that we rely upon.
16           Some of the charts and whatever else, I
17   guess we could probably take off there because the
18   hard drive's been passed around so many times now
19   that everyone pretty much has the information, so I
20   will definitely consider that to make the planet a
21   better place by saving some trees.
22           MR. HUGHES: We all like
23   oxygen.
24   BY MS. YEMMA:

---

183

1    Q       All right. So, Mike, if you could turn
2    to -- it's a series of pages, so starting on page
3    99. You talk about failures associated with
4    electric Electrolux dryers.
5    A       Yes.
6    Q       And I just want to confirm. This case
7    involves a gas dryer. No question, right?
8    A       Certainly.
9    Q       So at trial, you're not going to talk
10   about, you know, a bearing failure. That didn't
11   occur in this case?
12   A       I mean, it would obviously depend on what
13   I'm limited to at trial and what the conversation
14   goes like. I mean, I think certainly the reason
15   why I put this in my report has to deal with
16   Electrolux's overall design of the product and
17   their failure to adequately conduct failure modes
18   and effects analysis and make design changes, so
19   that's why it's in my report, although I would
20   expect that at the time of trial, I would be
21   focusing on the gas stuff.
22   Q       Okay. So there was no -- there was a
23   bearing in the Clouds' dryer, right, a bearing
24   assembly?

---

184

1    A       There was.
2    Q       And there was no -- that part of the
3    dryer did not fail?
4    A       That's correct.
5    Q       Okay.
6    A       At least not to cause a fire.
7    Q       It wasn't the cause of the fire?
8            And then similarly on page 100, you have
9    a paragraph about heating element failures and
10   foreign objects. There's no heating element in the
11   gas dryer, right?
12   A       That's correct. Well, there is a heating
13   element, but it's only to ignite the gas.
14   Q       There isn't an electric coil?
15   A       Yes. Well, that depends how you want to
16   define coil.
17           MS. YEMMA: He's not going to
18   concede anything.
19           MR. HUGHES: Just overall, it
20   is a design defect case, and, you know,
21   Mike's going to stay within the four
22   corners of his report, but if it's in his
23   report, to the extent that it's related
24   to a criticism of the design of

---

185

1    Electrolux's ball-hitch dryer, whether it
2    be gas or electric, we intend to pursue
3    that at trial.
4            THE WITNESS: We'll deal with
5    that at the time.
6            MS. YEMMA: All right. Can you
7    give me just a few minutes to run through
8    my notes?
9            THE WITNESS: Sure.
10           MS. YEMMA: And then --
11           MR. HUGHES: Do you think
12   you're done with this hard drive?
13           MS. YEMMA: Yeah.
14           (At this time, a discussion was
15   held off the record.)
16   BY MS. YEMMA:
17   Q       Okay. So, Mike, during one of the
18   breaks, we photocopied -- or Pat's staff
19   photocopied some documents that were in I think a
20   billing folder?
21   A       Yes.
22   Q       Is this all of the billing that you've
23   generated for the Cloud matter so far?
24   A       Yes, to date, yeah, not including any

---

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

## MICHAEL STODDARD, JR., CFI

186

1  prep or anything for the deposition or travel or
2  anything, but, yeah, up to, you know, recently.
3  Q      Okay.
4  A      In addition to the invoices that are
5  there, there's diary sheets that indicate our time,
6  what we specifically did, then any cover letters or
7  reports that went along with those.
8  Q      You testified about this earlier when we
9  were talking about how the dryer got to the Wright
10 Group, and I'm looking at the evidence transmittal
11 documentation, and I know it came from IEI
12 Consulting.  Do you know whether any engineers from
13 IEI Consulting inspected the dryer?
14 A      I don't believe so.
15 Q      Do you know how they came into possession
16 of the dryer?
17         MR. HUGHES:  I can answer that
18         for you.  Do you want it on or off the
19         record?  It's up to you.
20         MS. YEMMA:  Off the record is
21         fine.
22         (At this time, a discussion was
23         held off the record.)
24         (At this time, a document was

187

1         marked for identification as Exhibit
2         Stoddard-5.)
3  BY MS. YEMMA:
4  Q      Mike, I'm going to hand you what's been
5  marked as Stoddard-5, and this was another document
6  that we photocopied from your file.  Do you
7  recognize the document?
8  A      I do.  They're some of my notes.
9  Q      So just because I may have trouble
10 reading your handwriting after the deposition --
11 A      Probably.
12 Q      -- do you mind just identifying the
13 document?
14 A      Well, it looks like this document was
15 created from your review of documents in
16 Electrolux's production; is that right?
17 A      That's correct, some DVRs or design
18 verification requests.
19 Q      If you would just identify what DVR you
20 reviewed, and then if you could read your notes
21 into the record.
22 A      Yeah, I reviewed whatever DVRs were
23 submitted.  These are just a few comments I made on
24 a couple specific documents.  The Bates stamp

188

1  number of the first one was EHP-Cloud 000266, and
2  it was a DVR from 2000, and I just made an
3  observation that it was a DVR regarding life
4  testing for new parts, but there was no attached
5  lab report, so we didn't know, you know, were there
6  any observations.
7         I did send out the dryer to be tested for
8  ten or 20-year equivalency, but there would be no
9  lab report to say if there was any accumulation of
10 lint or fires or anything, a couple breakdowns,
11 whatever they may be, so it looked like there may
12 be some information missing.
13         The other one starts at 000388.  It's a
14 DVR from 2001, and it discusses dryer performance
15 enhancements.  That involves the testing of a low
16 permeability air duct seal and decreasing the space
17 of the heater pan to the back of the drum and
18 closing holes in the back of the drum, and it's
19 just discussion of some of the testing they did.
20 Obviously the document has whatever data it has in
21 there.
22         I did note that they tested the exhaust
23 under a few different back pressures, 0.45 inches,
24 the AHAM 0.75 inches, 0.90 inches, and 1.00 inches.

189

1         Then it's -- I made that note that that
2  shows the expectation that the dryer will be vented
3  in back pressures over 0.75 inches of water column,
4  and they also tested it with loads up to 22 pounds
5  of towels.
6         The third note was 000496.  It was a DVR
7  from 2002.  It discussed a prototype to fabricate
8  the cabinet and front panel for a large capacity
9  dryer done by Mike Ricklefs, R-I-C-K-L-E-F-S,
10 6/27/02, Project #02-0165, and this modified the
11 dryer in a couple ways.
12         One was to modify the base to accept a
13 cartridge heater in the Maytag blower system.  The
14 cartridge heater would be relocating the dryer
15 heating element in the case of an electric dryer,
16 and then the front panel was modified to mate with
17 the front bulkhead system, so I was just curious
18 about that information.
19 Q      Mike, do you have any other notes
20 regarding your review of Electrolux's document
21 production other than what we just marked as
22 Stoddard-5?
23 A      No, that's the only specific notes I
24 probably made.  Any other notes that I would have

48 (Pages 186 to 189)

## ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

---

190

1  made would have just been, like, on a Word document
2  which would have been incorporated into the report
3  and just deleted.  That's our typical practice.
4      If I have handwritten notes, I keep them,
5  but generally if I'm just working on something,
6  it's for the process of authoring a report, so I'll
7  do it in a Word document and then incorporate it in
8  and then get rid of the rest.  Well, not get rid of
9  the rest, but get rid of the original because I
10  don't need it.
11  Q      Mike, going back to -- I just have a
12  couple of follow-ups, so I think we'll be finished
13  in not too much longer.
14      So in 2003 when this dryer was
15  manufactured, are you aware of any dryer
16  manufacturers conducting fire containment testing
17  other than the GE SEE test?
18  A      Yes, I'm aware of fire containment tests.
19  Q      Okay.  So who -- what other dryer
20  manufacturers were doing fire containment testing?
21  A      Whirlpool was.  From my understanding in
22  talking with their engineers, different instances
23  they've been doing fire containment testing above
24  and beyond the minimum standards since the mid or

---

191

1  late 1980's.
2  Q      And is there -- was that a drum fire --
3  drum fire containment, or base, or both, if you
4  know?
5  A      I think that they were doing both, but I
6  don't know if they started doing both.  They may
7  have started with one iteration and then added
8  another one at a second period of time, but it's my
9  understanding that they were doing some type of
10  fire containment testing back into the '80's.  I
11  just don't know what was what.
12  Q      And do you know which one they started
13  with?
14  A      I don't.
15  Q      You don't?
16  A      No.  In talking with the Whirlpool
17  people, it's my understanding that the push to add
18  in fire containment was partly due to Whirlpool.
19  Q      So apart from Whirlpool, are you aware of
20  any other dryer manufacturers doing fire
21  containment in 2003 or earlier?
22  A      I don't know if they were or were not.  I
23  mean, GE obviously.  We talked about the GE SEE
24  test.  You know, Electrolux was obviously doing

---

192

1  their fire containment for that test, but GE was
2  also doing it prior to then when GE was making
3  their own dryers, and, again, that goes back to the
4  1980's sometime as well.
5  Q      And, Mike, I -- if I asked you this
6  earlier, I apologize.  If we can go back to the
7  photographs, Stoddard-4, that are collectively
8  marked as Stoddard-4, and I want to draw your
9  attention to Photograph 421.  Do you recognize
10  what's depicted in that photograph?
11  A      Sure.  It's a clump of lint and soot and
12  cloth or paper or something like that.
13  Q      Okay.  And that was what was taken out of
14  the four-foot length of the rigid venting?
15  A      Can I --
16  Q      Sure.
17  A      This is the first joint exam.  We
18  purposely didn't, like --
19  Q      You can take those off.
20  A      -- strip out any lint or anything out of
21  there.  It's just kind of what fell out of that
22  piece, and it's shown better on Image 419 and 420,
23  that that mass that's depicted in 421 is just kind
24  of loosely clumped in the ducting.  We didn't,

---

193

1  like, pull it out of there.  It just was loose.
2  Q      Okay.  Like fluffy lint.
3      MS. YEMMA:  Okay.  I don't have
4  anything further.  We're all done.  You
5  don't have any questions, right?
6      MR. HUGHES:  Nope.
7      (Witness excused.)
8      (Deposition concluded at 4:34
9  p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

49 (Pages 190 to 193)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

**MICHAEL STODDARD, JR., CFI**

194

```
1           C E R T I F I C A T I O N
2
3
4       I, DANIELLE N. COUGHLIN, Registered
5   Professional Reporter and Notary Public, do hereby
6   certify that the foregoing is a true and accurate
7   transcript of the stenographic notes taken by me in
8   the aforesaid matter.
9
10
11
12
13
14
15
16
17
18       DATE:  4/30/16
19
20   _____
21       DANIELLE N. COUGHLIN, RPR
22
23
24
```

196

```
1           - - - - - - - - - -
2               E R R A T A
3           - - - - - - - - - -
4   PAGE        LINE        CHANGE
5   - - - - - -  - - -  - - - - - - - - - -
6   - - - - - -  - - -  - - - - - - - - - -
7   - - - - - -  - - -  - - - - - - - - - -
8   - - - - - -  - - -  - - - - - - - - - -
9   - - - - - -  - - -  - - - - - - - - - -
10  - - - - - -  - - -  - - - - - - - - - -
11  - - - - - -  - - -  - - - - - - - - - -
12  - - - - - -  - - -  - - - - - - - - - -
13  - - - - - -  - - -  - - - - - - - - - -
14  - - - - - -  - - -  - - - - - - - - - -
15  - - - - - -  - - -  - - - - - - - - - -
16  - - - - - -  - - -  - - - - - - - - - -
17  - - - - - -  - - -  - - - - - - - - - -
18  - - - - - -  - - -  - - - - - - - - - -
19  - - - - - -  - - -  - - - - - - - - - -
20  - - - - - -  - - -  - - - - - - - - - -
21  - - - - - -  - - -  - - - - - - - - - -
22  - - - - - -  - - -  - - - - - - - - - -
23  - - - - - -  - - -  - - - - - - - - - -
24  - - - - - -  - - -  - - - - - - - - - -
```

195

```
1           INSTRUCTIONS TO WITNESS
2       Please read your deposition over
3   carefully and make any necessary corrections.  You
4   should state the reason in the appropriate space on
5   the errata sheet for any corrections that are made.
6       After doing so, please sign the errata
7   sheet and date it.  You are signing same subject to
8   the changes you have noted on the errata sheet,
9   which will be attached to your deposition.
10      It is imperative that you return the
11  original errata sheet to the deposing attorney
12  within thirty (30) days of receipt of the
13  deposition transcript by you.  If you fail to do
14  so, the deposition transcript may be deemed to be
15  accurate and may be used in court.
16
17
18
19
20
21
22
23
24
```

197

```
1           ACKNOWLEDGMENT OF DEPONENT
2       I, _ _ _ _ _ _ _ _ _ _ _ _ _ _, do hereby
3   certify that I have read the foregoing pages _ _ _
4   to _ _ _ and that the same is a correct
5   transcription of the answers given by me to the
6   questioning therein propounded, except for the
7   corrections or changes in form or substance, in
8   any, noted in the attached Errata Sheet.
9
10  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
    DATE            SIGNATURE
11
12  Subscribed and sworn to before me this _ _ _ _ _|
13  day of _ _ _ _ _ _ _ _ _, 200_.
14  My commission expires:  _ _ _ _ _ _ _ _
15
16
17  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
18  Notary Public
19
20
21
22
23
24
```

**50 (Pages 194 to 197)**

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

MICHAEL STODDARD, JR., CFI

|  | 198 |
|---|---|
| 1 | Exhibit Stoddard-1 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

|  | 200 |
|---|---|
| 1 | Exhibit Stoddard-3 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

|  | 199 |
|---|---|
| 1 | Exhibit Stoddard-2 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

|  | 201 |
|---|---|
| 1 | Exhibit Stoddard-4 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

202

1                    Exhibit Stoddard-5
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

203

**A**

**ability** 16:21 111:15
168:23
**able** 25:2 33:22 38:1
42:13 58:18 63:1
64:3 70:2,5 88:6,17
91:22 94:9 102:12
118:11 169:14
171:10 179:21
**abreast** 124:4
**absolutely** 7:13 20:1
80:1 122:24
**accept** 189:12
**access** 70:1,3 134:2,8
**accompany** 173:22
**accord** 117:19 173:17
**accumulate** 153:18
**accumulated** 57:1
72:13,24 73:12
**accumulation** 29:13
42:15 57:11 68:19
70:24 72:21 74:4
132:8 188:9
**accumulations** 58:21
68:1 126:12
**accurate** 29:8 154:4
194:6 195:15
**accurately** 16:10
64:4
**ACKNOWLEDG...**
197:1
**action** 157:18
**activate** 170:9 171:15
**activating** 170:11
**actual** 14:2 18:5
67:24 83:3 145:18
153:13 161:15
176:3
**add** 111:4 191:17
**added** 131:14,21
132:3 191:7
**addition** 5:24 73:19
74:6 142:21 143:5
186:4
**additional** 6:20 9:19
131:12 146:14
**additions** 54:10

**address** 15:21
**adequately** 183:17
**adhered** 68:1,6
**adhesive** 38:9
**adjust** 151:8
**admit** 125:4
**admitted** 166:12
**AEL** 47:18 48:19
59:8 61:18
**affect** 150:10
**aforesaid** 194:8
**afternoon** 4:13,21
**age** 72:23 124:22
**ago** 9:13 24:17 27:8
121:23 126:18
151:14 173:5
**agree** 14:10 41:1 48:5
62:14,20 65:8
117:15,16 124:24
167:20 176:7
178:15,18
**agreement** 4:1 53:13
61:4
**AHAM** 172:6,7
188:24
**ahead** 54:1 58:7
143:9 144:10,24
180:16
**aimed** 94:1
**air** 29:14 72:3 90:23
95:23,24 99:1,22
149:1 188:16
**airfare** 159:21
**airflow** 28:1 56:22
57:18 58:6 66:9
73:9,13 78:4,5,5,15
129:16,22 138:19
148:7,10,22,23
166:19 167:8 168:5
168:7,16,24 169:8
170:7,7,12
**alerted** 83:14 85:16
**Ali** 97:19
**allegedly** 56:4
**allow** 66:14
**allowed** 36:22 120:12
174:7

**allows** 28:10 153:17
**Allstate** 11:4
**alpha** 169:22 170:2
**alternative** 38:14
86:14 92:19 99:4
101:5
**Amana** 153:21
**amount** 59:2 68:7
70:21,22 73:14
102:22 124:16
132:16 137:4
148:10 178:9
**analysis** 77:19,22
114:4 117:17 126:7
160:13 183:18
**analysts** 13:6
**angle** 99:20 113:13
**angles** 113:12 145:20
**ANSI** 117:14 119:22
159:14
**answer** 7:12 33:22
63:14 152:13
181:24 186:17
**answered** 57:23
**answers** 122:19
197:5
**Anthony** 25:6,17
26:5,16,24 31:5,6,7
31:12
**Anthony's** 27:5
**anticipate** 120:16
165:1,4
**Anybody** 87:9
**anymore** 103:9
153:20
**anyway** 17:6 18:13
34:6,12 71:9 84:3,8
90:15 91:7,10 95:21
111:13 118:1,10
119:9 146:11
154:17 173:23
**apart** 46:20 72:24
89:4 147:22 174:23
178:2 191:19
**APC** 10:24
**apologize** 109:21
127:14 142:22

192:6
**appears** 34:12 47:23
48:1,8 53:18 158:4
**appendices** 8:20
14:24 15:1,6
**appendix** 16:7 19:24
182:11
**appliance** 18:5,7 79:7
79:9 103:24 131:7
141:7 144:15 145:3
178:3
**appliances** 174:15,22
**applicable** 24:8
**application** 90:2
**applications** 90:4
**applied** 95:15 96:11
104:6
**apply** 91:24 94:17
**appropriate** 195:4
**appropriately** 119:11
**approximately** 36:3
36:18,19 39:5 66:23
78:2 119:14
**approximation**
136:15
**April** 1:16 11:4 25:11
32:2 39:10 40:11,17
60:4 76:5 161:17
**area** 22:17 68:12
81:9,18 85:23
126:11 133:18
136:12 139:1
141:22 143:15
146:20 147:20
154:24 180:4,5,6
**areas** 63:8 70:1,2,10
133:18 134:21
**arranged** 52:22
**arrangement** 28:13
34:11 37:20 51:6
57:12 59:24 101:8
153:7
**arrive** 67:21
**articles** 163:1
**ash** 102:21
**aside** 118:5 129:21
129:21

MICHAEL STODDARD, JR., CFI

204

**asked** 15:19 24:17,22
  26:23 29:18 33:19
  52:2 123:2,4 145:23
  165:2 182:1 192:5
**asking** 98:21 127:13
**asks** 120:15
**aspect** 118:13 120:21
  121:10 122:3 131:9
**assembly** 57:4 107:21
  108:6 109:1 112:2
  112:14,15 130:18
  130:18,19,20
  133:17,17 142:21
  148:10 183:24
**assess** 15:20
**assessment** 160:12
**assignment** 15:12
**assist** 13:17,24
**assistance** 22:9
**assisted** 84:11
**assisting** 87:14
**assists** 79:8
**associate** 62:18
**associated** 4:19 89:11
  119:5 120:18 183:3
**assumption** 24:23
  65:8
**attached** 3:10 35:24
  42:6 46:24 47:15
  50:24 51:1 52:5,14
  52:18,19 68:3
  135:23 153:15
  188:4 195:9 197:8
**attaching** 136:5
**attacked** 149:6
**attempt** 27:21 28:7
  157:16
**attempted** 27:20
  171:5
**attend** 161:13
**attended** 162:2
  164:14
**attention** 48:18 78:19
  158:24 192:9
**attorney** 195:11
**attorneys** 2:5,10
  175:11

**audible** 168:9
**authoring** 49:16
  190:6
**authorized** 119:15
  123:8,10 126:20
**automatically** 141:3
**available** 91:9 167:2
**average** 124:2
**avoid** 165:3
**aware** 26:17 38:14
  119:8 165:17 175:1
  175:7 179:13
  190:15,18 191:19
**awkward** 99:19

**B**

**B** 3:8
**back** 12:19 22:16
  25:10,15 27:7 28:15
  28:23 31:20 33:20
  34:11,16 35:23 36:1
  45:2 50:1 53:14
  69:14 71:21 73:16
  98:5 108:16 116:17
  117:5 121:22
  129:12 134:3,11
  135:3,17 136:9
  137:8,12,15 140:8
  142:21 149:3
  151:12 153:8,20
  164:4 165:18 168:8
  174:10 180:7
  188:17,18,23 189:3
  190:11 191:10
  192:3,6
**backup** 10:15 148:3
**backwards** 78:22
**bad** 56:5 127:14
**balances** 160:14
**ball-hitch** 109:13
  114:6 118:4 130:8
  153:4 172:21,22
  174:5 185:1
**ball-hitches** 172:18
**band** 15:6
**base** 72:6 128:17,20
  129:13 132:8,21

133:9,18,24 135:14
  136:4,6 138:3,8
  149:5 154:8 166:23
  189:12 191:3
**based** 29:11 35:13
  39:5 46:5 67:10
  72:19 80:16 113:21
  121:5 128:16
  146:19 157:10
  158:1 176:21
**basic** 166:2
**basically** 70:23 96:7
  102:17 103:5 107:6
  132:14,18 133:16
  150:6
**basing** 29:10 68:7
  175:6
**basis** 125:3 157:19
**Bates** 187:24
**battery** 10:15
**bearing** 6:24 183:10
  183:23,23
**beeps** 170:2
**behave** 108:3 122:16
**behaved** 90:2 108:2
  113:22
**behaving** 111:6
**behavior** 123:16
**behaviors** 151:22
**believe** 8:13,18 17:18
  18:21 33:19 36:12
  38:8 50:14 52:7
  62:1 67:19 69:21
  86:19 87:6 98:19
  99:7 105:16 112:15
  113:8 121:23 127:1
  147:7 150:14
  186:14
**Bell** 1:15 2:5
**belt** 178:11
**bend** 36:21 57:7
**benefits** 89:18
**best** 16:20 55:17 59:3
  70:14 89:12,19
  96:12 99:21 136:15
  159:10
**better** 32:13 35:4

55:14 82:7 115:7
  136:4 137:3 146:9
  150:19 166:23
  169:20 173:13
  182:21 192:22
**beyond** 104:14
  125:14 163:11
  180:7 190:24
**bias** 137:3
**big** 64:7 65:12
**bigger** 136:12,12
  149:11
**billing** 185:20,22
**bit** 43:7 67:17,17
  83:1 101:8 104:12
  107:2 115:16 143:9
  144:9,11,24 146:18
  146:24 168:18
  173:4
**black** 174:2
**blackened** 112:19
**blade** 64:19,19
**bleach** 54:12,14
**block** 171:21 172:9
**blockage** 29:14 45:24
  67:19
**blockages** 172:8
**blocked** 42:21 56:5
**blocking** 171:6,7
**blow** 56:7
**blower** 57:4 81:16
  82:24 83:5 90:24
  91:1,2,2,7,8,12
  92:13,13 95:24
  98:13 105:6,6 106:7
  106:7,8,17,24
  107:16,21 108:7,24
  109:1,12,16 110:2,3
  110:7,9,15,19 112:2
  112:3,13,15 114:7
  114:10 130:17,18
  131:18 132:2
  133:15,16,17
  142:21 143:7,8,13
  148:9 189:13
**blown** 56:2 57:18
**blue** 1:15 2:5 115:22

MICHAEL STODDARD, JR., CFI

205

**board** 95:6 140:22
155:23 168:1
**Bob** 19:6,11
**book** 122:11,18
**boosted** 151:3
**boot** 32:10
**bothered** 180:18
**bottom** 58:22 59:19
59:22 60:16,19
67:18 69:4,4 114:18
135:13 137:5 141:2
143:16 144:5
**bought** 131:7 153:24
174:21
**box** 154:21
**brain** 161:5
**brand** 11:1 38:7,18
38:21 172:17,21
177:22
**branded** 38:3
**breach** 154:22
**break** 5:2 7:8 33:18
75:24 93:6,7 97:2
**breakdowns** 188:10
**breaks** 54:9 185:18
**Brian** 97:17
**brief** 33:18 54:20
**bring** 41:14 52:10
174:4
**broke** 46:7
**broken** 178:11
**Broomall** 30:6
**brought** 5:5,10,22
97:5 99:17
**Buckley** 19:6,11,13
**Buckley's** 19:18 20:5
20:8
**building** 39:1 95:8,13
141:10 149:23
**buildup** 66:13
**built** 154:7 155:7
**bulkhead** 109:7,14
109:17 112:16
113:20 152:20
153:5,9,14,15 154:5
154:14,18 155:3
166:11 172:19,23

173:3,6,7,15 189:17
**bulky** 78:18
**bullet** 79:1
**bulletin** 74:18
**bulletins** 74:19 119:8
**bunch** 97:15,17,20
**Bunsen** 89:23 93:14
93:24 94:4 96:2
100:3,3 101:10
102:6,9 104:14
115:20 116:11,16
116:21
**burn** 22:23 24:1
80:14 81:5 86:9
93:8 94:15 95:1,6
96:3,6 98:5 101:23
102:13,20 104:19
107:10 110:11,20
111:5,19 114:20
128:2 130:24
137:13 139:1 141:8
141:11,23 149:9
151:13 181:8
**burned** 73:22 82:23
85:17 95:1 102:4,15
102:17,20 103:8,15
103:16 104:12
107:6 110:12,17
139:15 141:7,13,21
143:22 181:9
**burner** 89:23 93:14
94:1,4 96:2 100:3,3
100:8 101:10 102:6
102:10 104:15
113:2,9,14 115:10
115:21 116:11,11
116:16,21 118:6
133:20 135:17
180:6,23
**burning** 80:3,14 81:6
94:8,23 103:6,12
107:9 111:10,11,13
115:19 141:14
143:14,17 144:6,14
145:2 146:12
**burns** 136:11 144:22
145:6

**buttons** 74:11,15
75:2,4
**byproduct** 48:8

___

**C**

**C** 2:1 194:1,1
**cabinet** 72:8,11 73:1
74:8 75:2,6,9 79:13
79:15 80:4,12 81:5
81:23 82:3,15,19
119:13 120:13
132:9 139:16 149:2
176:8 178:17 189:8
**call** 4:16 6:17 64:13
64:19 116:12
160:22 176:16
**called** 101:18 148:7,7
**camera** 113:15 136:2
**cameras** 142:19
145:12,14
**cap** 76:10,10 77:13
139:4
**capacity** 189:8
**caps** 172:8
**capture** 145:15
**care** 158:17
**career** 12:21 13:2
25:15
**carefully** 195:3
**Carl** 98:1
**carried** 89:21 93:19
**carry** 66:9
**cartridge** 189:13,14
**case** 7:1 10:6,11,20
11:3,8,10,15 13:16
13:19 14:1 15:18
16:8 17:20,23 18:23
19:2,5,12 20:17,20
20:22 27:22 41:12
51:10 53:12 57:6
64:4 70:24 87:19
94:21 97:23 98:2
103:3 111:3 117:4
126:1 146:9 147:6
147:16 151:23
154:20 156:1,11
161:4 175:17

180:24 183:6,11
184:20 189:15
**cases** 6:16,16,19
15:24 17:20 18:13
23:18 24:9 27:19
29:17 32:15 53:9
81:21 82:20 95:2
97:17,22 126:2
146:14 147:18
152:8,23 153:9
164:19 177:18
**case-specific** 24:6
27:9,10
**catch** 65:6 110:9
**caught** 56:8 57:2
107:6 110:11,16
115:14 141:7
**cause** 15:20,21 54:15
73:18 77:23 79:17
146:14 155:16,21
184:6,7
**caused** 11:1 60:2
78:5 120:12
**causes** 73:13 149:11
170:8
**cell** 116:17
**cement** 95:5
**center** 2:8 18:10
82:21
**centers** 83:7
**certain** 17:21 28:10
35:1 54:5 58:3 64:2
70:1,19 86:22 94:5
124:6 146:11,11
148:10 172:18
174:20
**certainly** 16:20 24:15
28:11 31:23 43:9
44:4 45:23 52:20
55:19,22 62:18
63:11 70:1,8,20,22
71:1,7 73:8 84:17
89:23 111:14 120:9
125:10 126:6
158:13 160:1
165:16 166:5 168:3
176:2,5,16,17

MICHAEL STODDARD, JR., CFI

206

178:14 183:8,14
**certification** 4:2
**certify** 194:6 197:3
**CFI** 1:7 3:3 4:8
**chain** 30:7 110:6
**chamber** 154:8
**chance** 17:3 110:20
**change** 129:1 196:4
**changed** 132:2
**changes** 6:2 183:18
    195:8 197:7
**changing** 131:18
**characterize** 123:9
**characterizing** 53:17
**charge** 159:20 177:8
**charred** 113:3
**charts** 182:16
**check** 30:9 38:4
    75:17 100:9 125:7
    130:12
**checks** 160:14
**cheesecloth** 129:18
    129:24 130:3
    131:13,13,21 132:3
    132:10,17,19,22
    133:3,4,9,21,24
    134:10 135:12,15
    136:3,9,14,18 137:1
    137:5,7,10,12,15,17
    139:7,11,15 140:11
    140:12,14 141:1,5
    141:12,21 143:1,4,5
    143:22,24 144:7,17
    144:22 150:12,15
**chemical** 54:10,16
**Choice** 38:2,7,21
**choose** 158:14
**chose** 94:19 130:24
    132:16 149:13
    166:17
**chuckling** 78:9
**cinderblock** 140:19
**cinderblocks** 140:20
**circumference** 67:16
**circumstances**
    146:11
**cite** 162:24

**City** 173:14
**clarified** 39:21
**clarify** 15:11 16:18
    40:14 168:17
**class** 158:19 160:4
    162:7,9,17
**Clausen** 97:19 177:8
**clean** 43:6 68:22 70:4
    70:6 71:5 78:17
    124:23 125:2,5,8,15
    127:2 177:5,6,9,24
**cleaned** 69:18 70:17
    70:18 71:8 119:14
    130:16 131:11
    134:20 176:9,14,15
    176:18,19 178:1
**cleaner** 70:11
**cleaning** 69:23 71:11
    119:19 126:21
    178:17
**cleanings** 70:20
**clear** 43:6 136:13
    157:14,15 177:1
**clearly** 74:19 170:20
**click** 99:15 108:10
**client** 157:1
**clients** 152:3
**close** 77:9 88:4
    171:11
**closed** 84:1,2,7,8,16
    84:18 156:11
**close-ups** 141:16
**closing** 188:18
**cloth** 192:12
**clothes** 22:18 54:14
    84:15,17,22,22,23
    85:3,11,20 117:23
    117:23 119:24
    123:20 176:24
**clothing** 74:11,14,15
**Cloud** 1:4 13:16 19:4
    20:13,15 21:1 24:18
    27:11 28:12 32:16
    69:22,24 71:6 83:14
    84:9 97:9,22,24
    117:1 126:1 146:16
    146:18 147:16

174:24 176:4,14,17
    185:23
**Clouds** 25:18 26:17
    27:23 28:4,6,15,24
    29:22 30:3 35:11
    72:3 74:10 83:14
    97:14 117:7 120:18
    167:19 173:17
    175:9 183:23
**Cloud's** 69:16
**clump** 192:11
**clumped** 50:3 192:24
**coated** 54:3 104:10
**coating** 42:18,19 54:4
    54:17 104:11
**code** 169:14,16,23
    171:2,6 172:6,7
    173:8
**coffee** 161:3,3,4
**cognitive** 27:12,16
**coil** 36:18 184:14,16
**coils** 36:14,16 38:16
    38:16 57:10
**collected** 35:12,15
    58:1
**collection** 46:7 50:7
    129:19
**collectively** 15:4
    192:7
**collects** 65:22
**college** 25:14
**color** 121:1
**coloration** 46:5,10,13
    46:15,21
**column** 29:4 189:3
**combination** 78:6
**combined** 42:6
**combustible** 79:17
**combustibles** 79:10
**combustion** 155:18
**come** 18:15 29:7
    40:22 89:8 127:15
    178:2 179:21
**comes** 17:13 169:9
**coming** 59:2 115:15
    139:16,19 145:3,4
    151:1

**commencing** 1:17
**comment** 85:19
    118:18
**commented** 85:14
**comments** 187:23
**commission** 197:14
**common** 76:13
**communicated** 18:14
    174:24
**communicating** 79:8
**communications**
    24:18 32:21
**companies** 179:13
**company** 24:20
    179:10
**compare** 12:8
**compared** 103:12
**compartmentalized**
    154:19
**compile** 27:6
**completely** 56:5
    73:22 81:18 172:9
**completeness** 75:18
**completion** 95:1
    107:6 111:19
**comply** 118:20 119:1
    120:7 160:8
**component** 22:23
    23:24 86:8 90:9
    92:20 93:9,23 94:17
    98:8 101:5 107:12
    111:1,13 116:14
    151:12
**components** 22:18
    24:7 79:8 86:3
    92:21 95:3 102:23
    108:5 110:14 111:6
    118:5 120:4
**comport** 14:17
**comprise** 110:23
**comprised** 42:4
    58:13
**compromise** 146:13
**computer** 10:15 32:9
    99:16
**concede** 184:18
**concerned** 18:6

MICHAEL STODDARD, JR., CFI

207

123:20
concerning 69:23
conclude 117:18
concluded 10:24 72:1
152:22 193:8
conclusion 63:2 72:2
118:24 179:22
conclusions 61:8
111:2 147:3
concrete 140:22
condition 28:19,20
59:15,18 68:24
69:21 73:24 135:7
138:21 146:19
conditions 54:6,9
111:9 170:8
conduct 93:15 118:14
183:17
conducted 22:12
40:20 88:10,12 95:7
127:22 152:19
conducting 123:5
190:16
confidential 32:20
confine 79:6
confirm 29:19 57:23
114:1 145:24 183:6
confused 19:5 177:3
confusion 20:4
conglomeration
43:22 46:19
conjunction 10:23
55:14 72:15 80:17
87:5 88:3
connected 36:2 37:16
37:21 138:22
connection 15:24
16:11 17:15,23
35:23 97:13
consider 131:22
182:20
consisted 61:8 106:12
107:23
consistency 104:8
consistent 69:22
80:13 114:21 125:1
constant 102:12

constantly 66:13
102:14
Consulting 30:11
186:12,13
consumed 81:18 96:8
144:7
consumer 121:19
consumers 159:1
contacts 76:18,22
77:1
contain 91:20
contained 17:9 48:22
50:14 82:2 97:4
containment 21:21
22:4,20 23:9 24:1
109:8 118:13,14
127:22 128:17,18
128:21,24 129:2,4
129:13,13 131:8
135:9 137:24 138:2
138:3,8 141:4 146:1
147:23 149:5
151:21 190:16,18
190:20,23 191:3,10
191:18,21 192:1
continue 111:12
continued 94:24 96:3
96:6 101:23 102:20
110:11 111:19
continuous 102:9
contribution 87:16
contributions 89:17
control 151:6 155:23
168:1
controlled 167:20
controls 167:24
172:22
conversation 17:21
18:3 19:16 21:15
25:1,18 26:6 53:6
177:21 183:13
conversations 17:16
17:22 19:2,13 21:3
23:20 87:22 123:21
124:11,20 163:22
cool 114:19
copies 32:23 75:24

copy 5:5,8,10 8:24
9:3,6,15,22 14:23
26:8 47:18
core 170:4
corner 80:12 81:1,17
136:9 140:13 141:2
141:15 145:3
corners 184:22
corporate 2:8 160:17
162:14 163:9
165:11
corporate-driven
163:13
corporate-type 162:4
Corporation 10:4
corporations 158:13
correct 5:6 10:5
12:17 14:6,9,18
20:13 29:21 39:12
40:20 41:2 43:1
45:9 47:4 71:7
88:11 98:18 112:17
116:15 119:24
120:1 127:24 132:4
138:12 139:5
145:21 146:3
169:11 184:4,12
187:17 197:4
corrections 195:3,5
197:7
correctly 53:17 67:3
77:17 98:9
corrosion 48:9,16
53:16,22
corrosive 53:19
corrugated 56:8
cost 166:13
costing 138:16
COUGHLIN 1:12
194:4,21
counsel 4:1 20:20
120:15
count 77:18 114:17
counting 13:13 14:6
counts 122:6
couple 57:3 71:15
89:4 94:6 161:2

163:3 172:12
187:24 188:10
189:11 190:12
course 12:14 16:19
58:24 73:21 122:8
124:8 148:22
161:15,16,17,19
166:2
court 1:1,20 195:15
cover 186:6
covered 63:12 110:22
CPSC 125:1 159:14
178:14
Crabtree 17:4 40:22
45:15,16 46:24 49:5
55:21 61:15,23 62:3
76:19
Crabtree's 17:5
46:19 47:9,15 48:22
49:10,14 53:4 55:2
56:1 61:18 65:7
76:23
create 28:3 66:15
created 187:15
crept 154:8
crimped 51:6
critical 47:7
criticism 126:19
184:24
cross-sectional 68:12
curiosity 182:10
curious 127:14 142:4
165:19 189:17
current 8:21 91:8,9
109:14 118:12
currently 13:6,10
91:9
curriculum 3:12,13
8:4,6 9:15
Custody 30:8
customer 170:13
cut 38:11 53:10 133:3
cutout 133:15 134:17
CV 8:21 12:6
cycle 77:4
cycled 77:3
cycles 77:19

MICHAEL STODDARD, JR., CFI

208

cycling 78:14

**D**

**D** 3:1
daily 70:23
damage 63:5 74:11
76:13 120:12
140:21 146:14,20
146:22
damaged 56:3 130:3
damper 69:11,12,13
DANIELLE 1:12
194:4,21
data 88:7 170:20
188:20
date 15:11,15 16:22
60:5 155:6 167:13
185:24 194:18
195:7 197:10
dates 89:11
daughter 84:1 85:14
85:19
daughter's 85:3
Dave 98:1
day 30:14,18 88:16
162:11,18 197:13
days 89:1,2,4 159:17
159:23 195:12
DE 1:13 2:3
deal 114:7 183:15
185:4
dealing 27:14 114:12
debris 43:23 49:5
55:9,20 58:2
December 14:16
15:16
decide 94:16 157:3
decided 128:24
166:14
decreasing 188:16
deemed 195:14
defect 11:2 184:20
defective 79:6
defendant 1:8 2:10
175:18
deficient 72:22
define 178:23 179:2,3

179:14,15 181:17
184:16
defining 179:11
definitely 18:18 63:6
63:23 72:18 155:17
182:20
definition 180:3
Deflecto 38:15,18,21
deformation 83:3
degree 71:9 78:13
115:19
deleted 190:3
delivered 30:11,12
30:17
dep 97:7,8
department 164:1,4
depend 183:12
dependent 120:14
depending 50:22
53:9 54:17 94:6
119:16
depends 42:1 120:19
130:2 153:13 165:2
179:4 180:2 184:15
depicted 47:21 49:2
59:9 61:21 192:10
192:23
DEPONENT 197:1
deposed 4:18 5:15
deposing 195:11
deposition 1:4,11
4:15,20 8:8 10:7
11:7 12:4 20:2 39:7
62:11 83:19 114:11
152:11 158:2
170:19 174:20
186:1 187:10 193:8
195:2,9,13,14
depositions 9:19
12:16,17,20 20:16
97:12,15,20 98:2
121:8 157:11
165:14 170:24
describe 35:18 59:17
90:6 99:23 102:16
106:23 119:10
described 44:3 139:7

describes 27:3
description 3:10
119:12 158:20
design 11:2 79:5
106:2 118:3 120:3,5
120:5,9 121:9,13
136:16 152:20
153:2,6,16 156:23
158:3 160:15
167:11 170:4
183:16,18 184:20
184:24 187:17
designed 78:9,10,11
117:19
destructive 14:7
156:3
detail 14:11 50:19
51:16 163:19
detailed 29:8 74:2
details 91:4 93:22
109:6,23 147:6,11
175:10
detergent 54:23 55:3
55:5,7,10
determination 38:2
109:15
determine 91:19
determined 77:15
156:12
device 168:16 171:19
diagram 103:23
diameter 65:17
diary 186:5
dictate 56:22 165:9
difference 110:5
114:5 125:9 126:3
148:20 149:7 167:4
differences 5:20,23
different 12:6 17:19
18:10 42:4 54:15,16
57:3 58:13 59:15
61:14 63:8 83:8
89:9,16,24 99:2
101:8 105:10
109:10,11 113:12
120:3,4 124:5 127:9
134:21 136:16

145:7,12 151:23
153:1,2,5,6 158:4
158:12 164:18
166:3 172:12
188:23 190:22
differentiation 64:16
differently 158:13
difficult 29:7 51:21
77:18
difficulty 107:9
digital 5:9
Dimensionally 101:2
dimensions 133:5,23
directing 100:4
direction 78:21
directly 102:4 138:24
142:20 154:2
disagree 55:10
disassemble 156:9
disassembling 127:8
discharging 138:24
discoloration 46:16
discolored 104:9,12
145:1
discovered 82:17
84:13 85:15,22
discovery 157:11
171:20
discuss 121:3
discussed 18:3
142:22 159:23
162:12 189:7
discusses 188:14
discussing 22:10 46:3
62:1 112:1
discussion 5:13 11:19
19:8 93:3 96:23
129:9 140:5 185:14
186:22 188:19
display 169:22 170:2
distance 101:11
116:10
distributes 38:9
DISTRICT 1:1,1
disturbing 60:2
division 158:17
document 6:15 7:18

MICHAEL STODDARD, JR., CFI

7:23,23 8:13,17,18
9:8,14 15:7 21:16
21:23 22:2 51:12
99:11 116:10
134:23 135:6,8,11
166:3 171:15
186:24 187:5,7,13
187:14 188:20
189:20 190:1,7
**documentation**
186:11
**documented** 102:24
128:13
**documenting** 104:21
**documents** 16:1,7
64:8 175:5,14
185:19 187:15,24
**doing** 24:5 32:14
88:2,15 122:16
124:3 128:2,20
137:19 138:15
141:9 142:11
159:18,18 165:13
165:16,17,21 166:6
166:21,22 168:2
170:3 179:19
190:20,23 191:5,6,9
191:20,24 192:2
195:6
**door** 83:15,22 84:2,7
84:7,10,16,17
**double-check** 19:23
52:7 92:23 106:19
**Dr** 17:4,5,17,19
18:14 120:19
125:19 126:4
127:12 162:20
176:2
**drafted** 8:1 87:3,5
125:22
**draped** 129:23,24
137:9 140:11 141:6
**draw** 61:7 63:2 111:2
192:8
**drawing** 133:14
**dried** 74:14 84:24
**dripped** 81:21

**dripping** 111:20,22
115:15 116:7
139:18 144:23
**drive** 5:9,11,18 6:2
6:17,18 32:6 41:15
86:20,23 88:22
89:10 91:5 92:24
93:21 98:6,16,21
108:15 112:6 117:4
128:9 152:1 161:23
161:24 171:24
182:15 185:12
**driven** 50:9
**drive's** 182:18
**drooped** 83:4
**dropped** 68:9 80:23
**dropping** 139:19
**drum** 72:1,3,16,19,22
73:2,10,12,15,16,16
73:24 74:5,17,20
79:21 83:23 84:12
84:14 85:12,22
126:11 128:23
129:2,4 133:11
135:24 138:2 149:3
153:8 154:3,3
155:15 180:7
188:17,18 191:2,3
**dry** 78:17 85:11,20
125:6
**dryer** 5:11 6:18
11:12 15:24 18:11
20:23 21:4,19,22
22:6 27:23 28:15,17
28:24 31:19 34:7,11
34:14 35:11,19,20
35:23 42:22 48:15
55:5 56:14 57:8
58:6 59:10 66:12
70:6,23 71:2 72:4
72:16,23 73:1,9
75:2,6 76:5,12 77:3
77:16 78:1,14 79:12
79:13,14 80:24
82:14 83:10,12,15
83:16,22,23 84:2
85:17 86:3 89:18

90:8,16,24 91:13,13
96:5,15 105:15,18
105:21,24 109:13
109:14 111:9
112:16 116:24
117:7,13,18 118:1,9
118:9,10,12 119:2,4
119:5,6,11,12,13,24
120:3,18 123:18
124:9,24 125:5,15
125:22 126:2,8,21
127:3,8 129:24
130:16,17,23 131:1
131:2,5 133:19
134:3 135:7 137:8,9
137:11,17,19,22,23
138:4,4,9,12,19,23
139:8 140:13,15,18
141:2,8,13 146:2
147:2 148:11,15,16
148:23 149:1,14
152:5,7 153:13,14
153:19 155:3,20
156:20,23 159:2
164:8 166:9,9 167:3
167:19,20 168:15
168:20 169:3,15
170:12 172:4,11,19
172:21,22 173:17
173:22 174:5,7,16
175:2,9,21 176:8
177:9,11,22 178:1
178:11,16,17 183:7
183:23 184:3,11
185:1 186:9,13,16
188:7,14 189:2,9,11
189:14,15 190:14
190:15,19 191:20
**dryers** 5:24 6:8,13,14
6:22 22:7,19 23:13
23:17,22 24:3,12
27:21 74:21 81:19
82:1 86:13 89:17
105:24 109:7
113:20 114:13
117:23,23 118:4
121:4 122:21

123:20 130:5,20
138:16 145:7
146:10 152:5,19,20
153:5,6,10 154:5,15
154:16,20 156:3,9
166:20 167:7 168:6
168:8 171:3 172:15
176:24 183:4 192:3
**drying** 74:14 170:15
**duct** 34:9,13 35:24
36:7 38:6,7 52:18
54:8 56:8,9 59:5
66:1,1,14 68:2,12
81:17 82:24 85:23
90:7,16,23,23 95:20
95:23,24 96:1,11
98:13,16,22 99:1,4
99:6,22,24 100:5,13
100:23 101:1,7,13
101:15 102:17
103:4,4,13,15,19,19
104:2,5,7 105:9,10
106:2 107:12
111:11 143:8,13,16
144:5 174:2 180:10
181:10 188:16
**ducting** 36:4,21
52:21 57:7 66:23
67:9 68:10 174:1
192:24
**ducts** 56:23 92:13
105:23 174:9
**ductwork** 37:21
57:16 58:5
**duct/air** 98:13
**duct/trap** 99:1
**due** 11:1 39:19 76:13
191:18
**duly** 4:9
**duplicate** 28:12
**duration** 90:4 94:13
94:24 95:19 102:2
104:17,18,18 107:2
107:2,3,4,15 110:9
110:15 112:9,19
113:1,6,8 114:15,20
114:24

durations 107:15
DVR 187:19 188:2,3
  188:14 189:6
DVRs 187:17,22
dynamic 138:4
D'Addario 25:6 31:4
D-apostrophe-A-D...
  25:7

**E**

E 2:1,1 3:1,8 194:1
  196:2
earlier 50:12 52:11
  116:6 142:23
  149:15 186:8
  191:21 192:6
early 14:15 82:17
  86:1 114:9 124:22
  166:10
easier 16:5 31:6
  33:11
easily 92:4 110:10
  141:8 167:23
East 1:14 2:4
EASTERN 1:1
easy 59:5 144:1
Ecchivierra 11:16
education 122:6
  163:8
effects 160:13 183:18
efforts 55:15
EFI 20:10 40:21
EHP 113:17
EHP-Cloud 188:1
eight 44:13,14 129:20
either 8:14 49:10
  56:3,9 63:15 71:7
  75:20 103:23
  108:13 126:1,8,24
  153:16 156:11
  157:1 169:21 172:4
  177:10 179:7
elbow 37:19 52:5
  56:9
elbows 36:2,3 37:8
  42:24 43:2,5,6,13
  43:15 51:22 57:13

67:10
electric 10:3 118:7,8
  118:9,12 133:19
  134:15 146:1,6
  154:10,11,16 183:4
  184:14 185:2
  189:15
electrical 10:24
electricals 72:19
Electrolux 1:7 6:22
  11:5 15:24 20:23
  21:4,19 22:6,6,19
  23:13,17,21 24:3,12
  33:1 38:8 66:12
  82:14 86:3,13 90:17
  91:7 98:7,7 103:22
  106:20 107:22
  108:1,24 109:6
  112:16 113:17
  118:3 121:18
  125:17 126:1 127:1
  128:22 135:9 146:1
  152:6 153:4 155:2
  157:14,15,20 158:4
  158:21 164:9 165:6
  165:9,20 167:6,7
  169:14,15 173:24
  174:8,15 175:18,21
  178:15 179:5,6
  183:4 191:24
Electrolux's 20:8
  76:16 158:16
  173:18 177:6
  183:16 185:1
  187:16 189:20
Electrolux-manufa...
  81:24
electronic 155:23
  166:20 167:24
  168:1 169:19 171:3
  172:22
element 153:15 154:2
  154:18 184:9,10,13
  189:15
elements 27:13 118:6
element's 154:6
eliminate 121:13

eliminated 73:17
email 18:15
emails 18:18
Emil 1:4 97:9,23
emits 170:2
emitted 111:23
employed 165:7
employee 13:12 25:8
employees 158:4
  160:2,2
enclosed 137:11
ended 55:7
energy 94:22 110:12
  111:18 112:6
engineer 10:24
  158:16,23 165:24
engineering 157:17
  157:21,23 158:18
  164:1 166:1
engineers 13:7 160:4
  160:15,16 161:9
  163:23 164:5,8,18
  164:21 166:12
  186:12 190:22
enhancements
  188:15
entailed 89:14
entire 94:13 133:9
entirely 71:6,6 134:1
  153:6
entities 152:6
entry 134:14
environment 48:14
  162:5
equivalency 188:8
errata 195:5,6,8,11
  197:8
error 169:13,16,23
  171:2,2,5 172:24
  173:8
ERSA 1:20
escape 56:23 71:2
  82:19 120:13
escaped 79:12,14
escaping 79:17,20
  80:3,19 84:12
  133:11

especially 48:14 56:4
  141:5
ESQUIRE 2:3,8
essentially 51:7 88:2
  94:1 115:6 121:17
  133:13 148:13,23
  160:22 161:4
establish 94:10
estimate 29:3,8 67:10
  67:13 77:19 105:20
  181:12
estimation 68:11
ethically 160:17
evaluate 158:6
evaluating 160:23
evaluation 160:13
event 46:22 79:2
eventually 103:7
evidence 13:23 14:1
  15:19 30:2,5,17
  33:20 34:3,22 35:8
  39:10,24,24 40:23
  46:7,16 53:16 54:22
  55:12 67:22 73:2,5
  73:7 75:1,5 77:2,6
  79:11,20 80:3 83:20
  175:1,1 186:10
exact 30:18 50:18
  91:4 101:3 104:7
  107:14 126:24
  129:17 155:16
  167:11 178:8
exactly 8:15 43:5
  54:7 67:13 91:19
  95:22 115:24 168:2
exam 15:19 28:1 32:5
  36:12 39:24,24 40:9
  40:16,19 41:4,7,18
  49:7 59:23 60:8,8
  156:13 157:5
  192:17
examination 1:5
  30:21 32:7 69:20
  75:3,7 76:5 156:24
examinations 14:2,3
examine 37:22 41:18
  41:21 42:11 43:2,17

MICHAEL STODDARD, JR., CFI

49:11,18 68:16
73:23 76:6
**examined** 4:10 39:10
40:8 42:5 49:20
58:15 59:14 69:1,5
81:24 82:13 168:15
169:3
**examining** 13:22
**example** 18:9 83:6
151:18 159:10
170:7
**exams** 14:5,8 155:12
155:14 156:3
164:22
**excellent** 144:1
**exception** 146:15
**excluding** 75:7
**excuse** 113:4
**excused** 193:7
**exemplar** 5:24 6:7
28:3,10 29:16 171:4
**exemplars** 130:23
**exhaust** 35:22 46:1
68:15,19,20 69:1,6
69:9 139:3 143:8
148:14,14,24 171:6
171:7,8 172:6
188:22
**Exhibit** 7:19 9:9 15:8
39:17 187:1 198:1
199:1 200:1 201:1
202:1
**Exhibit-4** 80:6,7
**existed** 45:20
**expect** 55:23 78:13
132:13 183:20
**expectation** 189:2
**expected** 181:3
**experience** 74:16
121:24 122:6
125:12 157:24
158:20 163:11
165:16 176:22
**experience-wise**
121:3
**experiencing** 74:10
78:14 170:15

**expert** 19:1,12 20:8
76:16 122:11
147:19 162:8
**expertise** 126:15
**experts** 13:8,9,13
17:2 164:22
**expires** 197:14
**explain** 6:10 70:13
82:6 163:19 169:18
**explained** 35:17
170:19
**explanation** 118:22
**explicitly** 119:10
**expose** 107:12
**exposed** 48:13 54:5
63:12 102:9,14
103:4 108:3 113:22
**exposing** 102:23
**exposure** 95:19
112:10,10
**extending** 170:15
**extensive** 28:9 76:13
**extent** 184:23
**exterior** 80:10
**extinguish** 94:4 142:2
**extinguished** 82:17
82:22 94:8 96:3
145:7
**extra** 138:18 149:10
**extremely** 29:8
**E-C-C-H-I-V-I-E**
11:16
**E8C** 169:23 171:2
173:8

---

**F**

**F** 194:1
**fabric** 158:16
**fabricate** 189:7
**fabric-type** 61:13
**facility** 140:23
163:23 172:13
**fact** 69:17 84:9 112:3
161:7 174:4
**factors** 54:15 120:20
122:11
**factory** 103:22

108:12 131:11,19
**factual** 165:14
**fail** 112:5 141:3
184:3 195:13
**failed** 157:17
**failing** 130:2 157:16
159:1
**failure** 79:6 160:13
183:10,17,17
**failures** 183:3 184:9
**fair** 49:23 50:16
70:22
**fairly** 67:16 105:2
125:3
**fall** 65:24
**Fallows** 21:4,6,9,10
21:13 22:6,9,13
23:12,19 87:7,17
151:18
**familiar** 5:11 69:16
69:19 97:21 123:7
**family** 70:21 123:21
177:20
**fan** 57:4 98:13 106:8
106:11,18,21,24
108:6 110:2,4,19
112:4 115:13
148:13,21,24 150:2
150:3,8,11,18,22
151:5 153:16
**fanning** 138:19
**far** 20:22 22:9 24:7
39:4 92:20 101:10
106:21,21 117:21
117:24 118:10
122:6,9 123:1
125:10 127:11
131:8,19 136:13
147:20 155:10,21
160:9,20 165:10
167:6,13 175:3
176:3,9 177:18
181:7 185:23
**fashion** 100:4
**fasteners** 131:10
**features** 122:12
**February** 8:15 15:12

15:14
**feel** 129:2
**feet** 37:14,18 51:3
56:7 58:11,13
**fell** 192:21
**felt** 26:22
**female** 51:8
**fewer** 178:9
**field** 162:8
**figure** 89:15 91:22
100:14 105:19
**figured** 137:2 138:16
**file** 5:6 7:4,12 8:22
25:3 26:8 31:15
76:1 97:3,4 187:6
**files** 145:17,18
**file-specific** 5:8
**filing** 4:2
**filled** 68:12
**financially** 160:18
**find** 25:2 38:5 44:2
55:23 70:9 81:21
88:21 117:18 124:2
131:24
**findings** 157:1,3
**fine** 4:17,22 7:6 9:24
14:22 31:9 44:9
61:5 64:21 71:20
78:22 89:13 117:6
186:21
**fine-tune** 171:16
**finished** 85:20 190:12
**fire** 6:15 10:17 11:1
11:12 13:6 14:5,16
15:15,20,22 19:21
19:23 21:21 22:4,20
23:8 24:1 25:12,16
28:5,18,19 29:20
35:12 38:24 45:20
46:1 50:15 51:12,17
55:8,8,14 63:3 64:1
66:24 67:12 70:11
70:18 71:8,12,15,16
71:16 72:7 74:4
76:13 77:11,23 79:2
79:7,8,14,16,17
80:10,17 81:2,20

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

82:1,10,17,21 83:14
83:17 84:3,6,10,10
84:11,13,18,24
85:17 89:18 92:21
96:3 97:24 98:8,13
101:21 109:8
110:10,11,16 111:5
111:9 112:6 115:14
115:18 118:13,14
120:10,12 121:21
127:22 128:17,17
128:20,23 129:2,4
129:12,13 131:8
135:9 137:24 138:2
138:3,8 141:3,7,10
142:10,14 143:3
144:14,20 145:24
146:16,20,23 147:4
147:23 149:5,9,11
149:11 151:21
154:1 155:3,15,17
155:19,19,21
156:20,23 167:5
169:5 179:23 180:8
184:6,7 190:16,18
190:20,23 191:2,3
191:10,18,20 192:1
**firefighter** 142:3,5
**fires** 20:23 21:4,19,22
22:6 82:13,16
122:22,23 123:14
123:18 124:9 142:8
146:11 152:5,7
153:10 154:7,14
155:9 156:17
177:17 188:10
**fire-damaged** 85:9
**firm** 5:14 24:14
**first** 14:12 32:5 36:12
39:9 40:16 41:17
44:19,19 49:21
74:22 80:9 85:15
95:19 99:6 102:19
106:8 110:15
112:18 114:15,20
137:8 140:24 141:1
144:17,19 152:24

153:4,12 157:9
180:13,21 181:13
181:20 188:1
192:17
**five** 21:5 38:16 92:2
94:20 101:21
103:16 113:1
143:18 155:6,11,13
162:18
**flame** 90:2,12,14
91:20,24 92:3,6,20
93:15 94:1,4,8,13
94:17,22 95:15,20
96:2,11 100:1,2,4
101:19,20 102:1,4,9
102:15,23 103:4,8,8
104:6,9 107:10,13
108:4 110:1,9
113:14,23 115:6,9
115:17,20,22 116:1
116:3 136:11
142:16,24 143:19
144:5,7 145:4
180:23
**flames** 80:19 85:22
94:13 104:14
138:20 139:16
**flame-retardant**
90:19 91:18 92:3
101:16 106:15
107:7 110:8,13
113:5
**flaming** 111:20,22
115:15 116:7
141:20
**flammability** 22:18
**flange** 74:5
**flap** 69:9
**flashes** 170:2
**flashing** 171:2
**flat** 172:8
**flexible** 34:13 35:24
36:7,9 37:20,23
38:5 42:8,16 56:8
57:7 173:24
**flickers** 115:17
**floor** 36:1 132:14

140:21 154:6
**flows** 65:2,3
**fluffy** 193:2
**foam** 82:23 143:12
**focus** 162:17
**focusing** 157:9
183:21
**foil** 34:13 35:24 36:7
36:21 37:20,23 38:7
42:9,16 57:7 174:1
**folder** 26:10,12 30:7
98:7,11 135:10
185:20
**folders** 98:13 135:2
**folks** 164:13
**follow** 26:16 121:5
**followed** 26:20
114:23 175:21
**following** 23:8
121:11 129:14
**follows** 4:10
**follow-up** 182:8
**follow-ups** 190:12
**font** 120:24
**footers** 68:3
**force** 171:5 172:24
**foregoing** 194:6
197:3
**foreign** 53:20 75:6
184:10
**forget** 78:16 94:19
155:16
**form** 4:4 53:24 56:18
72:2 82:5 175:22
181:15 197:7
**formal** 128:12 165:5
**formats** 158:14
**formed** 57:10 118:24
**former** 25:7
**formulated** 16:16
**forth** 69:14 71:21
136:17
**found** 30:19 57:14
62:19,22
**foundation** 35:18
**foundational** 39:3
**four** 12:24 33:8 38:16

51:3 58:11,11,13
99:12,12 143:10
145:13,19 155:14
156:2 162:10 170:2
184:21
**four-camera** 142:17
**four-foot** 192:14
**four-footer** 68:4
**four-inch** 59:4
**four-page** 99:11
**frankly** 153:17
**Fred** 98:1
**free** 7:13 110:11
**freestanding** 18:11
83:8,10 146:2
**frequency** 161:1
**Frey** 18:24 19:6
**friends** 123:21
177:20
**Frigidaire** 90:8
**front** 7:5 26:11 72:1
72:3,8,10,11,16,19
72:22 73:1,10,16,21
73:24 74:17,20
80:12,19,23,24 81:1
81:3,4,17,22 96:15
106:1,1 132:20,22
133:10,11,17,22
135:12,13 137:12
140:13,14,16 141:1
141:13,15 144:15
145:3 155:24 189:8
189:16,17
**FTIR** 114:4
**fuel** 79:15 80:13
89:17,23 94:3 102:6
110:12 111:4
120:10 131:13
139:17 144:1 153:4
**fuels** 141:21 146:5
**full** 36:22 67:8 90:4
107:3 130:19
141:10,10
**Fuller** 98:1
**fully** 36:20 131:9
137:17 140:11
**full-size** 33:3

MICHAEL STODDARD, JR., CFI

**full-time** 13:13
**functioning** 77:7
  131:9
**funding** 138:15
**further** 125:15 141:9
  178:23 193:4
**future** 24:13

─────────────
**G**
─────────────

**galvanization** 104:11
**galvanized** 48:12
  54:3
**gaps** 66:15
**gas** 117:13,22 118:1,5
  118:7 133:20
  134:13,13,17
  135:17 136:10
  146:6,10,13,13,17
  146:19 147:1
  154:11 180:6,21,23
  181:3,4,13 183:7,21
  184:11,13 185:2
**GE** 6:23 90:16 99:3
  100:19,19,20 103:3
  114:9 128:22 129:1
  129:6 160:4 161:9
  164:12,13,16 179:1
  179:2,4 190:17
  191:23,23 192:1,2
**geez** 97:18
**general** 16:9 21:21
  24:8,12 26:19 27:8
  27:14 29:3 77:24
  119:12 124:13
  138:1 157:21,22
  163:6 169:5,6
**generalized** 162:15
**generally** 21:2,21
  26:3,20 90:13 93:22
  95:17 97:21 124:15
  149:10 190:5
**generate** 70:22
**generated** 171:6
  185:23
**generating** 173:8
**GEs** 179:5
**getting** 19:5 56:8

65:19 86:7 170:12
  182:2
**gigantic** 150:5
**give** 64:9,15 78:4
  115:3 122:18 157:2
  169:21,23 170:22
  185:7
**given** 9:19 12:20 13:2
  16:1,4 126:20
  169:24 197:5
**giving** 165:5
**go** 6:17 25:15 34:16
  45:2 54:1 78:22
  80:1 88:21 91:5
  98:5 99:19 108:11
  113:11 117:4
  119:19 122:7 124:6
  132:20 135:3
  159:12 174:10
  177:18 178:23
  180:16 192:6
**goes** 12:18 106:22
  117:21 118:11
  123:2 124:18
  125:11 131:9,19
  135:16 155:21
  160:6 176:10
  183:14 192:3
**going** 7:16 9:12 14:20
  27:7 39:14 42:7
  46:23 47:14 48:14
  48:17 50:1 53:14
  57:20 59:1 65:9,11
  65:18 79:4 86:15
  88:8 99:8 115:11
  120:20 121:22
  127:10,20 128:19
  129:12 144:10
  151:12 153:5 157:3
  165:18 166:11
  168:8 183:9 184:17
  184:21 187:4
  190:11
**good** 4:13 5:3 7:13
  55:17,17 110:6
  120:5,9 123:10
  150:14 166:23

169:20 170:1
  173:12
**gotten** 156:18 172:16
**grainy** 100:15
**graph** 133:7
**gravity** 67:18
**great** 98:24 105:12
**greater** 67:18 70:24
  106:16
**gripping** 116:21
**ground** 39:4,8 95:4
**group** 2:7 4:14 13:5,7
  13:10,17,24 18:16
  24:3 25:8,9 27:1,20
  30:1,2,6,16,24
  33:20 34:23 40:3,23
  123:9 151:15 161:5
  162:9 186:10
**grow** 144:8
**guess** 41:7 43:22
  89:18 115:7 181:18
  181:24 182:17
**guide** 119:7
**gun** 77:9
**guys** 152:2

─────────────
**H**
─────────────

**H** 3:8 103:15
**hair** 62:17
**half** 132:22 144:13
  145:1 162:18 173:5
**halfway** 56:10
**hand** 7:16 9:12 187:4
**handling** 120:20
**hands** 172:4
**handwriting** 187:10
**handwritten** 3:16
  97:3 190:4
**hanging** 140:15
**happen** 94:14 137:18
**happened** 14:16
  71:12 83:17 94:7
  95:14,23 101:14
  104:5 107:4 132:5
  137:7 139:9 146:16
  179:12
**happening** 135:20

164:23
**hard** 5:8,11,18 6:2,17
  6:18 17:20 50:17
  67:13 86:20,23
  88:22 89:10 91:5
  92:24 93:21 98:6,15
  98:20 108:15 117:4
  128:9 152:1 161:22
  161:24 171:24
  182:18 185:12
**harness** 137:1
**HB** 90:11,13 91:10
  95:15,16 99:2,6
  100:17,20,24
  101:22 102:18
  103:13,19 106:6,16
  106:17,21,24 107:5
  107:23 109:4 110:2
  110:3,13,14 111:14
  111:16 112:4 114:6
  114:10 115:13
  130:19
**HB-rated** 130:19
**head** 20:9 90:18
  179:17
**headquarters** 159:18
**heard** 4:19 170:19
**heat** 54:6 77:8 89:24
  92:7 93:16,17 94:22
  102:12,13 110:12
  111:8,18 112:6
  126:11 138:12,18
  146:22 180:10
  181:10
**heater** 73:15 78:12
  153:7 154:8,21
  180:8,11 181:10,11
  188:17 189:13,14
**heating** 118:6 153:15
  154:2,6,17 184:9,10
  184:12 189:15
**heavily** 181:8
**height** 101:10
**held** 11:20 19:9 93:4
  96:24 129:10 140:6
  185:15 186:23
**helpful** 96:17 133:1

MICHAEL STODDARD, JR., CFI

**Hey** 123:24 156:19
177:23
**hierarchy** 121:12
126:5 162:16 166:1
**high** 76:6,11 77:2,6
77:15 100:7 151:10
153:15 169:23
170:9,10
**hired** 174:14
**history** 8:7 9:16 12:4
12:18 131:4
**hit** 113:7
**hits** 136:12
**holding** 34:10
**hole** 102:18 103:8,17
135:17
**holes** 64:7 65:12 83:3
188:18
**home** 1:7 113:18
131:5,7
**homeowner** 11:15
**homeowners** 121:8
122:1,22 123:13,15
**honest** 34:24
**hood** 36:5 37:9,17
38:24 51:22 58:24
59:11 68:15,19,20
69:1,6,10 95:6,9,12
137:13 139:1
149:15,18,20 150:3
150:5
**hooking** 148:24
**hopefully** 17:14
**horizontal** 94:2 100:4
**hose** 148:4
**hot** 115:20
**hotel** 159:21
**hour** 103:14
**hours** 162:18
**house** 28:4 29:1,23
30:3 58:9
**housing** 81:16 82:24
83:5 91:7,13 95:24
105:6 106:7 107:17
108:7 109:1,17
110:2,3,7,10,15,19
112:3 113:4,5

130:18 131:18
132:2 143:7,8,13
**housings** 91:1,3
92:14 109:12 114:7
114:10
**huge** 114:5
**HUGHES** 2:3 9:7
19:4 32:12,17 33:2
33:6 34:17 35:4
48:20 53:24 54:19
56:18 60:7,19 63:17
64:15 73:4 75:11
76:2 82:5 93:1
96:21 152:10
175:22 181:15
182:4,22 184:19
185:11 186:17
193:6
**human** 120:20
122:11
**hundred** 121:6
**hundreds** 121:6
**hypothetical** 84:20

**I**

**IAAI** 163:6
**idea** 57:21 170:5
**identification** 7:19
9:9 15:8 39:17
187:1
**identified** 19:1,11
93:12
**identify** 8:2 80:5
112:21 114:4
134:23 135:3
187:19
**identifying** 38:5
187:12
**IEI** 30:11 186:11,13
**ignite** 79:9 89:24
92:4 94:23 101:12
111:12,19 113:6
134:3 136:8 137:15
144:1 184:13
**ignited** 95:20 96:1
108:9,9 110:15
113:8 132:17

139:11 143:1,4,14
143:19 150:15
152:24 153:4,11,12
154:2,9,21 180:10
180:13,21 181:6,13
**ignites** 144:17 181:21
**ignition** 102:19
104:13 141:1
**II** 2:8
**illustrate** 133:1
**image** 34:6 80:9,23
192:22
**Images** 34:5
**immediately** 84:16
101:21 107:6
**impeller** 91:12,15,17
92:11,14,16 109:2
110:3,4,11,16,20
112:4 113:6,9
115:13
**imperative** 195:10
**impinging** 102:4
143:7
**implementations**
166:18
**important** 160:14
**importantly** 174:13
**improper** 124:14
**improved** 111:14
**improvement** 112:2
**improvements**
157:17
**inch** 29:4,9 36:18
51:23 65:17 134:7
**inches** 36:13,19
38:10 39:7 188:23
188:24,24,24 189:3
**include** 8:6 16:21
140:2 182:11
**included** 37:8 121:4
**including** 20:20
185:24
**incomplete** 84:20
**inconsistency** 174:8
**incorporate** 190:7
**incorporated** 97:9
167:23 190:2

**incorporating** 168:5
**increased** 72:21
149:8 150:22
**independently** 126:7
**indicate** 38:11 119:3
180:9 186:5
**indicated** 77:14
**indicates** 81:6
**indicator** 78:3 170:14
**individual** 57:10 90:9
145:16,18
**individually** 52:17
**induce** 148:10
**induced** 129:16 148:6
**ineffective** 171:19
**inferring** 113:21
**infinitely** 151:10
**information** 15:16
16:9,15 18:4 27:6
123:6 126:19,20
147:8 165:14
166:15 167:12
174:23 182:15,19
188:12 189:18
**inhibitors** 112:6
**inner** 135:24
**input** 87:7
**inside** 48:16 59:4,12
75:2,6 80:14,15
84:6 95:8 109:2
115:16,19 130:17
132:10 134:10
135:7,20,20 137:16
139:11 142:9,19
145:14,16 154:8
**inspect** 40:23
**inspected** 147:2
186:13
**inspection** 29:20
39:20 45:11,14
49:10 52:24 60:4
62:2 76:23,23
147:13
**inspections** 164:21
**install** 174:15
**installation** 28:16
78:15 119:7 174:5

installed 28:17,21
  52:20 173:17 175:2
installer 174:14
instances 190:22
instruction 126:10
  176:10,20 178:20
instructions 118:10
  118:19 119:7,18,20
  120:17 121:16,19
  127:1,5,6,11 169:1
  169:10 173:10,12
  173:18,19,21 174:6
  175:20 176:5,16
  195:1
insureds 174:14
intact 102:17
intend 185:2
intended 77:7
intense 149:11
intensive 159:22
  161:7
interface 100:5
  180:10 181:9
interior 43:6 51:12
  68:2 81:2 119:13
  176:8
intermingled 46:18
internal 165:5
international 160:10
interpretation
  118:21
interruption 54:20
interview 20:14 25:5
  25:24 26:12,19 27:3
  147:8,9 174:19
interviewed 177:14
  177:15
interviewing 122:1
  176:22
interviews 25:10,20
  25:22 26:3 27:2
  121:7 124:19
  170:24
introduce 132:9
investigated 159:2
investigating 156:17
investigations 122:1

122:20 152:4,18
  155:2
investigator-in-trai...
  25:13
invite 159:12
invited 159:15
invoices 186:4
involved 6:14 10:14
  23:18 30:24 82:1
  87:1,13,20,24 121:7
  122:21,21 123:14
  151:20 153:10
  155:2 159:9 162:5
  169:4 176:23
involvement 15:21
involves 118:23
  183:7 188:15
involving 11:12
  82:13 152:5 153:9
issue 27:13 74:20
  88:5 116:24 124:8
issued 17:1,2
issues 72:19 78:16
  118:8 121:18 166:8
item 94:2
items 29:6 66:6,16
iteration 191:7
iterations 166:3

——————————
            J
——————————
January 8:14 16:24
  167:14,15,18
Jim 17:4 48:22 53:3
Jim's 59:8
job 41:6,10 77:4
Joe 21:6,7,9
John 18:24 19:6 21:3
  162:20
Johnson 97:24
joint 39:24 40:16
  41:17 50:22,23
  59:23 155:12
  156:12 157:5
  192:17
joints 51:10
JPG 33:12
JR 1:7 3:3 4:8

Juarez 109:7
July 40:24,24 117:8,9
jumping 71:19
June 72:17 117:9,12
  117:12
jurisdictions 160:10

——————————
            K
——————————
keep 65:11 94:23
  111:12 117:4 124:4
  150:9 190:4
keeping 115:19
kept 94:7 103:4
  112:4
kind 6:23 25:21 40:8
  46:20 68:9 77:20
  78:8 81:8,10 83:4
  84:19 96:4,13 97:17
  113:3 121:2 125:16
  132:16 133:14
  136:7 138:13 140:2
  142:3 143:14
  154:18 160:11
  163:5 170:4 171:9
  171:21 174:7,21
  180:17 182:13
  192:21,23
kinds 146:13 152:7
King 98:1 158:2
knew 161:8
know 4:18 5:2,20
  6:11 7:10 8:16,20
  12:5 13:4,15 15:23
  16:9 18:11,22 19:22
  20:6 22:12 24:9,24
  25:23 26:5 27:19
  29:15 30:7 31:18
  34:24 35:17 36:8
  38:20 39:2,3,21
  41:12,13 44:21 48:7
  48:13 50:9 51:18,24
  52:19 54:11 55:16
  55:21 56:1,10 57:15
  57:24 61:12,13,21
  63:6 64:5,7 65:9,14
  70:16,20 72:15,20
  74:13,18 75:1 79:14

80:18 82:12 83:24
  84:2,5,15,24 85:4,8
  85:8,10,11 87:19,23
  90:1 104:20 105:17
  106:15 107:19
  109:3 113:19 114:5
  114:8 116:12
  120:21 122:10
  123:1,3 124:5,6,14
  124:8,21 125:13
  126:5 131:2,4
  132:12 133:10,20
  142:11 144:5
  146:10,15 147:6
  150:13 151:9
  155:10,15 157:4
  160:7,19 161:7,7,12
  163:6,14,21 164:3,6
  164:23 165:13,24
  166:6,7,8,12,16,18
  166:21 167:1,11,14
  168:16 170:11,17
  170:18 171:9
  172:18,21 173:3
  176:17,24 177:23
  179:17 180:15,17
  183:10 184:20
  186:2,11,12,15
  188:5,5 191:4,6,11
  191:12,22,24
knows 170:11

——————————
            L
——————————
L 2:8
lab 27:24 50:10 87:13
  88:14 148:2 156:18
  164:19,22 188:5,9
label 38:9,13 130:13
labels 119:6
labs 129:17
lack 55:13 116:11
  126:19 136:4
laid 136:7
language 119:1,16
laptop 34:20
large 78:17 126:12
  157:10 189:8

**larger** 133:18
**lasted** 88:24
**lastly** 121:15
**latched** 84:8
**late** 114:9 191:1
**laundry** 18:9 54:11
   54:22 55:3,5,6,10
   62:18 82:21 83:7
**law** 2:7 4:14 160:10
**lay** 126:15
**layer** 129:24 137:10
   137:11
**layering** 129:20
**layers** 129:20 135:15
**laying** 136:3
**leads** 48:15
**leak** 72:3,14 73:3,11
   146:24 147:1
**leakage** 146:19
**learned** 124:11
**leave** 34:17 83:21,21
   102:8 182:12
**left** 25:15,15 44:16,17
   45:3,4 69:4 72:11
   73:1 74:7 81:15,17
   83:24 94:13 96:8
   102:11,21 110:19
   113:3 135:24 154:3
**legal** 160:9
**length** 36:19 38:11
   68:10 192:14
**lengthy** 16:14
**letters** 186:6
**let's** 7:15 9:22 14:20
   21:5 42:8 62:24
   64:13,23 106:6
   107:16 137:3 156:7
**level** 82:10 111:13
   120:19 122:13
**LEVINE** 1:14 2:3
**LG** 178:24 179:2,7
**Liberty** 10:2,10
**library** 6:17
**licks** 145:4
**lid** 34:14
**life** 77:16 123:19
   188:3

**lifted** 137:15 139:10
**light** 58:20 59:2 66:9
   136:18
**lighting** 134:9 142:14
**lights** 143:2 170:3
   171:2
**lightweight** 144:3
**limit** 59:2 76:6,12
   77:2,6,15 169:24
   170:9,10
**limited** 114:11
   178:24 183:13
**Linda** 10:3
**line** 1:15 2:4 132:21
   178:14 196:4
**lining** 133:9
**link** 110:7
**lint** 29:6,13,14 42:15
   43:8,23 45:16,23
   46:5,17 47:1,4 49:5
   50:21 56:15,24 57:2
   57:11 58:21 59:22
   60:3 61:11 62:13
   63:7,11 64:7,11,12
   64:12,13,17 65:1,3
   65:3,4,5,6,12,22,23
   65:23 66:2,3,4,7,13
   66:14,24 67:11,15
   68:1,6,7,10,11,18
   70:9,16,22,24 71:2
   71:3 72:7,9,9,13,20
   72:24 73:11,14,20
   74:4,7 78:17 111:10
   121:20 124:23
   125:2,5,7 126:10,12
   127:9 129:19
   131:12 132:8,13
   133:10,11 134:20
   143:24 149:3
   152:23 153:3,11,12
   153:17 154:1,7,7,16
   180:8,12,16 181:3,4
   181:6,8,13 188:10
   192:11,20 193:2
**lint's** 154:21,23
**lip** 81:3,4,11
**lips** 57:4

**list** 11:4 12:13,20
   20:6
**listed** 23:9 26:12
   126:8
**lists** 16:7
**lit** 115:11 137:6
   144:19 150:12
**literally** 172:2
**literature** 119:5
**litigation** 155:10
**little** 43:7 58:7 67:17
   67:17 82:7 83:1
   101:8 104:12 107:2
   111:18 115:16
   118:17 141:9 143:9
   144:8,10,24 146:18
   146:23 149:9
   151:13 168:17
   173:4
**live** 147:20
**LLC** 1:14 2:3
**load** 54:13 78:17
   79:16 80:13 89:17
   111:10 120:11
   125:6 155:15
**loads** 172:5,5 189:4
**load-related** 155:17
**local** 160:10 162:8
**located** 38:24 135:21
**location** 121:1
**locations** 18:6
**long** 32:9 36:8,17
   37:14,18 38:10 84:5
   94:16,24 103:10
   104:18 109:21
   111:8 112:10 134:2
   141:23 144:2
   163:14
**longer** 26:24 36:14
   93:10 102:2 103:5
   104:17 107:2
   163:22 190:13
**look** 7:7 14:14 26:15
   31:20 37:12 41:16
   45:2 47:11 49:14
   52:6 61:17 66:17
   68:9 74:1 76:18,22

   79:22 89:13 91:5
   93:20,22 100:13,21
   103:11 105:5 106:6
   106:8 107:16
   108:17 109:18
   112:12 132:23
   134:12 138:5
   141:24
**looked** 12:3 35:14
   49:18,21 50:19
   76:24 81:20 156:14
   161:2 166:7 188:11
**looking** 12:21 21:16
   22:22 25:3 39:20
   45:10 51:14,18 52:1
   52:11 66:20 67:24
   73:20 75:14 80:17
   81:2 134:22 142:20
   160:23 186:10
**looks** 5:5 9:18 10:1
   23:23 35:14 49:4
   62:12 100:20
   116:17 140:18
   143:15 187:14
**loose** 46:7 193:1
**loosely** 192:24
**lost** 60:5
**lot** 6:24 16:15 54:15
   74:14 80:11 97:16
   111:10 123:19
   152:2 177:2,13
   178:9
**low** 150:9,14,23
   151:7,10 188:15
**lower** 67:17 74:7
   80:12 81:4 137:1
   139:19 140:13
   142:18 143:11
**lowest** 150:16
**LUCA** 1:14 2:3
**lunch** 7:8 75:24 93:6

---

**M**

**main** 23:22 44:5
   81:22 143:4 162:16
**maintain** 119:11
   124:4

MICHAEL STODDARD, JR., CFI

217

maintenance 123:2,5
124:16 175:20
178:17,21
majority 154:17
maker 161:3
makers 161:4
making 109:7 167:16
192:2
male 51:7
manipulated 36:10
manner 153:1
manual 167:17
169:14,16 178:20
manuals 119:8 126:9
170:21 177:9
179:18
manufacture 105:17
130:11
manufactured 18:8
38:12 72:17,18
74:21 90:17 117:7
117:19 152:6 167:3
190:15
manufacturer 120:4
157:4 178:16 179:4
manufacturers 159:3
159:12 163:10
164:8 165:17 168:4
178:23 190:16,20
191:20
manufactures 153:19
manufacturing 11:1
38:13 167:7
March 30:4,12,22
33:21
mark 7:15 9:2,3
14:20 15:4 39:14
115:2 142:16
marked 3:10 7:17,19
8:13 9:9,13,14 12:3
15:8 39:17 45:5
47:24 187:1,5
189:21 192:8
marker 100:12
marking 44:21
108:12
markings 113:16

marks 38:5
marshal 97:24
mass 192:23
Massachusetts 50:10
match 132:18
mate 189:16
material 45:12,19
46:13 48:3,7 49:11
49:15,18,21 50:2,12
53:2,14,19 54:23
59:12 60:15 61:1,8
61:14,23 62:3,18,20
81:6 83:22 94:7
106:13 110:21
111:6,15,16,21,23
115:16 116:3
152:24 180:13,21
materials 5:9 22:20
62:12 65:7 83:8,10
83:15 86:14 89:6,16
90:1,5 92:19 109:10
111:12 114:13
161:18,21
matted 50:3
matter 6:21 13:16
14:13 16:1,12 17:9
17:16 18:23 21:1
27:11 31:15 69:17
77:23 97:13 117:1
117:17 125:19
146:18 156:22
175:8 185:23 194:8
maximum 36:19
Maytag 90:24 91:13
92:18 101:6 153:24
179:19 189:13
mean 6:10 17:11
20:22 21:20 24:5
29:2 32:19 43:7
47:8 49:20 55:1,16
56:16,19 74:16 83:3
87:11 88:1 89:24
100:16 105:23
119:4,4 120:5 122:5
123:17,18 131:8,23
134:2 142:10 146:5
148:21 152:1 153:1

158:12 166:15
169:18 175:3
176:13 177:19
181:22 183:12,14
191:23
meaning 148:23
means 90:12
measure 115:24
measured 36:12 64:8
measurement 64:9
measurements 18:13
36:11 100:7
mechanically 167:20
Media 2:9
medium 151:3,7,10
meet 109:8 118:2,4
118:11 123:22
meeting 117:24
meets 143:8
Melissa 2:8 4:14
melt 111:22
melted 83:3 102:15
141:14
melting 81:10 83:2,2
mentioned 21:2 46:9
53:15 86:1 87:10
97:7 148:5 149:14
mesh 64:21,21
met 18:20,21 118:9
metal 36:5 37:3,4,5,9
37:17,19 48:12 54:2
54:18 90:22 91:12
99:4 101:7 104:5,7
104:13,19 105:9,13
105:23 111:4,5,5
130:20
meter 77:9
method 56:7 70:4
121:20 132:18
methodology 91:23
Mexico 109:8
Michael 1:7 3:3 4:8
97:24
Michigan 159:17,18
mid 164:2 190:24
middle 66:19 69:3,4
mid-2000's 106:3

Mike 4:16 7:23 9:3
12:2 14:23 22:14
29:18 33:17 34:22
35:10 40:20 41:8
47:14 49:6 51:11
52:2 55:12 60:9,10
61:1 64:6 69:16
76:4 85:24 93:6
97:2,18 105:12
115:4 116:24
120:14 125:18
130:14 134:22
145:9 147:22
151:12 152:4 157:6
179:21 183:1
185:17 187:4 189:9
189:19 190:11
192:5
Mike's 184:21
Miller 40:7 41:6,10
45:17 47:9
Miller's 41:11 47:12
49:15
mimic 28:12
mind 4:16 7:4 8:24
12:10 32:13 34:19
44:20 96:16,18
109:19 127:15
128:10 132:1
158:10 187:12
mine 32:10
minimize 132:16
minimum 73:17
117:22,24 118:2
120:2 124:16
190:24
minor 5:23 43:7
112:2
minute 99:8 114:19
115:1 142:12,15
144:9
minutes 24:17 27:7
96:7 103:13,16
114:16 126:18
143:2,6,9,10,18,20
143:21 144:4,13,16
144:19 145:1,8

185:7
**missed** 27:16 70:19
  173:1
**missing** 38:12 74:11
  77:13 142:23
  155:24 188:12
**model** 107:5 160:1
  161:10 170:1
**models** 90:21 99:3
  114:6,9 118:7 129:1
  146:6,6 166:22,23
  166:23 167:17
  169:19,20 173:13
  173:15
**modes** 160:13 183:17
**modification** 131:17
  131:17,23
**modified** 189:10,16
**modify** 189:12
**moisture** 48:14 54:5
  54:6
**mold** 101:2
**molded** 101:2
**molted** 144:23
**molten** 79:20 81:21
**moment** 9:13 121:23
**momentary** 101:19
  102:19 104:9
**monitor** 167:8
  168:16,23 169:9
**monitoring** 166:19
  168:5 170:7
**months** 70:18 71:15
  71:15,16 119:14
  125:16 176:9
  177:10 179:5,6,7,9
**motor** 142:20
**mounted** 106:1
**mouse** 99:17
**move** 116:22
**moved** 69:13 70:10
**movement** 29:5
**moving** 42:22 58:8
  70:6
**Mrozik** 162:20
**multiple** 88:24
  138:16 151:9

158:14 181:23
**multi-tasking** 161:5
**mutual** 10:2,10 53:13
  61:4

---

**N**

**N** 1:12 2:1 3:1 194:1
  194:4,21
**nail** 167:13
**name** 4:13 11:14 20:9
  38:15 162:22,23
  163:2
**narrow** 133:18 180:3
**NASP** 163:5
**natural** 148:11
**near** 182:3
**nearly** 34:10
**necessarily** 82:19
  157:22
**necessary** 26:22 53:7
  151:8 195:3
**need** 4:20 5:1 7:11
  8:16 34:16 41:16
  53:8 108:17,19
  117:4 124:17 126:6
  126:13 129:2
  178:13 190:10
**needed** 136:8
**needing** 167:24
**needs** 127:19
**negligent** 157:16
**never** 6:14 29:22
  127:5 155:24
  156:14 158:19
  170:19 171:1,8,10
**new** 6:14 113:20
  131:11 172:17,22
  188:4
**Nicholas** 10:3
**Nicholson** 2:7 4:14
**nine** 144:16 166:5
**noise** 168:11,11
**nondestructive** 14:7
  30:21 31:1 32:7
  60:7
**non-flame-retardant**
  92:5

**Nope** 193:6
**normal** 78:15 148:22
**North** 2:9
**Notary** 1:13 194:5
  197:18
**notations** 75:19
**note** 188:22 189:1,6
**noted** 195:8 197:8
**notes** 3:16 26:6,13
  27:5 38:4 39:20
  75:17 93:3 104:22
  104:24 105:1 185:8
  187:8,20 189:19,23
  189:24 190:4 194:7
**notice** 157:5
**noticed** 97:8
**November** 12:14
**nozzle** 116:11
**number** 3:10 10:1
  21:10 47:16,18
  77:19 78:6 178:8
  188:1
**numbers** 33:14 44:6
  44:7,21
**numeric** 169:22
  170:2
**numerous** 17:19
  166:10
**nylon** 125:6
**N-A-S-P** 163:6

---

**O**

**O** 194:1
**Object** 53:24 56:18
  82:5 175:22 181:15
**objection** 63:17
  165:3
**objections** 4:4
**objects** 75:6 184:10
**observation** 188:3
**observations** 94:5,9
  139:12,13 188:6
**observe** 76:8 77:1
**observed** 125:12
**obtain** 6:13 103:20
  104:3
**obvious** 180:20

**obviously** 16:14,17
  36:9 59:3 60:2
  70:16 71:5 94:24
  97:16 120:19 121:2
  122:5,10 146:15
  147:5 158:12
  159:24 160:19
  174:4 183:12
  188:20 191:23,24
**occasion** 20:12
  147:12,21
**occasionally** 78:16
**occasions** 17:19
**occur** 170:22 183:11
**occurred** 30:22 53:22
**occurring** 126:12
**October** 5:15,21 6:3
  12:19 22:24 23:9
  24:2 71:14 86:9,16
  98:8 127:23
**odds** 155:8
**odor** 85:15
**offer** 120:16 126:23
  165:19
**offhand** 65:15 105:19
**office** 18:22 87:12
  108:17 147:20
  162:7,10
**offices** 1:13
**official** 123:17
**oh** 40:10 114:17
  117:3 130:10 133:5
  148:1 152:7 161:22
**okay** 4:24 5:3 6:3,10
  7:7,9 8:2,5,10,22
  9:12,18,21 10:1,6
  10:22 11:3,7,14
  12:10,12,15,18,23
  13:9,22 14:4,16,18
  15:17 16:4,10 17:15
  18:1,24 19:17 20:11
  23:5 25:9,17 26:8
  26:10,14,24 27:7
  28:8,22 29:22 30:1
  30:23 31:8,10,14,17
  31:22 32:8 33:16
  34:1 35:6,10,16

MICHAEL STODDARD, JR., CFI

36:7 37:8 38:1,19
39:9,13 40:16 41:11
42:3,22 43:4,10,16
43:19,21 44:1,13,20
45:10,22 46:9,12,23
47:6,13,14,20 48:1
48:10,17 49:9,23,24
50:5 53:21 57:20
59:7,17,21 61:7,21
62:9 63:22 64:14
65:20 66:17,19 67:6
68:13,18,21 70:15
71:17 72:13 75:5,15
76:8,21 77:5,12,14
78:19,23 79:4,19,23
80:2,5,8,22 81:14
84:21 86:6,8,11,15
86:20 87:9 88:12
90:5 93:18 95:18
96:10 97:7 98:4,15
98:19 99:5,11,17,18
99:23 100:6,23
103:2 104:20
105:14,22 106:4,9
106:12,17 107:16
107:23 109:15,24
110:22 112:23
113:16 114:14,17
116:20,24 117:11
120:14 125:24
127:18 128:1,5,15
129:4,12 130:15
131:4,16 132:5
133:6 134:5,15,19
135:5,8,18 139:2,22
141:17,23 142:14
144:21 145:9 146:4
147:12,15,18,22
148:18 150:4,11
151:12,17,24
152:18 153:23
154:13 155:1,5
156:2,21 157:6,9
159:6 162:21
164:11 165:1
168:14,23 169:2,12
171:18 173:11

174:10 175:7,13,19
180:1,15,19,22
182:2 183:22 184:5
185:17 186:3
190:19 192:13
193:2,3
**once** 18:21 59:23
71:1,8 92:6 94:8
110:10 133:2 141:7
146:12
**ones** 18:8 33:4 97:23
109:7,11 114:7
145:17 164:14
171:4,4 172:12,14
178:24
**one's** 101:8
**one-foot** 52:4
**one-off** 124:7,8
**one-piece** 108:8
**ongoing** 6:16
**online** 161:16
**open** 34:18 53:8,11
69:9 76:17 77:9
83:22,24 84:5,5
117:4 139:3
**opened** 83:14 84:9
**opening** 36:6 65:4
69:5 70:17 134:13
136:10 137:16
139:3
**openings** 65:22
**opens** 133:2
**operate** 78:11 171:17
**operated** 77:16,21
**operating** 77:10
**operation** 55:5 76:15
124:15
**operational** 69:6,13
171:5
**opinion** 16:13,16
28:14 45:18,22 46:6
48:10 49:24 50:5
53:21 55:3 57:17
66:22,22 68:8 71:10
72:6 77:17 83:11
84:12 118:20
146:21,22 153:3,11

157:20 165:20
173:16 175:19
176:21,21 180:12
181:5
**opinions** 10:19 16:11
16:21 17:8 28:11,22
55:11 56:1,11
120:16 127:4 165:5
165:23 175:24
**opportunity** 37:22
41:18 49:9,17 62:6
68:16 76:21 84:21
125:18
**opposed** 102:18
**opposite** 58:24 59:11
78:21 149:1
**option** 166:22
**ORAL** 1:5
**order** 89:7
**ordered** 103:21,23
**orientation** 31:19
46:4 94:2 96:4,6,10
98:21 100:24 141:6
**orifice** 146:24
**origin** 179:22 180:3
**original** 108:14,15
190:9 195:11
**originals** 108:18
**outcome** 148:20
**outer** 68:7 110:15
112:3 113:4,4,5
**outside** 39:1 42:23
58:9 67:16 68:22
70:17 80:11 95:7
112:20 130:3 139:8
143:19 145:14,17
148:16 151:15
155:20 158:19
164:22
**overall** 24:8 135:12
183:16 184:19
**overhanging** 81:11
**overheated** 78:2
**Overheating** 78:3
**overlap** 176:1
**overlaps** 50:23
**overly** 123:17

**overpower** 150:18
**owned** 66:12
**oxidation** 80:11 81:5
**oxygen** 182:23
**o'clock** 181:11

---

**P**

**P** 2:1,1
**PA** 1:23
**packaged** 30:19
**page** 3:2 8:10 9:23
12:21,24 22:22 23:2
23:10 27:2 33:8
44:11,12 45:6,20
58:21 59:19 60:13
60:17,19 61:10
66:18 69:2 71:17
78:20 80:9 88:18
99:13 130:14 157:6
157:10 174:10
183:2 184:8 196:4
**pages** 99:12 183:2
197:3
**paint** 80:15 145:1
**pair** 36:2 42:23 56:13
125:6
**pairs** 107:15
**pan** 73:15 153:7
180:8 181:10,11
188:17
**panel** 80:20,23 81:3
81:22 96:15 134:2,8
180:11 189:8,16
**pants** 56:13 125:6
**paper** 38:9 61:16
62:16 63:1,6,9,18
63:24 65:19,21 66:4
133:7 192:12
**papers** 55:20 163:1
**paragraph** 66:20
79:2 157:9,13
174:13 184:9
**parameters** 171:16
171:16
**Parsons** 13:4,15,18
13:21 87:6,15 88:13
94:19 104:24 126:4

MICHAEL STODDARD, JR., CFI

220

147:23
**part** 15:1 31:14 41:3
  42:9 43:10 58:15
  86:7 92:10 102:8
  103:22 108:8 115:6
  117:17 122:24
  129:15 139:10
  162:11 184:2
**participate** 147:23
**particles** 111:22
**particular** 51:10
  72:16 91:17 119:2
  120:7 145:13
  167:17 177:22
  180:24
**partly** 191:18
**parts** 41:24 42:8 89:7
  90:10 92:10 93:9,12
  103:21,23,24,24
  131:19 188:4
**partway** 113:10
**party** 10:9
**pass** 66:16 71:2
**passed** 182:18
**passing** 29:14 54:8
  130:1
**Pat** 9:5 32:11 34:15
  35:2 52:9 75:23
**PATRICK** 2:3
**pattern** 80:17,18
  133:3,5
**patterns** 80:10 81:2,5
  84:6 180:8
**Pat's** 185:18
**Pauk** 98:1
**pay** 158:24 159:21
**PDF** 32:23 33:4
  100:11,15
**pen** 44:21
**Pennsylvania** 1:1,16
  2:5,9 30:6 50:10
**penny** 55:19,24 56:7
  56:14,16,20,22
  57:16,22 58:4 61:15
  62:19 66:10
**people** 20:23 23:14
  54:13 64:19 65:23

78:16 120:22
  122:15,18 123:2,18
  123:21 124:4,15,18
  124:19,24 125:2,13
  125:14 142:11
  158:3 159:13,14
  160:5 161:11
  163:21 164:3,16,17
  176:22 177:2,7,13
  177:15,17,19,20
  178:3,7,10 191:17
**people's** 123:20
**percent** 35:1 66:23
  67:14,21 86:21
  110:17 136:13
  172:9,20
**perfect** 112:23
**performance** 188:14
**performed** 23:16
  24:3 101:14 111:16
**performing** 31:1
**period** 72:18 74:21
  84:4 90:3 92:1
  93:24 94:5 114:8,11
  115:10 169:24
  170:17 178:24
  179:2,3,11,15
  181:18 191:8
**periodic** 178:16,20
  179:15,20
**periodically** 178:3
**periods** 78:1
**permanent** 100:12
**permeability** 188:16
**person** 14:2 18:20
  27:4 30:23 31:11
  88:15 124:2 148:1,4
  177:8
**personally** 86:24
**phenolic** 76:11
**Philadelphia** 1:23
**phone** 18:15 20:15
  24:19 116:18
**photo** 6:15 33:13
  45:1 81:15 99:21
  108:10,14 130:13
  135:2,11,14,16,23

136:2 140:24
  141:12,18,19
**photocopied** 185:18
  185:19 187:6
**photograph** 34:3,6
  44:1,2 45:10,19
  46:13 47:18,22
  48:19,21 49:3 51:21
  51:23 53:2 58:23
  59:1,3,9,18 60:16
  60:23 61:19,22 63:4
  63:5 80:6 96:13
  99:24 112:21
  133:22 136:1
  143:12 192:9,10
**photographed** 61:15
**Photographing** 59:4
**photographs** 3:15 6:7
  6:20 19:20,23 20:5
  20:6,8 30:16,20
  31:21 32:2,6 33:19
  33:22 34:8,13 35:13
  39:6,14,16 41:11
  44:5,13 45:5,6
  46:19,24 47:12,16
  47:17 48:18 49:14
  49:15,19 51:11,15
  62:7 67:20 68:23
  74:2 75:21 76:24
  79:22 85:5 89:9
  91:6 92:23 93:21
  96:16 98:23 104:21
  105:3,5 107:17
  116:5 128:14
  132:23 134:12
  135:6 139:23 140:2
  142:18 172:1 192:7
**photos** 5:10 33:2,4
  37:13 47:8 50:18
  75:12 99:12 108:15
  130:12 132:24
  135:10
**physical** 6:5,6 13:23
  14:1 27:12,15 73:2
  73:4,6 83:19 97:4
**physically** 23:16
  49:17,20 88:9

**picture** 58:22 59:7
**pictures** 31:12,14
  41:8 52:7,10
**piece** 42:23 52:4,16
  64:18 68:13 95:5
  133:21 140:21
  192:22
**pieces** 51:1 52:14,18
**pipe** 45:24 46:6 47:24
  48:12,16 49:22
  50:24 59:11 134:13
  134:17 136:10
**place** 51:17 56:3,15
  65:2 78:10 158:6
  182:21
**placed** 100:1 136:14
**Plaintiff** 10:10
**plaintiffs** 1:5 2:5 19:1
  19:12
**plan** 132:14
**planet** 182:20
**planned** 24:16
**plans** 24:11
**plant** 173:14
**plastic** 22:18 64:18
  76:11 79:8,20 80:3
  81:1,10,16,21 82:18
  83:4 86:3 90:12,19
  90:20 91:18 92:4,5
  94:11,21 96:1,4,8
  98:8 99:2,3 101:17
  102:5,13,15,19
  103:5,17 106:6
  107:8,23 109:16
  110:8,13 111:7,20
  112:7,7 113:22,23
  114:6,10 115:13,15
  115:17 116:8
  139:19 141:15,20
  141:22 143:2,13,16
  144:8,14,23 145:2
  146:12 149:6
**plastics** 79:12,15,18
  80:14 82:2,14 83:7
  86:12 90:13,15
  91:10 95:15,16
  114:2,4 119:23

MICHAEL STODDARD, JR., CFI

221

120:1,8,11 129:1
139:17,18 151:22
**platform** 174:6
**play** 156:16
**playing** 171:9
**Plaza** 1:22
**please** 195:2,6
**plugged** 98:6
**point** 28:24 44:10
59:18 66:21 68:23
80:5,21 104:19
134:14 141:20
143:23 147:9
150:22 151:4
156:10 179:22
180:3 182:14
**points** 79:1
**policy** 165:11
**policymaker** 165:8
**pool** 145:2
**poor** 78:3,5
**portion** 27:3 49:6
102:13
**portions** 167:23
**position** 25:10 50:8
181:11
**possession** 186:15
**possible** 24:15 25:20
25:22 50:21 56:16
56:21 57:17 59:4
63:9,19 70:8,20
136:22 150:9,24
167:10
**possibly** 18:17
**postpone** 166:14
**post-fire** 29:5 57:24
70:12
**potential** 73:18 166:7
**potentially** 120:22
**pounds** 189:4
**powder** 53:18 55:6
**powdery** 48:2
**power** 10:16 165:9
**practice** 26:2 157:22
190:3
**practices** 157:21,23
**precise** 181:1,2

**precursor** 161:17
**preface** 176:6
**preference** 33:7
**preheated** 138:18
**preliminary** 156:24
157:2
**prep** 186:1
**preparation** 13:18
**prepare** 20:3 27:2
**prepared** 120:16
126:23
**prerequisite** 161:17
**present** 25:17 31:2
39:23 40:4,12,17
41:3 49:7 62:2 66:1
66:2 88:9,9 111:8
173:14
**pressure** 28:15,23
**pressures** 188:23
189:3
**pretty** 16:14 17:21
29:13 66:10 68:22
112:5 141:8 142:7
144:14 145:5 155:7
165:23 180:4
182:19
**prevent** 65:18 112:7
**preventing** 121:20
**primarily** 18:17,18
87:14 128:16
**primary** 120:10
121:19
**principles** 124:13
**printed** 14:23 32:1
47:18
**prints** 38:15
**prior** 39:6 62:10
66:24 192:2
**privileged** 32:20
**probably** 5:24 8:19
11:22 29:3 35:2
47:8 53:12 80:18
88:15 90:9 96:12
97:21 99:21 105:19
105:21 115:22
116:4 121:7,10
132:15 141:16

142:15 148:2 151:2
154:4 162:22 164:2
176:1 180:9 182:17
187:11 189:24
**problem** 74:17
121:13 177:11
178:11
**problems** 66:13
161:6
**procedure** 76:17
**process** 54:3 104:8
139:24 156:19
160:6 190:6
**proctored** 41:6
**proctoring** 40:8
**produce** 182:14
**produced** 8:19 41:12
41:13 86:22 97:16
97:23 127:5 152:2
175:4,18
**producing** 104:15
**product** 10:14 15:20
121:13 157:23
158:1,5,7,11,16,17
158:23,24 159:3,10
159:19 160:3,7,15
162:6,13,15 163:7,9
163:12,21,24 164:5
164:7,18,20,24
165:6,22 170:16
183:16
**production** 187:16
189:21
**products** 1:7 10:11
11:10 113:18
121:18
**professional** 1:12
174:14,17 178:13
194:5
**professionally**
176:15,18 178:1
**program** 99:9 123:4
158:5,8,11 159:11
159:11,13,19,22,24
159:24 161:7,12,14
162:11 163:15,18
163:24 164:14,17

**programs** 159:4
162:3
**prohibition** 119:23
**project** 166:14
189:10
**projects** 161:2
**prompted** 98:20
**prompts** 182:7
**properly** 77:10
170:16
**proposed** 125:22
166:9
**propounded** 197:6
**Pros** 103:24,24
**protected** 63:10
**protecting** 140:23
**protocol** 86:17,18
87:3,8,17,23 89:22
93:20 107:1,14
114:23 128:5,11,12
128:13
**protocols** 22:10
86:22
**protocol's** 132:18
**prototype** 189:7
**proud** 163:18
**provide** 18:12 21:23
127:2 161:18
**provided** 5:19,21
8:14 175:20
**Providence** 2:9
**providing** 18:4
**proximity** 116:2
**Public** 1:13 194:5
197:18
**puddle** 102:21
141:14,20
**pull** 33:18 46:23 47:4
65:23 92:3 96:16
98:20 99:8 105:8,11
132:24 193:1
**pulled** 33:22 46:20
47:1 49:11 50:2,13
53:15 54:23 55:21
62:14 83:22 98:6,12
98:15
**pulling** 8:24 106:5

MICHAEL STODDARD, JR., CFI

107:19 128:10
149:2
**purchased** 90:10
91:10 172:15
**purpose** 132:7
149:21
**purposely** 192:18
**pursue** 185:2
**Purswell** 17:4
**Purswell's** 17:6
**push** 191:17
**put** 7:4 17:11 45:1
83:23 101:19,20
102:9,10 104:16
107:8 108:14
132:13,15,21
133:10 135:19
137:1,4,8,13,16
139:4,6 142:15
157:4 162:19
178:19 183:15
**putting** 44:21 142:7
163:15
**P-A-U-K** 98:1
**p.m** 1:17 193:9

**Q**

**qualifications** 122:7
**qualified** 90:14
119:15 121:2,23
**question** 4:5 7:12
12:23 24:23 33:17
33:23 39:3 57:20
65:11,14 69:7 79:11
79:19 82:7 84:19
88:8 98:20 124:1
127:14 128:19
150:14 165:19
168:17 169:2
181:24 183:7
**questioning** 197:6
**questionnaire** 26:20
**questions** 26:21
65:10 122:17 165:2
177:3 182:8 193:5
**quickly** 12:2 82:22
181:18

**quite** 25:23 153:16
174:20

**R**

**R** 2:1 194:1 196:2,2
**Rains** 40:21 45:11
52:24 53:6 60:9,11
146:21 147:3,13,19
**ran** 112:24
**random** 177:20
**randomly** 123:22
**range** 29:3 115:23
**rate** 149:8
**rated** 112:7
**rating** 91:19
**ratings** 160:23
**reach** 70:5
**reactions** 54:16
**read** 55:1 67:3 79:4
98:9 100:11,15
108:13 122:11,18
171:1 187:20 195:2
197:3
**reading** 127:22
187:10
**real** 105:1 122:14,19
**realize** 49:18 120:14
165:1
**realizes** 170:13
**really** 6:24 13:13
33:9 51:21 82:22
84:18 88:21 93:22
114:12 125:14
126:3 148:11 176:4
181:24
**realm** 126:14 127:12
**reapplied** 102:1
**reason** 5:1 7:11 53:1
53:5,7 56:21 58:4
61:3 64:20 72:14
109:5 117:18
156:14 160:7
166:13 182:10
183:14 195:4
**reasonable** 78:13
125:10 137:4
**reasons** 149:12

**recall** 5:15 10:13,19
19:14,15 23:13,21
49:13 53:5 75:4
85:6,7 87:11,22
88:17,20 93:23
95:14,18 103:10
147:5,10 150:13
175:10,13,16
**recalling** 82:21
**receipt** 175:3 195:12
**receipts** 175:5
**receive** 30:2
**received** 15:11 30:14
30:20 31:21 33:20
34:4,7 36:13 37:15
49:13 52:3,15 60:1
76:12
**recognize** 47:21 49:2
59:9 121:12 126:5
187:7 192:9
**recollection** 18:2,2
88:23 91:6
**recommend** 173:24
**recommendation**
177:12
**recommendations**
125:15
**reconstruct** 27:20,22
**reconstructed** 27:24
**record** 5:14 7:22 8:3
11:18,20 19:9 26:2
33:18 48:21 93:1,4
96:22,24 129:10
140:4,6 150:10
185:15 186:19,20
186:23 187:21
**recorded** 25:24 171:8
**records** 165:15 168:7
175:8
**recreate** 28:7
**rectangular** 133:14
**redesign** 166:9
**redesigned** 166:8
**reduce** 158:6,24
**reduced** 73:13 155:8
170:7
**reducing** 167:4 171:7

**reexamination** 41:7,9
**refer** 16:5 33:12 34:2
34:2 37:5 44:4,9
48:2 76:10 86:8
90:11 99:24 129:6,7
**reference** 71:24
**referred** 174:21
**referring** 22:15 23:6
44:14 53:3 129:5
174:16
**reflect** 16:11
**reflects** 34:3
**refurbisher** 131:7
**regard** 12:23 23:12
31:17 58:9 62:24
69:17 76:9 97:3
108:20 118:18,19
120:17 123:8,16
126:21 127:2
157:20 163:9
175:19 179:22
**regarding** 20:20,24
21:4 22:3,17 162:6
175:8 188:3 189:20
**regardless** 38:11
**regards** 23:17 111:24
121:9
**Registered** 1:12
194:4
**regular** 55:5 96:5
125:3
**reinspection** 40:9
**reinstall** 66:3
**related** 21:19 163:5
184:23
**relation** 100:8 116:1
**relatively** 88:4 178:9
**released** 167:18
**relevant** 97:21 111:3
121:11
**reliable** 56:6 89:12
**relocating** 189:14
**rely** 16:9 121:15
182:15
**relying** 121:19
**remained** 30:19
82:14

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

MICHAEL STODDARD, JR., CFI

223

**remaining** 67:24 72:7
73:20 74:5
**remains** 80:24
110:18
**remember** 11:14
20:9 22:1 39:6
62:22 65:15 90:18
91:4 95:22 109:6,22
137:21,22 147:4
152:23 160:21
163:2 173:2 175:12
**removable** 64:18
**remove** 45:12 53:1
60:15 61:1 92:7
127:9
**removed** 45:16 49:5
49:22 50:20 51:24
61:24 62:3 79:16
83:15 84:14,17
101:21
**removes** 95:12
**removing** 126:10
**repeat** 4:20 104:16
**repeated** 90:3
**repeatedly** 77:16,21
**replaced** 130:17
**replied** 178:5
**report** 3:14 8:19
13:16,18,20 14:14
14:19,24 15:1,5
16:6,10,14,23 17:1
17:10,12 19:18
20:12 21:18 22:3,22
23:23 27:1,3,5
32:23 35:17 36:11
44:5,7,9 47:1,2,15
48:23 49:16 53:4
55:2 59:8,20 61:18
62:10 66:18 68:24
69:3 71:17,23 77:14
78:20 86:7 97:10
125:19 127:22
130:11 138:6
156:24 157:2,2,7
165:23 183:15,19
184:22,23 188:5,9
190:2,6

**reported** 85:2
**Reporter** 1:13 194:5
**REPORTERS** 1:20
**reports** 17:2,3 186:7
**repository** 7:2
**represent** 68:24
**representation** 99:22
**requests** 187:18
**require** 119:20
**required** 131:14
**requirement** 177:12
**requirements** 160:9
**requires** 118:22
178:16,19
**researched** 159:6,7
**reserve** 16:17
**reserved** 4:5
**residential** 117:23
119:24
**residue** 96:9
**response** 175:14
**responsibility** 160:16
160:17 162:14
163:9
**rest** 102:16 103:17
190:8,9
**restaurant** 150:3,5
**resting** 136:6
**restricted** 66:24
172:6
**restriction** 67:15
**restrictive** 172:7
**restroom** 5:2
**result** 10:17 51:19
154:22
**resulted** 155:3,9
**results** 22:13 87:21
151:14 170:8
**retailer** 174:15
**retained** 10:9 14:12
**retardant** 110:1
**retardants** 90:14
91:20 94:22
**retired** 13:11
**return** 195:10
**review** 7:12 16:2,4
17:3 62:6 97:13

125:19 187:15
189:20
**reviewed** 16:8 19:17
19:20 97:15 98:3
179:18 187:20,22
**reviewing** 20:11
23:23 169:9
**Ricklefs** 97:18 158:3
189:9
**rid** 190:8,8,9
**ridges** 42:17 57:9
**right** 5:12,17 7:14
8:11 9:16 10:1
11:22 12:1,1 15:2
16:17 17:15 24:4
26:14 29:20 30:13
30:14 31:5 32:3
34:15 36:1 37:23
39:11 41:17,24 42:7
44:16 45:4 46:10
47:3 48:17 53:16
57:8 58:12,22 59:19
60:13 66:17 67:4
74:24 76:4 77:5
80:6,12,15,20 81:1
81:16 83:9 86:4
93:15 99:15 106:20
112:16 115:2
116:13,14 122:2,4
122:22 127:21
129:8 130:4,15
131:22 133:13,16
134:15,18 136:6
140:19 141:15,15
142:6 143:21 145:3
145:5 146:2 148:8,9
156:3 168:22
169:15 170:5,12
171:11,12 181:9,10
183:1,7,23 184:11
185:6 187:16 193:5
**right-hand** 141:2
143:12
**rigid** 34:12 36:4 37:2
37:5,6,10 41:24
52:15,21 56:10
58:10,12 62:23

66:23 67:9,10 68:2
192:14
**Ripley** 97:17 158:2
**risk** 159:1 160:12,24
160:24 161:1 167:4
**risks** 158:6
**Road** 1:15 2:4,9
**role** 15:18 17:6
156:16
**Ron** 13:4,24 104:24
142:14
**Rose** 2:8
**roughly** 143:11 144:4
**row** 69:4
**Rowe** 10:3
**RPR** 194:21
**rubber** 15:6
**rule** 155:24
**rules** 4:19
**run** 142:12 185:7
**running** 48:15 125:6
137:22 138:18
172:4
**rusting** 80:11
**R-I-C-K-L-E-F-S**
189:9
**R-R-A** 11:17

---

**S**

**S** 2:1 3:8
**safe** 120:5
**safeguard** 121:14
**safety** 76:6 78:10
89:18 121:12 126:5
148:3 157:22,23
158:1,5,8,11,16,18
158:23,24 159:3,10
159:19 160:4,7,15
162:6,13,15,16
163:7,12,21,24
164:5,7,18,20 165:6
165:22 166:1,19
170:9,10
**sales** 175:5
**Samsung** 179:1,2,7
**Sanitizer** 32:17
**saved** 33:11

MICHAEL STODDARD, JR., CFI

224

saving 182:21
saw 59:13,16 61:5
  116:5
saying 84:22 120:6
  120:22 121:12
  133:1 176:7 177:21
  179:20
says 46:21 66:21
  80:18 100:19,20
  125:2 127:7 132:12
  135:8 136:19,20
  166:16 169:16
  177:4,5,11 178:20
scans 32:24
scenario 146:10
scene 14:5 19:21,23
  20:6,8 29:20 35:12
  35:13 39:6 51:12,17
schedules 89:5
scheduling 88:4
Schneider 10:3
science 77:20
scientific 55:4
scientifically 56:6
scrap 166:14
screen 38:15 56:2,15
  64:7,10,12,13,17,21
  65:5,6,12,23,24
  66:2,3,4,14 71:3
  78:17 106:1 124:23
  125:2 154:16
screws 131:10
script 26:16
seal 72:1,3,14,19,22
  73:2,10,16,21,24
  74:17,20 82:23
  133:12 143:12
  188:16
sealing 4:2
seals 72:16
seam 80:15,20 81:7
  81:22 139:19
seams 145:4
Sears 103:23 174:16
  174:19,22 175:2,7
  175:14
seat 66:15

second 39:23 44:16
  45:4 93:2 102:3
  113:8 114:24 115:5
  115:6 117:10 135:3
  135:4 174:12,13
  191:8
secondhand 172:16
  172:17
seconds 92:1,2 94:20
  96:1 101:21 102:3
  113:1 115:11 143:3
  143:6,10 144:16,19
section 16:6 23:8
  27:1 36:4,24 37:10
  37:18 38:12 41:23
  43:11,14,16 44:17
  44:19 45:7 46:2
  49:4 50:13,15 51:2
  51:13 58:10,11
  61:24 62:1,21,22
  67:7,9 71:18,23
sections 37:11,14,16
  42:5,6 43:12 52:21
  52:22 58:14 59:11
  68:2
secure 51:9
see 7:7,9 11:5,23
  12:24 20:5 31:21
  33:7,10 37:12 38:17
  42:13,15 43:4,19
  44:13 45:19 46:13
  53:2,16 54:22 55:10
  55:12 56:4,6 58:18
  58:20 59:12 60:16
  61:9 62:7 63:5 66:6
  67:1,20 73:23 75:1
  75:2,5 77:5 79:3,11
  79:19 80:2,3 84:22
  85:3 87:21 90:1
  91:6 94:14 105:9
  112:19 113:13,15
  113:16 114:17
  115:14 116:17
  122:15,17 126:12
  128:11 129:6
  133:14 134:19
  135:23 137:17

139:24 140:12
  141:12,19,24
  143:11 145:6
  190:17 191:23
seeing 75:4 124:7
  163:2 175:13
seen 7:23 19:22 20:6
  50:18 51:11,16,18
  61:19 64:8 85:4
  113:19 162:22,23
  175:17
seeping 81:7
self-explanatory
  105:2
self-extinguish 92:8
  111:7,16 112:8
  115:18
self-extinguished
  91:21 94:12 101:22
  102:1,7 103:18
  139:18
self-extinguishing
  90:15,20 92:6 94:10
  101:16 107:8
seminars 162:2 163:3
send 156:21 164:20
  164:22 188:7
sending 114:3 161:11
sense 27:14 55:4
  56:12 70:12 77:24
  117:5 174:3
sensor 170:11
sent 32:24
sentence 66:20 67:1
  79:5,5 174:13,17
separate 53:11
separately 37:19,21
September 71:14
series 47:16 183:2
served 110:12
service 25:16 74:18
  74:19 118:23 119:7
  119:8,11 167:17
  170:21 178:13
servicer 119:15,15
  127:7,16
servicers 123:4,8,9

123:11 126:20
  127:2
set 35:18 39:2 99:22
  100:3,23 136:17
  148:9,12 149:14,17
setting 150:16,18,23
settings 151:5
settled 43:24 46:8,8
  50:8 58:2 59:22
setup 101:3 129:17
  148:6
setups 172:6
seven 13:11,14
  144:13,19 181:10
severity 160:24
shape 116:3
share 9:23 88:7 147:3
  151:14,17,19
shared 22:12 147:7
Sharon 1:4 97:9,24
sheet 33:5 37:3,4,5,9
  170:21 195:5,7,8,11
  197:8
sheets 186:5
Shelly 97:19 177:8
shifted 67:11
ship 35:3
short 90:3 92:1 93:6
  94:12 95:19 97:2
  107:1,4 110:9 112:9
  112:18 113:1,6,8
  114:15,20
shortly 128:3
shot 154:24
show 34:6,7,9 47:9
  47:14 59:7 96:13
  98:23 100:7 132:6
  133:22 135:20
showed 77:24
showing 133:6,7,8
shown 81:9 192:22
shows 44:2 46:20
  58:22,22 61:15 80:9
  80:23,24 81:10,15
  113:13 133:4
  135:11,14,16 136:2
  140:11 189:2

MICHAEL STODDARD, JR., CFI

**shrink-wrapped** 34:9 52:17

**shut** 78:11 94:3,3 102:5 113:2,9 117:2 173:14

**sickness** 32:18

**side** 53:10 72:11 75:18 80:20 110:19 133:13,16 143:16 145:5

**sides** 137:12 141:13

**sign** 195:6

**SIGNATURE** 197:10

**signed** 13:15

**significant** 24:10 29:13 42:20 67:19 77:22 147:1

**significantly** 67:11 72:21 112:5

**signing** 195:7

**similar** 28:4 96:5 101:9 107:5 129:23 143:24 161:10 169:13 177:13

**similarly** 184:8

**simple** 170:3

**simplify** 166:4

**simulate** 129:19 132:8

**single** 43:14,16 45:7 51:2 52:4,16 58:10 67:7 125:5 137:9,11

**sit** 5:19 12:5 18:1 22:1 24:11,24 25:19 38:19 64:6 88:23 96:14

**sitting** 172:3

**situated** 46:6

**situation** 26:22 40:15 120:8

**six** 28:18 39:7 144:4 155:6,13 162:18

**six-foot** 36:4,24 37:10 41:23 43:11 67:8

**size** 100:11 181:12

**sizes** 181:23

**sizing** 121:1

**sketch** 133:8

**skinny** 134:2

**skip** 143:9 144:10,24

**slide** 51:8

**slides** 64:20

**slightly** 65:16 149:9

**small** 65:21 66:8,16 82:10,22 102:21 134:6 162:9 178:9 180:4

**smaller** 65:16 82:16

**smart** 38:2,7,21 142:10

**smell** 85:15

**smoke** 46:17 85:16 95:12,13 103:6 145:3 149:15,18,20 149:22 150:17 151:1

**sold** 174:8

**someone's** 131:5,6

**someplace** 134:4

**somewhat** 132:12 162:8 171:13

**soon** 102:5,14

**soot** 46:17 61:12 62:13 63:5,6,13 113:3 192:11

**soot-covered** 64:3

**sorry** 9:21 19:7 21:7 23:1,2 47:17 50:1 52:4 60:5 66:22 69:8 71:18 72:2 81:4 86:7 95:23 101:20 103:15 107:20 108:11 132:11 155:13 157:15 159:8 168:19 173:1 180:16

**sound** 5:3 7:13 168:10

**sounds** 5:17 14:18 63:14

**source** 89:23,24 92:7 93:16,17 111:8

120:10 126:11

**South** 1:21

**space** 60:1 108:16 188:16 195:4

**speak** 20:12 24:19 147:13

**speaking** 21:3 26:17 123:13

**specific** 6:21 18:2 21:16 26:21 53:5 57:6 83:6 90:21 91:24 93:22 98:2 119:16,18 121:20 125:16 126:10,14 127:10 147:10 153:2 160:20 164:1 167:5 175:5 176:10 177:4 187:24 189:23

**specifically** 7:1 16:1 16:8 17:3 20:24 22:15 23:20,21 28:6 28:12 29:2 37:12 46:3 54:7 55:1,24 63:4 81:3 82:20 85:7,14 87:22 92:17 97:22 108:18 111:24 112:13 119:3 121:9 122:12 127:7,17 146:21 147:5,16 150:13 151:17 160:22 162:4,16 167:9 173:2 176:13 181:7 186:6

**specifics** 19:16 20:22 78:4 176:23

**specifies** 117:22

**speed** 150:22

**spelled** 165:23

**spent** 159:17

**spoke** 21:12 164:16 164:17

**spoken** 20:19 21:10 23:12 164:7

**spontaneous** 155:18

**spot** 102:10

**spread** 90:13

**square** 1:14 2:4 65:17

**staff** 185:18

**stain** 113:3

**stamp** 187:24

**stand** 116:19

**standard** 90:8 91:8 109:8 117:14,20,21 118:9,10 119:1,21 119:22 132:12 135:16 136:7,13,15 136:17,21 138:21 178:19

**standards** 117:22,24 118:2,4,12,21 120:3 160:8,9 165:6 190:24

**standing** 96:13 148:3

**standpoint** 32:18

**stapled** 15:5

**start** 25:15 42:8 123:23

**started** 5:14 30:21 32:1 84:11 137:14 155:20 164:4 167:10,16 173:4 191:6,7,12

**starting** 8:10 35:22 183:2

**starts** 27:2 79:2 115:3 144:8 150:17 157:10 188:13

**state** 74:19 157:14 195:4

**statement** 174:12

**states** 1:1 66:21

**static** 138:3,7,8,17

**stay** 104:8 184:21

**stayed** 102:17

**steel** 104:9,10

**stenographic** 194:7

**step** 115:7,9 157:4

**steps** 127:16,19 151:9 166:4,5

**step-by-step** 127:11

**stick** 93:9 136:21

MICHAEL STODDARD, JR., CFI

226

**Stoddard** 1:7 3:3 4:8
  4:13
**Stoddard-1** 3:12 7:16
  7:17,20 8:14 12:7
  198:1
**Stoddard-2** 3:13 9:10
  9:13,15 12:3 199:1
**Stoddard-3** 3:14 15:5
  15:9 200:1
**Stoddard-4** 3:15
  39:15,18 192:7,8
  201:1
**Stoddard-5** 3:16
  187:2,5 189:22
  202:1
**stop** 54:19 65:10
**stopped** 85:18 103:7
**storage** 60:1
**store** 90:10 103:22
**stored** 59:23
**straight** 36:23 37:17
  52:22
**Street** 1:21
**stretch** 36:23
**stretched** 36:16,20
**strike** 26:4 83:12
**stringent** 118:22
**strip** 134:2 192:20
**structure** 98:11
**structures** 18:7
**study** 125:1 161:4
**stuff** 5:7,8 62:17
  88:14,14,15 89:8
  118:11 121:2
  125:11 126:16
  128:14 142:13
  149:4 160:11,18
  161:5 163:5 165:15
  168:1 183:21
**stumbling** 171:21
**style** 90:8 105:24
  117:23
**subject** 114:13
  117:14 173:22
  195:7
**subjected** 63:13
  93:24

**submitted** 187:23
**subpoena** 175:14
**subpoenaed** 175:8
**subrogee** 10:2
**Subscribed** 197:12
**substance** 48:3 53:20
  197:7
**substantial** 6:1 43:8
**substantially** 107:5
  129:23 177:13
**sucking** 149:1
**sucks** 148:13,14
**suggest** 63:22 77:6
**suggests** 46:14
**Suite** 1:15,22 2:4,9
**summaries** 97:8
**summary** 89:19 97:8
**super** 71:5
**superior** 111:6
**supplied** 112:5
**supply** 10:16
**support** 67:22 73:2
  175:2
**supported** 74:6 83:19
  96:4
**supposed** 77:4,10
  136:24 158:23
  169:16,21,23
  170:22,22 173:7
**suppression** 55:15
**sure** 5:4 6:12 8:4,15
  9:1,5,7 16:7 17:7
  20:7 24:20 32:9
  34:5 35:1,21 42:10
  44:12,23 47:9,23
  51:4 53:6,23 59:19
  61:11 64:23 69:2
  75:10 76:2 80:2
  82:8 89:15 90:7
  92:9 93:11 98:23
  99:10 100:2,10
  105:7,11 108:22,23
  109:20 117:3
  134:24 140:1,9
  156:18 157:8
  172:20,24 174:11
  175:23 181:7 185:9

  192:11,16
**surface** 48:4 63:12
  101:11 139:20
**surrounding** 79:10
**survey** 178:14
**surveys** 123:1,7,12
  123:15
**swept** 58:1
**switch** 34:20 76:12
  76:15
**sworn** 4:9 197:12
**symptoms** 124:14
**system** 66:5,7 71:4
  160:23 167:11
  189:13,17
**S-E-E** 129:8

**T**

**T** 3:8 194:1,1 196:2
**table** 48:4 95:4
**tabs** 7:9
**take** 4:15 5:2 7:8
  26:14 30:15,16
  31:12 41:8 42:7
  75:23 92:6 99:8
  103:10 104:21,24
  115:3 134:11
  157:18 178:2
  182:17 192:19
**taken** 1:11 20:17
  30:20 75:21 99:13
  143:20 192:13
  194:7
**takes** 108:16 143:8
**talk** 14:11 17:13
  20:23 62:24 123:17
  183:3,9
**talked** 12:16 17:18
  20:21 21:17 68:14
  75:8 86:1 92:12
  147:6 151:13
  177:16,19 179:14
  191:23
**talking** 23:24 27:8
  31:10 40:10 44:18
  58:8 60:8,22 61:9
  64:10,23 67:6,8,9

  71:24 72:10 75:8
  82:9 92:10,17 93:7
  98:16 112:13
  120:24 122:23
  123:15,23 148:5
  161:9 162:13
  168:19 169:20
  173:20 177:16
  181:17,19 186:9
  190:22 191:16
**talks** 160:12,14,16
  163:6
**tape** 34:10 51:9 52:18
**taped** 34:14
**taught** 124:22
**tear** 154:22
**technical** 74:19
  170:20
**technically** 174:2
  180:21
**technician** 25:13
**technicians** 87:13
  148:3
**techniques** 160:20
**technology** 167:2
  168:2
**telephone** 18:17,19
  25:24 147:9
**tell** 9:21 38:18 63:15
  63:15 65:19 88:18
  89:12,14 93:13,18
  100:21 117:9
  155:11 171:1
**telling** 158:15
**temperature** 170:8
**ten** 36:13 78:2 102:3
  103:16 166:5 188:8
**tendency** 121:5
**ten-inch-wide** 133:21
**term** 64:24 158:7
**terminology** 55:18
**terms** 13:6 18:3
  71:11 114:22 173:8
**test** 21:18 22:3 89:14
  91:11,23 93:15,18
  95:7 98:13,14,16
  101:4,14,19,19

MICHAEL STODDARD, JR., CFI

227

102:8 104:16,22
105:13 106:10,10
106:17,20,23
107:14,19,21
108:20,21,24
109:24 110:3,14,16
110:17 112:1,22,23
113:6,8 114:2,22
115:6,8,9 128:17,18
128:21,24 129:3,5,6
129:14 130:2 132:6
132:7,11 135:9
137:24 138:8,17
139:9,16,24 141:4
145:6,13 148:6,8,19
149:6 151:23
190:17 191:24
192:1
**tested** 76:15 77:8
90:1,12,16,22,22
92:15 109:10 110:7
130:22 146:17
171:13 173:2 188:7
188:22 189:4
**testified** 4:10 9:14
69:22 126:18 152:8
152:10,12 176:14
186:8
**testify** 69:24 122:12
165:16
**testifying** 151:22
165:4
**testimony** 8:6,9 9:16
12:4,18,24 13:1
50:12 69:17,19
71:13 83:18 85:13
86:1 114:12 121:11
127:10 152:11,11
158:2 175:6 176:3
**testing** 6:1,3,5,6 22:4
22:5,8,12,13,14,16
22:21,23 23:5,7,9
23:11,14,15 24:1,4
24:6,8,10,12 27:8,9
27:10,12,13,15,17
28:2,9 29:11,17
31:1 72:20 80:16

81:19 86:2,6,9,16
86:18,24 87:4,20,21
88:3,10,12,16 89:3
89:15,20 92:21,21
92:24 93:8,8,13
95:2,3,5 98:5,8,8,22
100:13 110:23
111:3 118:15
127:23 128:2,6
130:6 131:15
137:14 139:14
140:22 146:1
147:23 150:7
151:13,15,21
171:23 182:11
188:4,15,19 190:16
190:20,23 191:10
**Testing_burn** 135:9
**tests** 23:22,24 24:2
29:16 90:24 99:2
107:18 109:22
110:5,22 137:24
138:1 190:18
**thank** 12:12 106:4
**Thanks** 9:3 25:4
69:15 98:4,24
**theory** 57:21
**thereof** 78:7
**thermostat** 76:6,9
**thing** 30:10 53:11
70:5 82:23 100:9
104:4 108:5 125:11
125:16 141:18
151:2 158:15
159:20,20 170:6
171:8
**things** 22:10 24:7
50:6 66:6 74:12
76:1 78:6,9 123:23
124:5 127:9 161:3
163:7 169:21
**think** 6:11 11:22 14:4
14:15 17:11 18:12
19:14,15 21:18,21
22:11,11 29:3,18
30:7 32:22 33:16
35:1,7 36:10 37:13

39:5,22 40:23 47:2
52:2 53:8 57:17,22
58:5 60:13 61:16
65:8,15 67:11 68:13
70:19 72:17 74:1,3
74:22 83:6 84:22
87:5 88:6 89:3,7
90:8 91:18 92:1,21
94:19 96:6 97:18
99:15 100:18,19
101:6 102:2,3
103:14 104:23
105:1,2 113:11,18
116:5 117:5,8 121:2
123:10 124:16
125:20 128:4,7,13
129:20 132:22
133:4 134:7,12
135:22 136:19
137:22 141:16
145:23 148:18
153:21 155:6,12,22
158:15 159:15
160:3 162:9 165:18
165:20,22 175:16
179:16 183:14
185:11,19 190:12
191:5
**thinking** 27:13
**third** 37:17 79:5
189:6
**thirty** 195:12
**thought** 50:11 71:14
85:17 114:3 166:11
166:17
**thousands** 124:9
**threads** 61:13 62:17
66:6
**three** 1:14 2:4 14:5,6
37:14 39:7 41:24
42:4 69:2 71:15,16
87:9 98:12 99:1
143:2,6,21 151:5
155:12,14 156:2,5,6
156:7,8 159:17,22
160:3 162:10 166:4
**three-day** 161:15

**three-minute** 115:2
**thumb** 5:9 32:6 41:14
**Thursday** 1:16
**tied** 41:6
**time** 4:6 5:18 7:18
8:19 9:8 11:19 15:7
19:8 20:24 21:12,17
25:21 28:5,16,19
38:24 39:9,16,23
45:20 49:21 50:15
63:3,24 67:12 76:16
84:14,24 87:19 90:3
91:10 92:1 93:3,24
94:5,14 96:23 102:3
102:22 109:21
114:8,11 115:10
123:18 124:4 128:1
129:9 138:15 140:5
141:21 143:23
147:9 151:4,23
172:4 178:24 179:2
179:3,11,17 181:17
182:14 183:20
185:5,14 186:5,22
186:24 191:8
**timeframe** 71:11
94:18 168:5
**times** 7:11 21:11
82:18 89:9 94:6
125:4 166:10
169:24 170:15,18
170:18 172:3
182:18
**timing** 114:22
**today** 4:15 5:6,19,22
16:17 17:14 20:2
24:24 32:6 38:19
41:14 88:24 126:24
**told** 31:24 35:3 108:1
174:18 175:11
**tomorrow** 20:3
**ton** 151:1
**top** 20:9 34:14 44:16
44:16 63:11 83:5,23
90:18 131:12 135:8
137:12 140:21
154:16 179:16

MICHAEL STODDARD, JR., CFI

228

**topic** 177:24
**total** 36:14 103:12
**touch** 16:13
**touching** 103:9
**tout** 159:24
**towels** 189:5
**Township** 1:15 2:4
**traditional** 154:15
**trail** 136:18 137:7
**trailer** 132:19 134:1
134:6 135:16 136:8
136:9,20 137:16
139:11 143:1,4
**trained** 162:24
**training** 12:9,13
25:22 122:5 157:24
158:17,21 159:11
159:11,13,14,15,19
161:11 162:6,11
163:8,12,23 165:6
**transcript** 1:11 4:3
135:1 194:7 195:13
195:14
**transcription** 197:5
**transition** 34:13
35:24 36:7 37:20
38:6 42:9 174:1
**transmittal** 186:10
**transport** 46:8 50:7
68:8
**transported** 31:18
**trap** 56:23 64:11,12
65:1,3,22,24 66:1
66:14 81:17 82:24
85:22 90:7,16,23
92:13 95:20,24
96:11 98:13,16,21
100:5,12,23 101:1,7
101:13,15 102:17
103:3,4,15,19,19
104:2,5,7 105:10
106:1 107:12
111:10 125:5
143:13,16 144:5
149:3
**travel** 65:24 66:5
186:1

**traveled** 142:24
**Tree** 2:8
**trees** 182:21
**trend** 179:8
**trial** 4:6 8:9 12:24
13:1 120:15,15
126:24 152:11
165:2,4 183:9,13,20
185:3
**trials** 13:1
**tried** 28:3 101:9
172:11,12,19
**trimmed** 38:18
**trips** 169:24
**trouble** 187:9
**true** 38:22 122:24
177:6 194:6
**try** 70:14 124:4
136:21 150:9
171:16
**trying** 39:2 59:3
89:15 90:18 91:4
97:18 101:11 109:6
115:18 134:9
137:21,21 160:21
165:3 172:23
182:14
**turn** 9:22 48:18
71:18 78:19 143:1
149:24 150:11,17
157:6 183:1
**two** 9:18 12:4,8,16,17
14:7 23:22,24 37:13
37:14,15,18 42:5
43:12 52:14 58:13
59:10 68:3 69:3
71:16 89:2 92:1
109:10 110:5
113:12 114:13,16
128:4,23 133:17
137:12,23,23 138:1
142:12,18,18
143:20 144:9 145:9
145:14,14,16,17
155:20 156:5,6,7,8
169:21 179:1
**two-and-a-half-inch**

36:6
**two-foot** 43:14,16
44:19 45:7 46:2
50:15 51:2,13 52:4
52:16 67:6
**two-footer** 68:4
**two-minute** 142:16
**type** 10:13 21:17
26:16 28:1 48:8
53:19 54:10,11,17
91:11,17 106:14
107:7 109:16,24
110:8 113:23
121:20 123:14
129:17,18 191:9
**types** 54:16 89:16
114:13 123:12
**typical** 76:17 145:5
156:19 190:3
**typically** 6:15 38:17
51:24 73:11 76:18
129:5 133:11
142:11 150:17
154:22 164:22

**U**

**UL** 22:3 118:12
128:16 129:14,17
137:24 141:3 148:7
148:8 159:13
178:19
**Um-hmm** 157:12
158:9
**unattached** 68:5
**unblocking** 171:7
**uncomfortable** 5:1
**uncrimped** 51:8
**underneath** 130:1
137:10,13 139:8
149:6
**understand** 4:22
20:11 55:2 59:6
69:7 84:19 93:14
113:21 120:22
121:3 124:21
125:13 126:9,13
134:9 146:7 166:1

167:7 176:4
**understanding** 15:17
35:10,19 38:23
76:19 77:17 83:13
83:16 85:24 106:22
107:24 122:9,13,14
125:21,23 127:21
148:17 158:1 167:9
169:8 173:7,9,15,23
176:23 190:21
191:9,17
**Understood** 52:23
150:20
**undetermined**
155:21
**unexact** 77:20
**unexpected** 77:3
**unfortunate** 51:19
**unfortunately** 123:19
**uninterruptible**
10:16
**unit** 108:8 110:17
**United** 1:1,22
**universally** 24:9
118:6
**unofficial** 171:23
**unofficially** 171:14
**unreasonable** 125:10
**unrelated** 6:20
**updates** 8:16 12:4,6,9
12:15
**upper** 45:3,3
**upright** 50:8 96:13
**up-to-date** 9:15
**usage** 70:21
**use** 5:2 28:24 32:9,11
51:9 54:3 78:2 79:7
96:19,20 105:23,23
112:2 113:19 120:1
124:5,24 129:18
130:5 133:3 138:17
170:6 172:8 173:24
174:7
**user** 118:23 119:3
**users** 119:6 121:3
122:9
**uses** 106:1 120:4

MICHAEL STODDARD, JR., CFI

125:3
**usually** 178:10 182:4

---

**V**

**vague** 132:12
**valid** 158:5,7,10
**Valley** 1:14 2:4
**valve** 146:13,17,20
  146:23
**variable** 150:8 151:6
  151:11
**variation** 116:2
**vent** 36:5 37:17 38:24
  66:7 67:22 71:3
  149:22
**vented** 35:20 189:2
**ventilation** 24:6
  129:22 148:11
  149:10
**venting** 27:21,22
  28:3,10 29:6,12
  31:17 33:10 34:10
  34:12 35:11,14
  36:24 37:1,2,11,15
  37:23 38:3,17 41:19
  41:24 42:8,9,11,16
  42:18 43:11,23
  44:18 45:8,12,19,24
  48:4,5,11,15 49:12
  50:2,8,13,19 51:5
  51:13,17,19,23 52:3
  53:3,11,15 54:24
  55:13 56:4,11,17,20
  57:22 58:10,12,16
  59:13,24 60:3 61:5
  61:9,24 62:4,14,21
  62:23 63:3,7,10,16
  63:20,23,24 66:10
  67:7,15,17 68:14
  69:18,21,22,23 70:5
  70:6 71:8 75:8
  78:15 138:22
  154:23 176:12,13
  176:15,18 192:14
**verbally** 157:1
**verification** 187:18
**version** 8:21 119:17

173:19,21
**versus** 10:3 11:4 18:8
  118:6
**vertical** 34:10 59:24
  96:6 100:5 141:6
**vertically** 52:22
**vibrations** 50:6
**victim** 155:19
**video** 88:15 99:13
  100:21 103:11
  104:20 105:3
  112:12,22,22,23
  113:12 115:3
  139:21 141:24
  142:12,17 143:18
  143:20 144:18
  145:15 150:21
**videocamera** 135:22
**videocameras** 135:19
  135:21
**videos** 100:14 102:24
  109:18,19 145:9
**videotaped** 139:12
**videotapes** 127:6
**videotaping** 148:2
**view** 142:17
**viewing** 39:6
**views** 81:8
**Vigilante** 17:17,19
  18:15 120:20 126:4
  176:2
**Vigilante's** 125:19
  127:12
**vigorous** 144:14
**vigorously** 143:15
  149:10
**visible** 143:19
**vitae** 3:12,13 8:4,6
  9:16
**Vitale** 19:6 32:16
**volume** 157:11
**voluntary** 117:22
  120:2
**vs** 1:6
**V0** 106:15 110:1

---

**W**

**wait** 22:24 71:21
**waived** 4:3
**walked** 160:19
**wall** 68:7 70:7 135:24
**walls** 68:2
**want** 4:24 20:4 22:16
  30:9 33:7,8,9 34:2
  40:14 42:1 44:4
  71:18 75:11 76:16
  82:12 92:9 96:19
  100:9,22 102:16
  105:9 117:3 124:2
  141:10 163:19
  164:23 181:1,2
  183:6 184:15
  186:18 192:8
**wanted** 7:9 27:9
  87:20,24
**wants** 18:11 53:10
  88:5
**warm** 138:13
**warning** 18:10
  122:18 126:6,10,16
  168:7 170:23 177:3
  177:4 182:5
**warnings** 18:6,7
  120:17,21 121:4,16
  122:15 123:16
  125:22 126:8,14,15
**washed** 54:13 55:13
  55:17,22
**washing** 55:9
**wasn't** 47:6,6 56:15
  63:11,23,24 70:19
  71:6 74:17 77:6
  88:6,9 103:9 109:4
  117:19 132:1 139:3
  151:1 156:12 184:7
**watch** 109:19 145:10
**watched** 150:21
**watching** 115:4
  145:19
**water** 29:4 142:3
  189:3
**way** 21:20 26:1 34:3
  36:13 37:15 38:20
  46:6 48:13 51:19,22

52:20 63:15 66:15
  85:1,9 88:20 89:12
  99:22 108:1 115:7
  136:7 137:4 139:7
  145:15 149:1
  150:19 154:9
  171:15 173:8 182:1
**Wayne** 40:7
**ways** 189:11
**weakest** 110:6
**Webster** 173:13
**week** 21:14 71:2
  74:22,23 89:3 128:3
**weighted** 116:19
**well-versed** 142:7
**went** 12:2 36:1 56:14
  136:24 156:1 186:7
**weren't** 29:19 74:13
  165:13 166:6
  179:19
**we'll** 9:2 14:10 15:4
  17:13 53:10 65:11
  106:8 118:17
  123:24 137:4 185:4
  190:12
**we're** 4:15 19:4 24:5
  31:10 44:18,22 46:2
  51:24 59:3 60:13,22
  62:1 73:20 100:13
  114:12 119:8 124:7
  133:15 142:10,10
  142:11 143:10,21
  144:16 169:19
  171:21 175:5
  177:23 193:4
**we've** 23:18,19 24:10
  29:11,16,17 51:14
  72:20 75:7 80:16
  81:19 108:1 110:22
  123:1,2,4 127:5
  145:6 154:5,14,20
  156:18 171:5,9,13
  172:20,21 182:14
**whatsoever** 158:18
  158:22
**wheel** 91:12,15 92:11
  92:13,14,16 105:6

MICHAEL STODDARD, JR., CFI

230

106:7
**wheels** 91:1,2,8
**Whirlpool** 6:23 90:23
    91:13 92:18 101:6,7
    105:15,16,18
    106:11 107:7
    154:15 159:9
    161:14 162:3
    163:11,14 164:10
    164:12,17 168:8,15
    168:20 179:18
    190:21 191:16,18
    191:19
**Whirlpool's** 159:10
**whistling** 168:11,13
**white** 48:2 53:18 55:6
    174:2
**wide** 134:7
**wiring** 137:1 168:1
**Witness** 3:2 15:10
    32:15,22 33:3,13
    35:7 39:19 52:9
    54:2 56:19 60:21
    63:18 64:17 65:1
    73:8 75:13,16 82:6
    82:9 140:7,10
    152:13 175:23
    181:16,22 185:4,9
    193:7 195:1
**wondering** 109:4,9
**word** 55:14 136:4
    190:1,7
**work** 13:6,12 160:15
    161:5,6 169:15,17
    171:11,12 172:10
    173:7 177:24
**worked** 15:23
**working** 78:20 85:18
    87:18,18 170:16
    190:5
**works** 4:23 169:9
**world** 122:14 159:18
**worldwide** 159:11
**worst** 111:17
**worthwhile** 156:12
**wouldn't** 32:13 36:22
    55:23 56:22 66:14

70:2 92:4 149:7
    172:2
**wrapped** 37:18
**Wright** 13:5,7,9,17
    13:23 18:16 24:3
    25:8,9 27:1,20 30:1
    30:2,6,16,24 33:20
    34:23 40:3,23
    151:15 186:9
**write** 11:23 100:12
    113:17 126:15
**written** 75:21 86:17
    86:22 128:12
**wrote** 27:4 62:10

---

**X**

**X** 3:1,8

---

**Y**

**yeah** 5:7 8:18 13:8
    14:22 15:15 20:14
    31:9 37:3,13 41:5
    42:20 62:16,21
    69:11 70:14 73:6
    80:1 82:16 85:6
    88:11 95:12 99:12
    100:18 101:1
    105:16 106:19
    108:23 109:20,24
    111:1 115:1 116:15
    117:16 129:15
    130:15 131:20
    133:7 134:17,24
    136:21 138:7 140:2
    142:10 144:12
    147:19 148:17
    150:2 151:20 152:7
    152:13,17 156:6
    159:17 161:22
    164:12 168:11
    169:13 175:4
    177:18 178:10,18
    179:10 182:13
    185:13,24 186:2
    187:22
**year** 8:15 40:24
    105:17 130:10,11

173:5
**years** 21:5 28:18 78:2
    142:5 158:21 163:4
    163:16,17,20
    179:12
**Yemma** 2:8 3:5 4:12
    4:14 7:15,21 9:5,11
    11:18,21 15:13 19:7
    19:10 32:10 33:9,15
    34:15,19,21 35:6,9
    39:13 40:2 48:24
    49:1 52:13 54:21
    57:19 60:10,12,22
    60:24 63:21 64:22
    65:13 73:6 74:9
    75:15,23 76:3 82:8
    82:11 93:5 97:1
    129:11 140:4,9,17
    152:12,15 176:11
    181:20 182:2,6,9,24
    184:17 185:6,10,13
    185:16 186:20
    187:3 193:3

---

**Z**

**Zarghami** 97:19
**zinc-based** 54:4
**zippers** 74:15
**Z21.5.1** 117:14
    119:22

---

**#**

**#02-0165** 189:10

---

**0**

**0.45** 188:23
**0.75** 188:24 189:3
**0.90** 188:24
**000266** 188:1
**000388** 188:13
**000496** 189:6

---

**1**

**1** 14:24 16:7 44:22
    45:3,5 80:21 110:22
**1.00** 188:24
**10** 8:10 12:21

**10-31-2013** 135:10
**100** 86:21 110:17
    136:13 172:9,20
    184:8
**103** 140:24
**108** 141:12
**109** 141:19
**110** 141:19,19
**12** 9:23 144:24 179:5
**12:05** 1:17
**13** 12:24
**13-page** 7:22
**14** 115:23
**1400** 2:9
**15** 3:14 143:3 163:20
**1500-degree** 115:23
**1520** 1:22
**16** 145:7
**16th** 65:16
**160** 22:23 23:3 88:19
**163** 23:10 130:14
**17th** 1:21
**173** 157:7 174:10
**18** 30:22 119:14
    125:16 176:9
    177:10 179:6
**18th** 32:2 40:17
**187** 3:16
**19** 15:16
**19th** 11:4 14:17
**19063** 2:9
**19103** 1:23
**19422** 2:5
**198** 3:12
**1980's** 191:1 192:4
**199** 3:13 80:23
**1994** 168:8,20
**1998** 130:11,16 131:1

---

**2**

**2** 34:6 44:22 45:3,6
    45:10,19 46:13
    47:24 113:15 115:7
    115:9
**2:15-CV-00571-GJP**
    1:2
**20** 16:24 115:11

---

MICHAEL STODDARD, JR., CFI

142:5 163:20
**20-year** 188:8
**200** 3:14 197:13
**2000** 117:8 166:10 188:2
**2000's** 114:9
**2001** 166:10 188:14
**2002** 74:22 166:10 189:7
**2003** 72:17 117:12 167:3,8,10 168:5 173:23 190:14 191:21
**2004** 74:23 167:15
**2005** 167:15,18 173:13
**2006** 12:19
**2007** 105:21
**2008** 105:21 155:7 174:5
**201** 3:15
**2011** 173:13
**2012** 161:16,17
**2013** 14:17 15:16 22:24 23:9 24:2 71:14 86:9,17 98:9 109:8 127:23
**2014** 14:15 15:12,14 22:17 25:11 30:4,12 30:22 32:2 33:21 39:11 40:17 60:6 76:5
**2015** 5:15,21 6:4 12:14 40:24
**2016** 1:16 16:24
**202** 3:16
**215** 1:24
**2158** 22:3 118:12,19 119:20 128:16 129:14 148:8
**22** 10:2 189:4
**220** 1:15 2:4
**23** 11:3
**24** 15:12 179:7,9
**24th** 15:14
**242** 81:9,12
**243** 81:9,12

**25** 135:11 182:8
**26** 135:14
**277** 81:15
**28** 1:16 71:17
**28th** 74:23

_____

**3**
_____

**3** 34:6 45:4,6 105:13
**30** 1:21 36:14,16,19 38:10 143:10 195:12
**30-inch** 36:23
**39** 3:15 66:18

_____

**4**
_____

**4** 3:5 34:6 80:9 99:21 107:18,19,21 109:24 110:18 112:22,23 115:8,9
**4th** 12:19
**4/30/16** 194:18
**4:34** 193:8
**40** 58:22 59:19 60:17 60:21,23 61:10 69:2 103:13 143:6
**40-something** 96:7
**41** 44:12 45:6,20 47:19 60:20
**419** 192:22
**420** 192:22
**421** 192:9,23
**43** 135:16 136:1,2
**44** 48:19,19 50:1 53:2 53:3 136:2
**45** 144:16,19
**45-minute** 182:5

_____

**5**
_____

**5** 78:20 107:18 108:20,21,24 110:3 110:14
**5V** 99:3 100:17,19,24 101:13,15 103:4,15 104:2 106:6,15 110:1 111:7,21 112:3,7 113:4,18,18 115:17

**5VA** 90:19
**5VB** 90:19
**50** 66:23 67:14,21
**512** 1:14 2:4
**52** 59:8
**53** 61:18,22 63:5
**564-1233** 1:24

_____

**6**
_____

**6** 106:10,10
**6/27/02** 189:10
**6035** 2:9

_____

**7**
_____

**7** 3:12 27:2 30:4 106:10,17,20 110:23
**7th** 30:12

_____

**8**
_____

**8** 14:24
**80's** 153:21 164:2 191:10

_____

**9**
_____

**9** 3:13
**9th** 40:24
**9:45** 144:18
**90** 35:1
**90's** 114:9 153:21
**90-degree** 36:3,3
**97** 140:10,12
**98** 140:12,13
**99** 183:3