# EXHIBIT "F"

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NO. 2:15-cv-01815-SD

JURY TRIAL DEMANDED

| | | |
|---|---|---|
| JOSEPH and URSY | ) | |
| A. VITALE | ) | |
| | ) | DEPOSITION UPON |
| | ) | |
| | ) | ORAL EXAMINATION |
| | ) | |
| vs. | ) | OF |
| | ) | |
| ELECTROLUX HOME | ) | URSY A. VITALE |
| PRODUCTS, INC. | ) | |

- - -

TRANSCRIPT OF ORAL DEPOSITION, taken by
and before DONNA HUNTER, Registered Professional
Reporter and Notary Public, at the Offices of deLUCA
LEVINE, LLC, Three Valley Square, 512 E. Township
Line Road, Suite 220, Blue Bell, PA, on Wednesday,
December 23, 2015, commencing at 6:15 p.m.

ERSA Court Reporters

30 South 17th Street

United Plaza, Suite 1520

Philadelphia, PA  19103

(215) 564-1233

## URSY A. VITALE

**2**

1  A P P E A R A N C E S:
2
3      deLUCA, LEVINE, LLC
       By:  PATRICK A. HUGHES, ESQUIRE
       Three Valley Square
4      Suite 220
       512 E. Township Line Road
5      Blue Bell, PA  19422
6      Counsel for Plaintiffs
7
       NICOLSON LAW GROUP
8      BY:  ANDREW CARROLL, ESQUIRE
       Rose Tree Corporate II - Suite 6035
9      1400 North Providence Road
       Media, PA  19063
10
       Counsel for Defendant,
11     Electrolux Home Products, Inc.
12
13  ALSO PRESENT:
14     JOSEPH A. VITALE
15
16
17
18
19
20
21
22
23
24

**3**

1       26
2
3             I N D E X
4
   WITNESS:
5
   URSY A. VITALE
6
7       By Mr. Carroll.................Page 4
7
        By Mr. Hughes.................Page 40
8
9          E X H I B I T S
10              PAGE       PAGE
     NUMBER    DESCRIPTION      MARKED   ATTACHED
11
   Vitale-1  Photograph of house    9     47
12
   Vitale-2  Dryer Operating/      26     48
13            Installation Instructions
14 Vitale-3  Checklist for drying   27     49
15 Vitale-4  Stickers              29     50
16
17
18
19
20
21
22
23
24

**4**

1
2          (It was stipulated by and between
3   counsel that sealing, and certification be
4   waived; and that all objections, except as
5   to the form of the question, are reserved
6   until the time of trial.)
7
8          . . . URSY A. VITALE, having been
9   duly sworn, was examined and testified as
10  follows:
11          THE REPORTER:  Usual stipulations?
12          MR. HUGHES:  Except for reading and
13  signing.
14  BY MR. CARROLL:
15      Q.    Good evening, Mrs. Vitale.  My name is
16  Andrew Carroll, and I'm an attorney with Nicolson
17  Law Group, and I'm here representing the defendant
18  in this case, Electrolux.  What we're here for today
19  is called a deposition.
20          Have you ever been deposed before?
21      A.    No.
22      Q.    So, basically, what a deposition is, it's a
23  question-and-answer session.  I'm going to ask you a
24  few questions about your background, the home, and

**5**

1   the subject fire, and you're going to provide me
2   with the answers to the best of your ability.
3       A.    Okay.
4       Q.    So, seated to my right, and your left, is a
5   court reporter, and it's her job to take down
6   everything we say.  She's going to then prepare a
7   transcript, which I believe you are going to review,
8   and the purpose of that is just so that we can use
9   it at trial.
10          So in connection with that, there are a few
11  ground rules that, hopefully, will make this go as
12  smoothly as possible.
13          The first one is that if you could please
14  use all verbal responses.  So, shakes of the head,
15  and unh-unhs, and uh-huhs, are not so clear on the
16  record.  So we would appreciate yeses, noes, and
17  other verbal responses.
18      A.    Okay.
19      Q.    If I ask you a question, and you provide an
20  answer, I'm going to assume that you understood the
21  question, and that the answer is truthful, to the
22  best of your ability.
23          Having said that, if for whatever reason you
24  don't understand the question, I am happy to

URSY A. VITALE

**6**

1  rephrase it.  Just let me know.
2  A.  Okay.
3  Q.  We're also going to be asking you some
4  questions from a while ago about distances, and
5  whatnot.  So if you don't know the exact answer, "I
6  don't know", or "I don't recall" is perfectly
7  acceptable.
8       Having said that, if you are able to
9  approximate, that's great.  We do appreciate that,
10 and we would like that.  Just make sure that you
11 make it clear that you are only estimating and
12 you're not providing an exact response.
13 A.  Okay.
14 Q.  It's important that we also not speak over
15 each other.  So while you may anticipate the
16 question that's coming, it's important that you
17 allow me to get the full question out before
18 providing your answer to make sure that the record
19 is clear, and to make it easier for her to take down
20 what we are saying.
21 A.  I understand.
22 Q.  Okay.  You had an opportunity to meet with
23 Mr. Hughes before this deposition?
24 A.  I did.  This is the first time I've seen him

**7**

1  today.
2  Q.  Okay.  You understand how the deposition
3  works, and you don't need any more time to go --
4  A.  No, I understand the process.
5  Q.  Okay.  So, we can just go ahead, and get
6  started then.
7       Could you please provide your full name, and
8  address, for the record.
9  A.  Ursy, middle initial A, Vitale, 1812 Purdie
10 Lane, Maple Glen, PA 19002.
11 Q.  And, is that Purdie, P-U-R-D-I-E?
12 A.  Yes.
13 Q.  And, how long have you lived at that
14 address?
15 A.  We moved in June of 2010, so a little over
16 five years.
17 Q.  And, who do you live with on Purdie Lane?
18 A.  My husband, Joe, and then we have three
19 children.
20 Q.  And, how old are your three children?
21 A.  Their current ages are 10, and then we also
22 have an eight-year-old and a seven-year-old.
23 Q.  And, this fire occurred in 2014,
24 September 4th, 2014, specifically.  Were the three

**8**

1  children all living with you at that time?
2  A.  Correct, yes.
3  Q.  Was anyone else living with you at that
4  time?
5  A.  Just my husband, the five of us.
6  Q.  Do you have any pets?
7  A.  Yes.
8  Q.  What pets do you have?
9  A.  We have one cat?
10 Q.  What kind of cat is that?
11 A.  No specific breed.
12 Q.  Does she shed at all?
13 A.  No.
14 Q.  And, where does she stay in the house?
15 A.  She likes to, kind of, hangout.  I mean, I
16 don't really recall, like, specific areas.
17 Q.  Does she have a litter box in a specific
18 area, or anything like that?
19 A.  The litter box, I'm trying to remember where
20 we had it.  We had one in the basement.  I don't
21 recall if there was another spot.
22 Q.  Okay.  And, could you tell me a little bit
23 about your educational background.
24 A.  I attended Community College of Philadelphia

**9**

1  for a little bit.
2  Q.  And, did you get any degrees from there?
3  A.  No.
4  Q.  What do you do for a living?
5  A.  I'm currently staying at home.
6  Q.  How long have you been taking care of the
7  house?
8  A.  The last 10 years.
9  Q.  Does anyone in your house smoke?
10 A.  No.
11 Q.  And the 1812 Purdie Lane, do you own that
12 home?
13 A.  Yes.
14 Q.  How long have you owned it?
15 A.  We purchased it in June of 2010.
16 Q.  All right, you did say that.
17      And, I'm actually going to show you a
18 picture.  We will have it marked.
19      (Photograph marked Vitale Exhibit
20      No. 1 for identification.)
21 BY MR. CARROLL:
22 Q.  Ms. Vitale, looking at what's been marked as
23 Vitale-1, is that the home at 1812 Purdie Lane?
24 A.  Yes.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

URSY A. VITALE

**10**

1    Q.      And since purchasing the home, have you had
2  any kind of construction done on the home?
3    A.      When we first bought the house, we just did,
4  like, some cosmetic things that we put in some new
5  kitchen cabinets, countertops.
6    Q.      Do you remember who did that?
7    A.      We had -- my husband put in the cabinets,
8  and then we had -- I'm trying to remember.  I think
9  it was Colonial Marble that did the countertops --
10  yes.
11    Q.      Was there any kind of electrical, or other
12  noncosmetic work, done in connection with that?
13    A.      No.
14    Q.      Did you have any other kind of renovations
15  done?
16    A.      No.
17    Q.      Have you ever had any issues with the house?
18    A.      No.
19    Q.      Never had to get anything repaired?
20    A.      No.
21    Q.      Now, if you could just kindly explain to me
22  the layout of the home, maybe start by walking in
23  through the front door?
24    A.      Okay.  So when you first walk into the

**11**

1  entry, you have the formal living room to the right
2  where these windows are right here.  (Indicating)
3          To the left, you have another, like, a
4  family room.  When you first walk into the house,
5  you'll see the stairwell leading to the second
6  floor.
7          If you continue straight on the first floor,
8  you will have the kitchen area, and as you go to the
9  back of the house, to the back end on the right-hand
10  side is the formal dining room.
11          And then when you're in the kitchen, if you
12  go to the left, you'll have the powder room, and
13  then you'll go into the laundry room area.
14    Q.      So, does the powder room actually connect to
15  the laundry room?
16    A.      No.  It's a separate -- you know, you have
17  your dining area, your bathroom, and then there was
18  a door that led into the laundry room.  And, then --
19    Q.      A door from the powder room to the laundry
20  room?
21    A.      No, no, that was separate doors, a separate
22  door for the powder room, and then a separate door
23  leading into the laundry room.
24    Q.      Okay.  So how many doors lead into the

**12**

1  laundry room?
2    A.      So, you'd have the one door leading into the
3  laundry room, and then there was another door --
4  when you went into the laundry room, there was also
5  another door that led into a sun room.  And then the
6  sun room had another door that led outside to the
7  backyard.
8    Q.      And, were both of these doors made out of
9  the same material?
10    A.      The door leading into the laundry room, that
11  was just a wooden door.  And then the door leading
12  into the sun room was wood with -- it had some glass
13  panes in it.
14    Q.      Okay.  And, so, the wooden door -- not the
15  sun room door -- but the other wooden door, was that
16  just a solid door?
17    A.      Yes.
18    Q.      And the window in the sun room door to the
19  laundry room, was that just the top half, or how
20  much of that was glass?
21    A.      Yes, the top half.  So, you had your lower
22  part was wood, and then you had the panes on the top
23  half, correct.
24    Q.      And, what kind of flooring was in the

**13**

1  laundry room?
2    A.      We have linoleum down there.
3    Q.      And, was that entire floor linoleum?
4    A.      I'm trying to recall.  There might have been
5  one section -- I'm trying to remember.  I don't
6  recall if it was full linoleum, or partial.  I don't
7  remember.
8    Q.      Okay.  And just to be clear, we are talking
9  about at the time of the fire?
10    A.      Yes.
11    Q.      Okay.  And, could you describe the layout of
12  the laundry room itself?
13    A.      So when you go into the laundry room, you
14  have the utility tub.  Like, if you're going in, you
15  are going to see the utility tub to the right.
16  Then, you're going to see the washing machine, and
17  then the dryer.  And, then there was also a closet.
18    Q.      Where was the closet in relation to the
19  washer and dryer?
20    A.      So the washer and dryer are along the wall
21  here, and then across from it is the closet.
22    Q.      And, the washer and dryer, do you remember
23  how far apart they were from each other?
24    A.      I don't recall.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

URSY A. VITALE

14

1    Q.    And, was the dryer in a corner?  Were there
2    two walls bordering it, or was it between something
3    else?
4    A.    I mean, there was a wall right there.
5    Q.    A wall on the backside?
6    A.    Yeah.  I mean, you know the wall of the
7    house, you know, they were, like, lined up next to
8    each other.
9    Q.    And if you are looking at the dryer, was
10   there a wall to the left, as well?
11   A.    Yeah.  There was space there.  Yeah, there
12   was a wall there.
13   Q.    Okay.  And, how much space was separating
14   that wall on the left from the dryer?
15   A.    I don't recall.
16   Q.    Okay.  Do you recall if there was more, or
17   less, than five feet?
18   A.    You're saying against the wall of the house,
19   the dryer up against the wall of the house?
20          MR. HUGHES:  Near the left wall of
21          the house.
22   BY MR. CARROLL:
23   Q.    It's my understanding if you are looking at
24   the dryer, the wall immediately behind it was the

15

1    wall of the house?
2    A.    Correct.
3    Q.    And, then there was also a wall to the left
4    of it?
5    A.    Correct.
6    Q.    Okay.  So the wall to the left of it, do you
7    recall if it was more, or less, than five feet away
8    from the dryer?
9    A.    I mean, I don't recall.  Maybe my husband
10   would remember.  I don't really -- I can't really
11   give you, you know -- no, I don't remember the
12   distance.
13   Q.    Okay.  And, what about between the dryer,
14   and the wall of the house?
15   A.    The back wall, I would say definitely -- I
16   would say a minimum of 12 inches.
17   Q.    And, did you keep anything above the dryer?
18   A.    No.
19   Q.    Was there any shelving at all in that room?
20   A.    No.
21   Q.    And, how far was the closet from the dryer?
22   A.    I probably would ask my husband.  Joe might
23   be able to give you a better idea.
24   Q.    Well, did you store anything around the

16

1    dryer?
2    A.    No.
3    Q.    What was stored in the closet?
4    A.    Like, laundry detergent.
5    Q.    Anything else?
6    A.    No.
7    Q.    Were there any windows in the laundry room?
8    A.    Yes.  There was one window.  Correct, one
9    window.
10   Q.    Where was the window?
11   A.    Kind of, like, where the utility -- like,
12   the utility tub, and then a little bit over, kind
13   of, like, near the washing machine, like, along the
14   wall there, a small window.
15   Q.    And, was the dryer exhausted anywhere?
16   A.    I --
17          MR. HUGHES:  Object to form.
18   BY MR. CARROLL:
19   Q.    Do you know if the dryer had any kind of
20   venting on it?
21   A.    I would talk to -- when you speak to my
22   husband about that, he can give you more information
23   about that.
24   Q.    Okay.  So, you don't know anything about the

17

1    venting?
2    A.    I handled more, you know, just everyday,
3    using the washer, and the dryer.
4          But as far as the maintenance, I would speak
5    to him about that.
6    Q.    Okay.  And the dryer, itself, did you
7    purchase it?
8    A.    No.
9    Q.    How did you come to acquire the dryer?
10   A.    When we bought the house, the dryer was
11   already in the house.
12   Q.    Okay.  And, do you know how old it was at
13   the time?
14   A.    No.
15   Q.    Was that something that you, like,
16   particularly negotiated for in purchasing the home,
17   or --
18   A.    No.
19   Q.    Do you remember discussing the dryer, and
20   washer, at any time during the purchase of the home?
21   A.    No discussions.
22   Q.    And when you moved into the home, was it
23   completely and fully installed?
24   A.    Yes.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

URSY A. VITALE

18

1  Q.     On the day of the fire, was it in the same
2  position it was when you originally purchased the
3  home?
4  A.     Yes.
5  Q.     And, did you receive any kind of
6  documentation in regards to the dryer when you
7  purchased the home?
8  A.     No.
9  Q.     And, you said that you are the primary user
10 of the dryer?
11 A.     Yes.
12 Q.     So, how often would you use the dryer?
13 A.     Probably about once a day, sometimes twice a
14 day.  But, mostly, I would say, like, once a day,
15 usually.
16 Q.     And, did you have any kind of typical loads
17 that you would do?
18 A.     Just, you know, regular clothing for the
19 family.  You know, bath towels, you know, something
20 like that.
21 Q.     What about, does anybody in the house have
22 some kind of work uniform, or anything, aside from
23 the usual cotton clothing?
24 A.     No.

19

1  Q.     What kind of detergent did you use?
2  A.     I don't really have a specific brand.  I
3  mean, it varies, whatever is on sale.  Yes, nothing,
4  like, in particular.
5  Q.     Do you use dryer sheets?
6  A.     Sometimes.
7  Q.     Do you know what kind?
8  A.     I think Bounce, maybe, or Snuggle.  I don't
9  usually.
10 Q.     Do you use any fabric softener?
11 A.     I do not.
12 Q.     Do you know if the washer has some kind of a
13 set load amount?
14 A.     Oh, the washing machine?  I don't recall.  I
15 don't remember if it did, or not.
16 Q.     Did you have any specific way of figuring
17 out how much to put into the washer?
18 A.     I mean, I just know, just from years of
19 doing laundry, not to overload it.  I mean, you just
20 take a medium load of laundry, just kind of use your
21 visual judgment on it, but...
22 Q.     And, did you ever put more than that amount
23 into the dryer?
24 A.     No.

20

1  Q.     And, did you have any problems with the
2  dryer prior to the day of the fire?
3  A.     No.
4  Q.     Did you ever find that clothes weren't
5  drying quick enough, or --
6           MR. HUGHES:  Object to form.
7           You can answer.
8           THE WITNESS:  No.
9  BY MR. CARROLL:
10 Q.     Did you ever find that your clothes had any
11 kind of holes in them, or otherwise damaged, after
12 coming out of the dryer?
13 A.     Never, no.
14 Q.     And, did you ever clean the dryer?
15           MR. HUGHES:  Object to form.
16           Can you describe what you mean by
17      "clean".  Are talking about cleaning the
18      lint filter?
19 BY MR. CARROLL:
20 Q.     Any kind of cleaning in, or around, the
21 dryer, let's start with that?
22 A.     Okay.  So every time, before I would turn
23 the dryer on, I always would clean the filter, you
24 know, take the lint screen out, you know, get the

21

1  lint out, and make sure it was clean.
2           And then, you know, occasionally, I would
3  take, you know, a paper towel, and clean, like, the
4  inside with little of water, and just kind of clean
5  around.
6  Q.     And when you say "the inside", what do you
7  mean?
8  A.     Like, around the edges, you know, just
9  the --
10 Q.     Are you talking about, still, where the lint
11 trap goes?
12 A.     Not in -- okay --
13      (Brief interruption.)
14           MR. HUGHES:  Basically, he's asking
15      you to describe where you clean the lint --
16 BY MR. CARROLL:
17 Q.     You said that you would use, like, a wet
18 paper towel to clean around.
19 A.     Yes.  I mean, just around, like, the edges
20 just to make sure that there was no, like, little
21 buildup or -- I don't know -- just anything.
22      Usually there wasn't but, you know, just a
23 little --
24           MR. HUGHES:  Are you referring to

6 (Pages 18 to 21)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

URSY A. VITALE

22

1     inside the drum?
2            THE WITNESS:  Yes, inside the drum.
3     I just kind of look around, and --
4     BY MR. CARROLL:
5     Q.      Okay.  So, the drum itself?
6     A.      Yes, just to make sure there's no, like, I
7     don't know, little dirt particles.  I don't know,
8     just -- you know, something like that.
9     Q.      Okay.  And when you said you cleaned the
10    lint trap, did you use your hand, or a dryer sheet,
11    or --
12    A.      I always use my hand, and just went through,
13    and made sure there was no remnants left over in
14    there.
15    Q.      And, did you do any other kind of cleaning
16    inside the dryer?
17           MR. HUGHES:  Object to form.
18           Could you be more specific with
19           what you mean by "inside the dryer"?
20           Are you talking about disassembling
21           the dryer, or are you talking about --
22           MR. CARROLL:  Anything inside the
23           four walls of the dryer in any way.
24           MR. HUGHES:  I'm still going to

23

1     object to the form.  Anything other than
2     what she's already testified to --
3            MR. CARROLL:  I mean, I don't want
4     to get too technical with her, you know.
5            MR. HUGHES:  But, I mean, I want to
6     be fair to the witness, and have -- part of
7     the defense in this case -- we can go off
8     the record here.
9            (Discussion held off the record.)
10    BY MR. CARROLL:
11    Q.      So, Ms. Vitale, you testified that you
12    cleaned the lint trap, and you testified that
13    cleaned inside the drum.
14           Did you otherwise take apart the dryer in
15    any way to clean other areas of it?
16    A.      No.
17    Q.      Okay.  And, what about outside of the dryer,
18    did you clean outside of it?
19           MR. HUGHES:  Are you talking about
20           the area around the dryer --
21           MR. CARROLL:  Yes.
22           MR. HUGHES:  -- or the dryer
23           itself?
24    BY MR. CARROLL:

24

1     Q.      So either between the dryer, and the washer,
2     or between the back wall, and the dryer?
3     A.      I mean, I would wipe down, you know, the
4     top, like if there was ever any dust.  You know,
5     what I would normally do, if I saw a little bit of
6     dust, just wipe it off and, you know...
7            MR. HUGHES:  And, specifically,
8            he's asking you the areas on the floor, like
9            around the dryer, did you ever sweep or
10           vacuum?
11           THE WITNESS:  Oh, yeah, definitely.
12           We would always sweep and vacuum, and things
13           like that, before.
14    BY MR. CARROLL:
15    Q.      Okay.  And, how often would you sweep and
16    vacuum around?
17    A.      Daily.  I mean, you know, every other day,
18    you know, just -- I would say a few times a week,
19    definitely, two to three times a week.
20    Q.      And, this cleaning of the area around the
21    dryer, did that ever include pulling the dryer out
22    from the wall?
23    A.      I would talk to my husband about that
24    because that's his area of -- I would direct, if you

25

1     have questions about that, to him.
2     Q.      Okay.  So when you personally cleaned the
3     area around the dryer, what would you do?
4     A.      I would just have a broom, and a dustpan,
5     and just go around, and get any visible dust.  I
6     have a little Dustbuster that I would go around, you
7     know, the area, and pick up any dust.
8     Q.      And, you personally never moved the dryer
9     out from the wall?
10    A.      No.
11    Q.      Did you ever personally disconnect any part
12    of the dryer?
13    A.      No.
14    Q.      Now, I know you testified you never had any
15    technical problems with the dryer prior to the day
16    of the fire.
17           But, did you ever have any kind of a dryer
18    technician come to clean the dryer?
19    A.      No.
20    Q.      Did you ever have a technician ever come
21    work on it in any way?
22    A.      No.
23    Q.      Now, I want to show you some documents.
24           MR. CARROLL:  Let's mark this as

7 (Pages 22 to 25)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

URSY A. VITALE

26

1      Vitale-2.
2            (Document marked Vitale Exhibit No.
3      2 for identification.)
4  BY MR. CARROLL:
5  Q.     I'm showing you what has been marked as
6  Vitale-2.  It's labeled Dryer Owner's Manual and
7  Installation Instructions.
8            Could you just take a look at that for a
9  second?
10  A.     (Witness complies.)
11  Q.     You don't have to read every word.  Just
12  familiarize yourself with the document.
13  A.     Okay.  I was just kind of looking through
14  it.  Okay.
15  Q.     Does this document look familiar at all to
16  you?
17  A.     I have never seen this before.
18  Q.     Have you ever seen any kind of Dryer Owner's
19  Manual or Installation Instructions before, either
20  with this dryer, or any other dryer?
21  A.     No.
22  Q.     Do you recall ever receiving any kind of
23  documentation with the dryer when you purchased the
24  home?

27

1  A.     No.
2  Q.     Had you owned a dryer prior to this dryer?
3  A.     Yes.
4  Q.     Do you recall ever receiving any
5  documentation with those dryers?
6  A.     I'm sure we did.  I don't remember ever
7  looking through it.
8  Q.     Okay.  I'm going to show you another
9  document here.
10            MR. CARROLL:  We'll mark this as
11      Vitale-3, please.
12            (Document marked Vitale Exhibit No.
13      3 for identification.)
14  BY MR. CARROLL:
15  Q.     Now, looking at what's been marked as
16  Vitale-3, I will represent to you this is actually
17  an engineering diagram here so that some of the
18  outside stuff, I want you to ignore.
19            But, just look at the part that says "Follow
20  This Check List For Best Drying Performance", and
21  then it lists a few items.
22  A.     Okay.
23  Q.     So looking at this checklist, do you
24  recognize this at all?

28

1  A.     No.
2  Q.     Have you ever seen this particular checklist
3  before?
4  A.     I have not.
5  Q.     Have you ever seen a checklist like this
6  with any other dryer?
7  A.     No.
8  Q.     Does any of that information look familiar
9  to you?
10            MR. HUGHES:  Look familiar as in
11      has she seen it before?
12            MR. CARROLL:  As in has she seen
13      information provided on this before?
14            THE WITNESS:  Well, I know always
15      clean your lint filter before every dryer
16      cycle.  And, that's something that I always
17      do, so...
18  BY MR. CARROLL:
19  Q.     It also references Installation
20  Instructions, and outdoor vent hoods.
21            Do either of those terms, or phrase, -- do
22  you recognize those phrases at all?
23  A.     Yes.  I mean...
24            MR. HUGHES:  He is asking you

29

1      generally, do you know what they mean?
2            THE WITNESS:  Yes, I understand
3      what they mean, you know, as far as making
4      sure you have proper, you know, ductwork,
5      nothing clogging it, you know.
6  BY MR. CARROLL:
7  Q.     Okay.  So while you haven't seen this
8  particular checklist, you are familiar with at least
9  those two aspects of the dryer?
10  A.     Sure.
11            (Document marked Exhibit Vitale No.
12      4 for identification.)
13  BY MR. CARROLL:
14  Q.     What's being marked as Vitale-4, I am going
15  to again tell you to go ahead and ignore what you
16  see on the outside.  What's important is what's
17  inside the box.
18  A.     Okay, sure.
19  Q.     Now, looking at what's within that box, do
20  you recognize ever seeing this before?
21  A.     No.
22  Q.     Do you recall ever seeing any kind of
23  stickers on the dryer?
24  A.     No.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

URSY A. VITALE

---

**30**

1  Q.    Did you ever look behind the dryer?
2  A.    No.
3  Q.    Did you ever look on the side of the dryer
4  between the washer -- or the side that's next to the
5  washer, I should say?
6  A.    No.
7  Q.    But, from what you could see on the dryer,
8  there were no stickers of any kind?
9  A.    No.
10        MR. HUGHES:  Object to form.
11    That's not what she said.  That
12    mischaracterizes her testimony.
13        You asked her if she saw this
14    sticker before, and she said no.
15        MR. CARROLL:  Well, then, I asked
16    if she had seen any stickers.
17        MR. HUGHES:  Okay.  Do you recall
18    seeing any stickers on the dryer?
19        THE WITNESS:  No.
20  BY MR. CARROLL:
21  Q.    Mrs. Vitale, I want to talk a little bit
22  about the day of the actual fire itself.
23        At the time of the fire, were you operating
24  the dryer?

---

**31**

1  A.    Yes.
2  Q.    And, could you tell me what you were using
3  it for?
4  A.    Just drying my children's clothes.  There
5  may have been a bath towel, or two, in there.  That
6  was pretty much it.
7  Q.    Do you recall the size of the load?
8  A.    I don't recall.  I don't really remember.
9  Q.    And before the load that you put in, that
10  ultimately was in during the fire, did you use it
11  any other time during the day?
12  A.    No.  I think that was the first time I --
13  actually, I don't remember.  I don't remember.
14  Q.    So, can you just take me from the point
15  where you put the load into the dryer, and tell me
16  what happened then?
17  A.    Okay.  So, I put the load into the dryer.  I
18  was making dinner for my kids.  I'm not sure how
19  long into it -- I mean, it probably was in there,
20  maybe -- I'm not sure how long, actually, the
21  clothes were in there.  But, I started to smell,
22  like, a smoke smell.
23  Q.    Where were you when you first started
24  smelling a smoke smell?

---

**32**

1  A.    I was in the kitchen, and I thought I
2  smelled a smoke smell.
3  Q.    And, the kitchen is on the same level as the
4  laundry room?
5  A.    Correct, yes.
6  Q.    So what happened after you smelled smoke?
7  A.    So, I kind of looked around for a minute.
8  And I knew I had clothes in the dryer, so I went
9  into the laundry room.  And when I opened the door
10  to the laundry room, I noticed a haze, like, in the
11  room, like a -- you could just tell like something
12  wasn't right in there.  There was kind of, like, a
13  little smokey look to the room.
14        Do you want me to continue?
15  Q.    Yes.
16  A.    Okay.  So, I opened the door to the dryer,
17  and I was kind of, like, looking around.  And when I
18  opened it, I saw, like, a little bit of, like, smoke
19  come out.  And, I was kind of alarmed when I saw
20  that.
21        So I went to look around for a fire
22  extinguisher, and at that point the smoke detectors
23  starting to go off in the house.  And my three kids
24  were home, and they were getting scared.  And when I

---

**33**

1  started to walk back into the laundry room, the room
2  started filling with black smoke.  And, I was
3  talking to the fire department -- I called them --
4  and she said to get out of the house immediately.
5  So, we all ran out.
6  Q.    And when you saw the smoke, was it coming
7  from anywhere in particular on, or in, the dryer?
8  A.    Well, when I went to -- okay, I did leave
9  out a part.
10        So when I came back, I noticed that flames
11  were shooting out of the dryer.  When I went
12  through -- I forgot to put that part in there --
13  when I was moving the clothes around, that's when I
14  saw flames coming out of the dryer.  So that's when
15  I went to go get the fire extinguisher.  And then
16  when I came back, that's when the room started to
17  fill with -- I'm sorry, it's a little traumatic to
18  talk about.
19  Q.    No problem.  Take your time.
20        So, you saw the flames, and then you left
21  the room, and then you came back to the room?
22  A.    I was looking for -- I went to go get a fire
23  extinguisher, and then when I came back, I could see
24  black smoke started to come out, and the room --

---

**9 (Pages 30 to 33)**

**URSY A. VITALE**

34

1  Q.      Okay.  I didn't tell you this instruction
2  earlier, but if you need to take a break at any
3  time, please just let me know.  We're happy to take
4  a break.  Okay?
5  A.      Okay.
6  Q.      So the first time you saw flames in the
7  dryer, where, specifically, was it coming from?
8  A.      I mean, I'm trying to remember because it
9  was so upsetting but it was kind of, like, from the
10  bottom.  It looked to me as though the bottom, I saw
11  flames shooting upward.
12  Q.      And when you say the bottom, was it within
13  the drum or, you know, sort of underneath the dryer?
14  A.      I mean, I don't know.  I just saw flames.  I
15  don't, you know -- you know, I can't really specify.
16         You know, when you see flames, you get
17  scared.  So you think ut-oh, I'd better do
18  something.  So, that's when I went to go get the
19  fire extinguisher.
20  Q.      And the second time when you came back --
21  A.      Well, that's when I heard, kind of, like a
22  weird noise, and then all of a sudden very thick
23  black/gray smoke started pouring out of the dryer,
24  and it started to fill the house very quickly.  And,

35

1  that's -- you know, the kids were screaming, and we
2  ran out of the house.
3  Q.      When you say you heard a noise, can you
4  describe what that noise was like?
5  A.      Honestly, I don't.  I don't even know how to
6  describe it.  I don't know what the noise was, or
7  where it came from.  I just heard, you know, some
8  type of a noise.
9  Q.      Was it like a bang, or a screech?
10  A.      I don't remember.
11  Q.      Had you ever heard that noise before?
12  A.      No.
13  Q.      And, you said you're not sure where it came
14  from?
15  A.      I mean, it came from the laundry room.
16  Q.      Okay.
17  A.      You know, right before I heard the noise,
18  and then all of a sudden, you know, I could see more
19  black smoke started pouring out.
20  Q.      Could you tell specifically where in the
21  laundry room it was coming from?
22  A.      No.
23  Q.      And, what happened after you left the house?
24  A.      Well, at that point, you know, the fire

36

1  company was already alerted, and we were standing
2  outside waiting for the fire company to come.
3  Q.      When the fire department came, did you speak
4  with anyone?
5  A.      They just asked me, you know, if everybody
6  was out of the home.  I said they were.  And, you
7  know, they just went in, and started doing what they
8  do to try to control the fire.
9  Q.      Do you remember anyone from the fire
10  department telling you anything about the fire?
11  A.      No.  I didn't speak with anybody until later
12  on.  You know, they said they were able to contain
13  it, you know, a while later.  But, they didn't
14  really speak to me while they were taking care of
15  it.
16  Q.      Did they ever speak to you about the source
17  of the fire?
18  A.      I mean, I told them that, you know, there
19  was a fire in the laundry room.  Actually, I
20  think -- I think someone, actually, when they first
21  came, there was a first responder, and he said, "Do
22  you know where the fire started?"  And I said, "My
23  dryer caught on fire."
24         So, I did speak to someone who actually --

37

1  I'm sorry, I recall speaking to someone who first
2  came out, and I told them that the fire was in the
3  laundry room because they kind of wanted to know
4  what -- like, they were trying to figure out what
5  way they wanted to get into, like, the source of
6  where it was, to give them, like, a better idea.
7  Q.      Do you know how long the fire department was
8  at your home?
9  A.      Oh, I don't -- I mean, it's a blur.  I mean,
10  hours.  I don't have a specific, you know -- I mean,
11  I know we didn't leave till almost midnight.  We got
12  into a hotel, it was after -- it was like 12:30 at
13  night.  I don't know.  Hours.
14  Q.      Was the fire department still at your home
15  when you left that night?
16  A.      I think they waited until someone came to
17  board up the house.  And then once they boarded up
18  the house, we all -- we left after they boarded up
19  the house.  So, actually, I don't know if anybody
20  was still there.  Once the house was secure, we left
21  with the kids.
22  Q.      Do you remember what happened to the dryer
23  afterwards?
24  A.      I don't know.  I mean, it was dark at that

**10 (Pages 34 to 37)**

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

URSY A. VITALE

38

1    point.  I don't know what happened to the dryer.
2    Q.    Do you recall ever seeing the dryer again
3    after that day?
4    A.    Well, when the adjusters came out from the
5    insurance company, we met them at the home, and the
6    dryer was outside in our backyard.
7    Q.    Do you remember when that was?
8    A.    The fire was on September 4th.  They came
9    out a couple days later.  I don't remember the exact
10   date.
11   Q.    Was the dryer underneath anything?  Did it
12   have a tarp over it in any way, or was it just
13   sitting out in the yard?
14   A.    I don't remember.
15   Q.    And, you said that you went to a hotel the
16   night of the fire?
17   A.    Correct.
18   Q.    How long were you out of your home following
19   the fire?
20   A.    Oh, total, or just --
21   Q.    Total.
22   A.    It was over 10 months, or 10, plus months.
23   I would have to look at a calendar to give you an
24   exact, but it was definitely a good 10 months, I

39

1    would say.
2    Q.    And, could you describe for me what kind of
3    damage was done to the home?
4    A.    I mean, my husband could probably get more
5    into detail with you.  I mean, there was extensive
6    smoke damage, obviously.  You know, everything had
7    to get pretty much -- almost everything had to get
8    redone.  But, he could get into more detail,
9    probably, with you because he was working, I think,
10   closely with our contractor.
11   Q.    Well, was there structural damage to the
12   home, do you know?
13   A.    You probably will have to talk to him more
14   about that.
15   Q.    Okay.  But, you said that there was damage
16   to the contents?
17   A.    Oh, definitely, yes.
18   Q.    Was there anything that was not
19   smoke-damaged from the fire?
20   A.    Some clothes were laundered.  You know we
21   got back clothes, but that was pretty much it.  I
22   mean, everything else was damaged.
23   Q.    And, has your home since been fully
24   repaired?

40

1    A.    Yes.
2    Q.    Are you satisfied with all the repairs that
3    were done?
4    A.    Yes.
5    Q.    And, have you submitted all of the claims
6    that you intend to submit to your insurance company?
7    A.    Yes.
8          MR. CARROLL:  Okay.  I think that's
9    all I have for her.
10         MR. HUGHES:  Okay.
11         MR. CARROLL:  Do you have any
12   questions?
13         MR. HUGHES:  Yes, I do.
14   BY MR. HUGHES:
15   Q.    Mrs. Vitale, I just have a few questions for
16   you.
17         First and foremost, were you aware that this
18   type of dryer allows lint to collect in areas that
19   are not visible to the user, and near the heat
20   source, which present a fire hazards?
21         MR. CARROLL:  Objection.
22   BY MR. HUGHES:
23   Q.    Are you aware of that?
24   A.    No, I was not.

41

1    Q.    You testified earlier that the subject dryer
2    came with the purchase of the house.  Correct?
3    A.    Correct.
4    Q.    Okay.  And, that you were not provided with
5    a copy of the Owner's Manual, that's marked as
6    Vitale-2, when you acquired the dryer.  Correct?
7    A.    Correct.
8    Q.    Okay.  Were you aware that the manufacturer
9    recommends that the dryer should be completely
10   disassembled, and lint cleaned out of the dryer by a
11   qualified technician?
12   A.    No, I was not aware.
13   Q.    Okay.  If there was a sticker, or some type
14   of warning on the dryer in a conspicuous place that
15   told you that if you didn't have a qualified
16   technician, or if you didn't have the dryer
17   completely disassembled, and cleaned out, that lint
18   could accumulate near the dryer's heat source, and
19   cause a fire, would you follow that instruction?
20   A.    Yes.
21   Q.    Okay.  You said you cleaned the lint filter
22   out before and after every time you used it.  Is
23   that correct?
24   A.    Correct.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

URSY A. VITALE

42

1   Q.    Was the lint filter always in the dryer?
2   A.    Yes, always.
3   Q.    Okay.  You never operated the dryer without
4  the lint filter; is that correct?
5   A.    Never.
6          MR. HUGHES:  Okay.  Those are all
7  the questions I have for you.
8          THE WITNESS:  Okay.
9          MR. CARROLL:  No followup.
10
11        (Witness excused.)
12        (Deposition concluded at 6:56
13  p.m.)
14          - - -
15
16
17
18
19
20
21
22
23
24

44

E R R A T A

PAGE    LINE     CORRECTION

1
2
3
4
5  ----    ----    ------------------------------
6  ----    ----    ------------------------------
7  ----    ----    ------------------------------
8  ----    ----    ------------------------------
9  ----    ----    ------------------------------
10  ----    ----    ------------------------------
11  ----    ----    ------------------------------
12  ----    ----    ------------------------------
13  ----    ----    ------------------------------
14  ----    ----    ------------------------------
15  ----    ----    ------------------------------
16  ----    ----    ------------------------------
17  ----    ----    ------------------------------
18  ----    ----    ------------------------------
19  ----    ----    ------------------------------
20  ----    ----    ------------------------------
21  ----    ----    ------------------------------
22  ----    ----    ------------------------------
23  ----    ----    ------------------------------
24  ----    ----    ------------------------------

43

INSTRUCTIONS TO WITNESS

1
2
3      Please read your deposition over carefully
4  and make any necessary corrections.  You should
5  state the reason in the appropriate space on the
6  errata sheet for any corrections that are made.
7      After do so, please sign the errata sheet
8  and date it.
9      You are signing same subject to the changes
10  you have noted on the errata sheet, which will be
11  attached to your deposition.
12      It is imperative that you return the
13  original errata sheet to deposing attorney within
14  thirty (30) days of receipt of the deposition
15  transcript by you.  If you fail to do so, the
16  deposition transcript may be deemed to be accurate
17  and may be used in court.
18
19
20
21
22
23
24

45

ACKNOWLEDGEMENT OF DEPONENT

1
2
3      I _____, do hereby
4  certify that I have read the foregoing pages
5  _____ to _____ and that the same is a correct
6  transcription of the answers given by me to the
7  questions therein set forth, except for the
8  corrections or changes in form or substance, if any,
9  noted in the attached Errata sheet.
10
11     - - - - - - - - - - - - - - - - - - - - - - -
12
13      Subscribed and sworn to before me this
14  _____day of _____, _____.
15
16  My commission expires:
17
18
19  _____
20  Notary Public
21
22
23
24

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

URSY A. VITALE

46

```
 1              CERTIFICATE
 2
 3       I HEREBY CERTIFY that the proceedings,
 4   evidence and objections are contained fully and
 5   accurately in the stenographic notes taken by me
 6   upon the Deposition of URSY A. VITALE, December 23,
 7   2016, and that this is a true and correct transcript
 8   of same.
 9
10
11
12
13
             _____
14       DONNA HUNTER
         Registered Professional Reporter
15       and Notary Public
16
17
18       (The foregoing certification of
19   this transcript does not apply to any
20   reproduction of the same by any means,
21   unless under the direct control and/or
22   supervision of the certifying reporter.)
23
24
```

47

```
 1              Exhibit Vitale-1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

48

```
 1              Exhibit Vitale-2
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

49

```
 1              Exhibit Vitale-3
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

URSY A. VITALE

50

1               Exhibit Vitale-4
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

14 (Page 50)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

URSY A. VITALE

**A**

**ability** 5:2,22
**able** 6:8 15:23 36:12
**acceptable** 6:7
**accumulate** 41:18
**accurate** 43:16
**accurately** 46:5
**ACKNOWLEDG...**
 45:1
**acquire** 17:9
**acquired** 41:6
**actual** 30:22
**address** 7:8,14
**adjusters** 38:4
**ages** 7:21
**ago** 6:4
**ahead** 7:5 29:15
**alarmed** 32:19
**alerted** 36:1
**allow** 6:17
**allows** 40:18
**amount** 19:13,22
**Andrew** 2:8 4:16
**and/or** 46:21
**answer** 5:20,21 6:5
 6:18 20:7
**answers** 5:2 45:6
**anticipate** 6:15
**anybody** 18:21 36:11
 37:19
**apart** 13:23 23:14
**apply** 46:19
**appreciate** 5:16 6:9
**appropriate** 43:5
**approximate** 6:9
**area** 8:18 11:8,13,17
 23:20 24:20,24 25:3
 25:7
**areas** 8:16 23:15 24:8
 40:18
**aside** 18:22
**asked** 30:13,15 36:5
**asking** 6:3 21:14 24:8
 28:24
**aspects** 29:9
**assume** 5:20
**attached** 3:10 43:11

45:9
**attended** 8:24
**attorney** 4:16 43:13
**aware** 40:17,23 41:8
 41:12

**B**

**B** 3:9
**back** 11:9,9 15:15
 24:2 33:1,10,16,21
 33:23 34:20 39:21
**background** 4:24
 8:23
**backside** 14:5
**backyard** 12:7 38:6
**bang** 35:9
**basement** 8:20
**basically** 4:22 21:14
**bath** 18:19 31:5
**bathroom** 11:17
**believe** 5:7
**Bell** 1:16 2:5
**best** 5:2,22 27:20
**better** 15:23 34:17
 37:6
**bit** 8:22 9:1 16:12
 24:5 30:21 32:18
**black** 33:2,24 35:19
**black/gray** 34:23
**Blue** 1:16 2:5
**blur** 37:9
**board** 37:17
**boarded** 37:17,18
**bordering** 14:2
**bottom** 34:10,10,12
**bought** 10:3 17:10
**Bounce** 19:8
**box** 8:17,19 29:17,19
**brand** 19:2
**break** 34:2,4
**breed** 8:11
**Brief** 21:13
**broom** 25:4
**buildup** 21:21

**C**

**C** 2:1

**cabinets** 10:5,7
**calendar** 38:23
**called** 4:19 33:3
**care** 9:6 36:14
**carefully** 43:3
**Carroll** 2:8 3:6 4:14
 4:16 9:21 14:22
 16:18 20:9,19 21:16
 22:4,22 23:3,10,21
 23:24 24:14 25:24
 26:4 27:10,14 28:12
 28:18 29:6,13 30:15
 30:20 40:8,11,21
 42:9
**case** 4:18 23:7
**cat** 8:9,10
**caught** 36:23
**cause** 41:19
**CERTIFICATE** 46:1
**certification** 4:3
 46:18
**certify** 45:4 46:3
**certifying** 46:22
**changes** 43:9 45:8
**Check** 27:20
**checklist** 3:14 27:23
 28:2,5 29:8
**children** 7:19,20 8:1
**children's** 31:4
**claims** 40:5
**clean** 20:14,17,23
 21:1,3,4,15,18
 23:15,18 25:18
 28:15
**cleaned** 22:9 23:12
 23:13 25:2 41:10,17
 41:21
**cleaning** 20:17,20
 22:15 24:20
**clear** 5:15 6:11,19
 13:8
**clogging** 29:5
**closely** 39:10
**closet** 13:17,18,21
 15:21 16:3
**clothes** 20:4,10 31:4
 31:21 32:8 33:13

39:20,21
**clothing** 18:18,23
**collect** 40:18
**College** 8:24
**Colonial** 10:9
**come** 17:9 25:18,20
 32:19 33:24 36:2
**coming** 6:16 20:12
 33:6,14 34:7 35:21
**commencing** 1:17
**commission** 45:16
**Community** 8:24
**company** 36:1,2 38:5
 40:6
**completely** 17:23
 41:9,17
**complies** 26:10
**concluded** 42:12
**connect** 11:14
**connection** 5:10
 10:12
**conspicuous** 41:14
**construction** 10:2
**contain** 36:12
**contained** 46:4
**contents** 39:16
**continue** 11:7 32:14
**contractor** 39:10
**control** 36:8 46:21
**copy** 41:5
**corner** 14:1
**Corporate** 2:8
**correct** 8:2 12:23
 15:2,5 16:8 32:5
 38:17 41:2,3,6,7,23
 41:24 42:4 45:5
 46:7
**CORRECTION** 44:3
**corrections** 43:4,6
 45:8
**cosmetic** 10:4
**cotton** 18:23
**counsel** 2:6,10 4:3
**countertops** 10:5,9
**couple** 38:9
**court** 1:1,21 5:5
 43:17

URSY A. VITALE

52

current 7:21
currently 9:5
cycle 28:16

**D**

D 3:3
Daily 24:17
damage 39:3,6,11,15
damaged 20:11 39:22
dark 37:24
date 38:10 43:8
day 18:1,13,14,14
  20:2 24:17 25:15
  30:22 31:11 38:3
  45:14
days 39:9 43:14
December 1:17 46:6
deemed 43:16
defendant 2:10 4:17
defense 23:7
definitely 15:15
  24:11,19 38:24
  39:17
degrees 9:2
deLUCA 1:14 2:2
DEMANDED 1:4
department 33:3
  36:3,10 37:7,14
DEPONENT 45:1
deposed 4:20
deposing 43:13
deposition 1:6,12
  4:19,22 6:23 7:2
  42:12 43:3,11,14,16
  46:6
describe 13:11 20:16
  21:15 35:4,6 39:2
DESCRIPTION 3:10
detail 39:5,8
detectors 32:22
detergent 16:4 19:1
diagram 27:17
dining 11:10,17
dinner 31:18
direct 24:24 46:21
dirt 22:7
disassembled 41:10

41:17
disassembling 22:20
disconnect 25:11
discussing 17:19
Discussion 23:9
discussions 17:21
distance 15:12
distances 6:4
DISTRICT 1:1,2
document 26:2,12,15
  27:9,12 29:11
documentation 18:6
  26:23 27:5
documents 25:23
doing 19:19 36:7
DONNA 1:13 46:14
door 10:23 11:18,19
  11:22,22 12:2,3,5,6
  12:10,11,11,14,15
  12:15,16,18 32:9,16
doors 11:21,24 12:8
drum 22:1,2,5 23:13
  34:13
dryer 3:12 13:17,19
  13:20,22 14:1,9,14
  14:19,24 15:8,13,17
  15:21 16:1,15,19
  17:3,6,9,10,19 18:6
  18:10,12 19:5,23
  20:2,12,14,21,23
  22:10,16,19,21,23
  23:14,17,20,22 24:1
  24:2,9,21,21 25:3,8
  25:12,15,17,18 26:6
  26:18,20,23 27:2
  27:2 28:6,15 29:9
  29:23 30:1,3,7,18
  30:24 31:15,17 32:8
  32:16 33:7,11,14
  34:7,13,23 36:23
  37:22 38:1,2,6,11
  40:18 41:1,6,9,10
  41:14,16 42:1,3
dryers 27:5
dryer's 41:18
drying 3:14 20:5
  27:20 31:4

ductwork 29:4
duly 4:9
dust 24:4,6 25:5,7
Dustbuster 25:6
dustpan 25:4

**E**

E 1:15 2:1,1,4 3:3,9
  44:1
earlier 34:2 41:1
easier 6:19
EASTERN 1:2
edges 21:8,19
educational 8:23
eight-year-old 7:22
either 24:1 26:19
  28:21
electrical 10:11
Electrolux 1:9 2:11
  4:18
engineering 27:17
entire 13:3
entry 11:1
errata 43:6,7,10,13
  45:9
ERSA 1:21
ESQUIRE 2:3,8
estimating 6:11
evening 4:15
everybody 36:5
everyday 17:2
evidence 46:4
exact 6:5,12 38:9,24
EXAMINATION 1:7
examined 4:9
excused 42:11
exhausted 16:15
Exhibit 9:19 26:2
  27:12 29:11 47:1
  48:1 49:1 50:1
expires 45:16
explain 10:21
extensive 39:5
extinguisher 32:22
  33:15,23 34:19

**F**

fabric 19:10
fail 43:15
fair 23:6
familiar 26:15 28:8
  28:10 29:8
familiarize 26:12
family 11:4 18:19
far 13:23 15:21 17:4
  29:3
feet 14:17 15:7
figure 37:4
figuring 19:16
fill 33:17 34:24
filling 33:2
filter 20:18,23 28:15
  41:21 42:1,4
find 20:4,10
fire 5:1 7:23 13:9
  18:1 20:2 25:16
  30:22,23 31:10
  32:21 33:3,15,22
  34:19 35:24 36:2,3
  36:8,9,10,17,19,22
  36:23 37:2,7,14
  38:8,16,19 39:19
  40:20 41:19
first 5:13 6:24 10:3
  10:24 11:4,7 31:12
  31:23 34:6 36:20,21
  37:1 40:17
five 7:16 8:5 14:17
  15:7
flames 33:10,14,20
  34:6,11,14,16
floor 11:6,7 13:3 24:8
flooring 12:24
follow 27:19 41:19
following 38:18
follows 4:10
followup 42:9
foregoing 45:4 46:18
foremost 40:17
forgot 33:12
form 4:5 16:17 20:6
  20:15 22:17 23:1
  30:10 45:8
formal 11:1,10

forth 45:7
four 22:23
front 10:23
full 6:17 7:7 13:6
fully 17:23 39:23
  46:4

_____

**G**

generally 29:1
getting 32:24
give 15:11,23 16:22
  37:6 38:23
given 45:6
glass 12:12,20
Glen 7:10
go 5:11 7:3,5 11:8,12
  11:13 13:13 23:7
  25:5,6 29:15 32:23
  33:15,22 34:18
goes 21:11
going 4:23 5:1,6,7,20
  6:3 9:17 13:14,15
  13:16 22:24 27:8
  29:14
good 4:15 38:24
great 6:9
ground 5:11
Group 2:7 4:17

_____

**H**

H 3:9
half 12:19,21,23
hand 22:10,12
handled 17:2
hangout 8:15
happened 31:16 32:6
  35:23 37:22 38:1
happy 5:24 34:3
hazards 40:20
haze 32:10
head 5:14
heard 34:21 35:3,7
  35:11,17
heat 40:19 41:18
held 23:9
holes 20:11
home 1:9 2:11 4:24

9:5,12,23 10:1,2,22
  17:16,20,22 18:3,7
  26:24 32:24 36:6
  37:8,14 38:5,18
  39:3,12,23
Honestly 35:5
hoods 28:20
hopefully 5:11
hotel 37:12 38:15
hours 37:10,13
house 3:11 8:14 9:7,9
  10:3,17 11:4,9 14:7
  14:18,19,21 15:1,14
  17:10,11 18:21
  32:23 33:4 34:24
  35:2,23 37:17,18,19
  37:20 41:2
Hughes 2:3 3:7 4:12
  6:23 14:20 16:17
  20:6,15 21:14,24
  22:17,24 23:5,19,22
  24:7 28:10,24 30:10
  30:17 40:10,13,14
  40:22 42:6
HUNTER 1:13 46:14
husband 7:18 8:5
  10:7 15:9,22 16:22
  24:23 39:4

_____

**I**

idea 15:23 37:6
identification 9:20
  26:3 27:13 29:12
ignore 27:18 29:15
II 2:8
immediately 14:24
  33:4
imperative 43:12
important 6:14,16
  29:16
inches 15:16
include 24:21
Indicating 11:2
information 16:22
  28:8,13
initial 7:9
inside 21:4,6 22:1,2

22:16,19,22 23:13
  29:17
Installation 3:13 26:7
  26:19 28:19
installed 17:23
instruction 34:1
  41:19
Instructions 3:13
  26:7,19 28:20 43:1
insurance 38:5 40:6
intend 40:6
interruption 21:13
issues 10:17
items 27:21

_____

**J**

job 5:5
Joe 7:18 15:22
JOSEPH 1:5 2:14
judgment 19:21
June 7:15 9:15
JURY 1:4

_____

**K**

keep 15:17
kids 31:18 32:23 35:1
  37:21
kind 8:10,15 10:2,11
  10:14 12:24 16:11
  16:12,19 18:5,16,22
  19:1,7,12,20 20:11
  20:20 21:4 22:3,15
  25:17 26:13,18,22
  29:22 30:8 32:7,12
  32:17,19 34:9,21
  37:3 39:2
kindly 10:21
kitchen 10:5 11:8,11
  32:1,3
knew 32:8
know 6:1,5,6 11:16
  14:6,7 15:11 16:19
  16:24 17:2,12 18:18
  18:19,19 19:7,12,18
  20:24,24 21:2,3,8
  21:21,22 22:7,7,8
  23:4 24:3,4,6,17,18

25:7,14 28:14 29:1
  29:3,4,5 34:3,13,14
  34:15,15,16 35:1,5
  35:6,7,17,18,24
  36:5,7,12,13,18,22
  37:3,7,10,11,13,19
  37:24 38:1 39:6,12
  39:20

_____

**L**

labeled 26:6
Lane 7:10,17 9:11,23
laundered 39:20
laundry 11:13,15,18
  11:19,23 12:1,3,4
  12:10,19 13:1,12,13
  16:4,7 19:19,20
  32:4,9,10 33:1
  35:15,21 36:19 37:3
Law 2:7 4:17
layout 10:22 13:11
lead 11:24
leading 11:5,23 12:2
  12:10,11
leave 33:8 37:11
led 11:18 12:5,6
left 5:4 11:3,12 14:10
  14:14,20 15:3,6
  22:13 33:20 35:23
  37:15,18,20
let's 20:21 25:24
level 32:3
LEVINE 1:15 2:2
likes 8:15
Line 1:16 2:4 44:3
lined 14:7
linoleum 13:2,3,6
lint 20:18,24 21:1,10
  21:15 22:10 23:12
  28:15 40:18 41:10
  41:17,21 42:1,4
List 27:20
lists 27:21
litter 8:17,19
little 7:15 8:22 9:1
  16:12 21:4,20,23
  22:7 24:5 25:6

URSY A. VITALE

54

30:21 32:13,18
    33:17
**live** 7:17
**lived** 7:13
**living** 8:1,3 9:4 11:1
**LLC** 1:15 2:2
**load** 19:13,20 31:7,9
    31:15,17
**loads** 18:16
**long** 7:13 9:6,14
    31:19,20 37:7 38:18
**look** 22:3 26:8,15
    27:19 28:8,10 30:1
    30:3 32:13,21 38:23
**looked** 32:7 34:10
**looking** 9:22 14:9,23
    26:13 27:7,15,23
    29:19 32:17 33:22
**lower** 12:21

---
### M
**machine** 13:16 16:13
    19:14
**maintenance** 17:4
**making** 29:3 31:18
**Manual** 26:6,19 41:5
**manufacturer** 41:8
**Maple** 7:10
**Marble** 10:9
**mark** 25:24 27:10
**marked** 3:10 9:18,19
    9:22 26:2,5 27:12
    27:15 29:11,14 41:5
**material** 12:9
**mean** 8:15 14:4,6
    15:9 19:3,18,19
    20:16 21:7,19 22:19
    23:3,5 24:3,17
    28:23 29:1,3 31:19
    34:8,14 35:15 36:18
    37:9,9,10,24 39:4,5
    39:22
**means** 46:20
**Media** 2:9
**medium** 19:20
**meet** 6:22
**met** 38:5

**middle** 7:9
**midnight** 37:11
**minimum** 15:16
**minute** 32:7
**mischaracterizes**
    30:12
**months** 38:22,22,24
**moved** 7:15 17:22
    25:8
**moving** 33:13

---
### N
**N** 2:1 3:3
**name** 4:15 7:7
**near** 14:20 16:13
    40:19 41:18
**necessary** 43:4
**need** 7:3 34:2
**negotiated** 17:16
**never** 10:19 20:13
    25:8,14 26:17 42:3
    42:5
**new** 10:4
**Nicolson** 2:7 4:16
**night** 37:13,15 38:16
**noes** 5:16
**noise** 34:22 35:3,4,6
    35:8,11,17
**noncosmetic** 10:12
**normally** 24:5
**North** 2:9
**Notary** 1:14 45:20
    46:15
**noted** 43:10 45:9
**notes** 46:5
**noticed** 32:10 33:10
**NUMBER** 3:10

---
### O
**object** 16:17 20:6,15
    22:17 23:1 30:10
**Objection** 40:21
**objections** 4:4 46:4
**obviously** 39:6
**occasionally** 21:2
**occurred** 7:23
**Offices** 1:14

**Oh** 19:14 24:11 37:9
    38:20 39:17
**okay** 5:3,18 6:2,13,22
    7:2,5 8:22 10:24
    11:24 12:14 13:8,11
    14:13,16 15:6,13
    16:24 17:6,12 20:22
    21:12 22:5,9 23:17
    24:15 25:2 26:13,14
    27:8,22 29:7,18
    30:17 31:17 32:16
    33:8 34:1,4,5 35:16
    39:15 40:8,10 41:4
    41:8,13,21 42:3,6,8
**old** 7:20 17:12
**once** 18:13,14 37:17
    37:20
**opened** 32:9,16,18
**operated** 42:3
**operating** 3:12 30:23
**opportunity** 6:22
**ORAL** 1:7,12
**original** 43:13
**originally** 18:2
**outdoor** 28:20
**outside** 12:6 23:17,18
    27:18 29:16 36:2
    38:6
**overload** 19:19
**owned** 9:14 27:2
**Owner's** 26:6,18 41:5

---
### P
**P** 2:1,1
**PA** 1:16,22 2:5,9 7:10
**Page** 3:6,7,10,10 44:3
**pages** 45:4
**panes** 12:13,22
**paper** 21:3,18
**part** 12:22 23:6 25:11
    27:19 33:9,12
**partial** 13:6
**particles** 22:7
**particular** 19:4 28:2
    29:8 33:7
**particularly** 17:16
**PATRICK** 2:3

**PENNSYLVANIA**
    1:2
**perfectly** 6:6
**Performance** 27:20
**personally** 25:2,8,11
**pets** 8:6,8
**Philadelphia** 1:22
    8:24
**Photograph** 3:11
    9:19
**phrase** 28:21
**phrases** 28:22
**pick** 25:7
**picture** 9:18
**place** 41:14
**Plaintiffs** 2:6
**Plaza** 1:22
**please** 5:13 7:7 27:11
    34:3 43:3,7
**plus** 38:22
**point** 31:14 32:22
    35:24 38:1
**position** 18:2
**possible** 5:12
**pouring** 34:23 35:19
**powder** 11:12,14,19
    11:22
**prepare** 5:6
**present** 2:13 40:20
**pretty** 31:6 39:7,21
**primary** 18:9
**prior** 20:2 25:15 27:2
**probably** 15:22 18:13
    31:19 39:4,9,13
**problem** 33:19
**problems** 20:1 25:15
**proceedings** 46:3
**process** 7:4
**Products** 1:9 2:11
**Professional** 1:13
    46:14
**proper** 29:4
**provide** 5:1,19 7:7
**provided** 28:13 41:4
**Providence** 2:9
**providing** 6:12,18
**Public** 1:14 45:20

URSY A. VITALE

46:15
**pulling** 24:21
**purchase** 17:7,20
   41:2
**purchased** 9:15 18:2
   18:7 26:23
**purchasing** 10:1
   17:16
**Purdie** 7:9,11,17 9:11
   9:23
**purpose** 5:8
**put** 10:4,7 19:17,22
   31:9,15,17 33:12
**P-U-R-D-I-E** 7:11
**p.m** 1:17 42:13

**Q**

**qualified** 41:11,15
**question** 4:5 5:19,21
   5:24 6:16,17
**questions** 4:24 6:4
   25:1 40:12,15 42:7
   45:7
**question-and-answ...**
   4:23
**quick** 20:5
**quickly** 34:24

**R**

**R** 2:1 44:1,1
**ran** 33:5 35:2
**read** 26:11 43:3 45:4
**reading** 4:12
**really** 8:16 15:10,10
   19:2 31:8 34:15
   36:14
**reason** 5:23 43:5
**recall** 6:6 8:16,21
   13:4,6,24 14:15,16
   15:7,9 19:14 26:22
   27:4 29:22 30:17
   31:7,8 37:1 38:2
**receipt** 43:14
**receive** 18:5
**receiving** 26:22 27:4
**recognize** 27:24
   28:22 29:20

**recommends** 41:9
**record** 5:16 6:18 7:8
   23:8,9
**redone** 39:8
**references** 28:19
**referring** 21:24
**regards** 18:6
**Registered** 1:13
   46:14
**regular** 18:18
**relation** 13:18
**remember** 8:19 10:6
   10:8 13:5,7,22
   15:10,11 17:19
   19:15 27:6 31:8,13
   31:13 34:8 35:10
   36:9 37:22 38:7,9
   38:14
**remnants** 22:13
**renovations** 10:14
**repaired** 10:19 39:24
**repairs** 40:2
**rephrase** 6:1
**reporter** 1:14 4:11
   5:5 46:14,22
**Reporters** 1:21
**represent** 27:16
**representing** 4:17
**reproduction** 46:20
**reserved** 4:5
**responder** 36:21
**response** 6:12
**responses** 5:14,17
**return** 43:12
**review** 5:7
**right** 5:4 9:16 11:1,2
   13:15 14:4 32:12
   35:17
**right-hand** 11:9
**Road** 1:16 2:4,9
**room** 11:1,4,10,12,13
   11:14,15,18,19,20
   11:22,23 12:1,3,4,5
   12:6,10,12,15,18,19
   13:1,12,13 15:19
   16:7 32:4,9,10,11
   32:13 33:1,1,16,21

33:21,24 35:15,21
   36:19 37:3
**Rose** 2:8
**rules** 5:11

**S**

**S** 2:1 3:9
**sale** 19:3
**satisfied** 40:2
**saw** 24:5 30:13 32:18
   32:19 33:6,14,20
   34:6,10,14
**saying** 6:20 14:18
**says** 27:19
**scared** 32:24 34:17
**screaming** 35:1
**screech** 35:9
**screen** 20:24
**sealing** 4:3
**seated** 5:4
**second** 11:5 26:9
   34:20
**section** 13:5
**secure** 37:20
**see** 11:5 13:15,16
   29:16 30:7 33:23
   34:16 35:18
**seeing** 29:20,22 30:18
   38:2
**seen** 6:24 26:17,18
   28:2,5,11,12 29:7
   30:16
**separate** 11:16,21,21
   11:22
**separating** 14:13
**September** 7:24 38:8
**session** 4:23
**set** 19:13 45:7
**seven-year-old** 7:22
**shakes** 5:14
**shed** 8:12
**sheet** 22:10 43:6,7,10
   43:13 45:9
**sheets** 19:5
**shelving** 15:19
**shooting** 33:11 34:11
**show** 9:17 25:23 27:8

**showing** 26:5
**side** 11:10 30:3,4
**sign** 43:7
**signing** 4:13 43:9
**sitting** 38:13
**size** 31:7
**small** 16:14
**smell** 31:21,22,24
   32:2
**smelled** 32:2,6
**smelling** 31:24
**smoke** 9:9 31:22,24
   32:2,6,18,22 33:2,6
   33:24 34:23 35:19
   39:6
**smokey** 32:13
**smoke-damaged**
   39:19
**smoothly** 5:12
**Snuggle** 19:8
**softener** 19:10
**solid** 12:16
**sorry** 33:17 37:1
**sort** 34:13
**source** 36:16 37:5
   40:20 41:18
**South** 1:21
**space** 14:11,13 43:5
**speak** 6:14 16:21
   17:4 36:3,11,14,16
   36:24
**speaking** 37:1
**specific** 8:11,16,17
   19:2,16 22:18 37:10
**specifically** 7:24 24:7
   34:7 35:20
**specify** 34:15
**spot** 8:21
**Square** 1:15 2:3
**stairwell** 11:5
**standing** 36:1
**start** 10:22 20:21
**started** 7:6 31:21,23
   33:1,2,16,24 34:23
   34:24 35:19 36:7,22
**starting** 32:23
**state** 43:5

URSY A. VITALE

56

**STATES** 1:1
**stay** 8:14
**staying** 9:5
**stenographic** 46:5
**sticker** 30:14 41:13
**stickers** 3:15 29:23
   30:8,16,18
**stipulated** 4:2
**stipulations** 4:11
**store** 15:24
**stored** 16:3
**straight** 11:7
**Street** 1:21
**structural** 39:11
**stuff** 27:18
**subject** 5:1 41:1 43:9
**submit** 40:6
**submitted** 40:5
**Subscribed** 45:13
**substance** 45:8
**sudden** 34:22 35:18
**Suite** 1:16,22 2:4,8
**sun** 12:5,6,12,15,18
**supervision** 46:22
**sure** 6:10,18 21:1,20
   22:6,13 27:6 29:4
   29:10,18 31:18,20
   35:13
**sweep** 24:9,12,15
**sworn** 4:9 45:13

**T**

**T** 3:9 44:1
**take** 5:5 6:19 19:20
   20:24 21:3 23:14
   26:8 31:14 33:19
   34:2,3
**taken** 1:12 46:5
**talk** 16:21 24:23
   30:21 33:18 39:13
**talking** 13:8 20:17
   21:10 22:20,21
   23:19 33:3
**tarp** 38:12
**technical** 23:4 25:15
**technician** 25:18,20
   41:11,16

**tell** 8:22 29:15 31:2
   31:15 32:11 34:1
   35:20
**telling** 36:10
**terms** 28:21
**testified** 4:9 23:2,11
   23:12 25:14 41:1
**testimony** 30:12
**thick** 34:22
**things** 10:4 24:12
**think** 10:8 19:8 31:12
   34:17 36:20,20
   37:16 39:9 40:8
**thirty** 43:14
**thought** 32:1
**three** 1:15 2:3 7:18
   7:20,24 24:19 32:23
**till** 37:11
**time** 4:6 6:24 7:3 8:1
   8:4 13:9 17:13,20
   20:22 30:23 31:11
   31:12 33:19 34:3,6
   34:20 41:22
**times** 24:18,19
**today** 4:18 7:1
**told** 36:18 37:2 41:15
**top** 12:19,21,22 24:4
**total** 38:20,21
**towel** 21:3,18 31:5
**towels** 18:19
**Township** 1:15 2:4
**transcript** 1:12 5:7
   43:15,16 46:7,19
**transcription** 45:6
**trap** 21:11 22:10
   23:12
**traumatic** 33:17
**Tree** 2:8
**trial** 1:4 4:6 5:9
**true** 46:7
**truthful** 5:21
**try** 36:8
**trying** 8:19 10:8 13:4
   13:5 34:8 37:4
**tub** 13:14,15 16:12
**turn** 20:22
**twice** 18:13

**two** 14:2 24:19 29:9
   31:5
**type** 35:8 40:18 41:13
**typical** 18:16

**U**

**uh-huhs** 5:15
**ultimately** 31:10
**underneath** 34:13
   38:11
**understand** 5:24 6:21
   7:2,4 29:2
**understanding** 14:23
**understood** 5:20
**unh-unhs** 5:15
**uniform** 18:22
**United** 1:1,22
**upsetting** 34:9
**upward** 34:11
**Ursy** 1:5,9 3:5 4:8 7:9
   46:6
**use** 5:8,14 18:12 19:1
   19:5,10,20 21:17
   22:10,12 31:10
**user** 18:9 40:19
**usual** 4:11 18:23
**usually** 18:15 19:9
   21:22
**utility** 13:14,15 16:11
   16:12
**ut-oh** 34:17

**V**

**vacuum** 24:10,12,16
**Valley** 1:15 2:3
**varies** 19:3
**vent** 28:20
**venting** 16:20 17:1
**verbal** 5:14,17
**visible** 25:5 40:19
**visual** 19:21
**Vitale** 1:5,9 2:14 3:5
   4:8,15 7:9 9:19,22
   23:11 26:2 27:12
   29:11 30:21 40:15
   46:6
**Vitale-1** 3:11 9:23

47:1
**Vitale-2** 3:12 26:1,6
   41:6 48:1
**Vitale-3** 3:14 27:11
   27:16 49:1
**Vitale-4** 3:15 29:14
   50:1
**vs** 1:8

**W**

**waited** 37:16
**waiting** 36:2
**waived** 4:4
**walk** 10:24 11:4 33:1
**walking** 10:22
**wall** 13:20 14:4,5,6
   14:10,12,14,18,19
   14:20,24 15:1,3,6
   15:14,15 16:14 24:2
   24:22 25:9
**walls** 14:2 22:23
**want** 23:3,5 25:23
   27:18 30:21 32:14
**wanted** 37:3,5
**warning** 41:14
**washer** 13:19,20,22
   17:3,20 19:12,17
   24:1 30:4,5
**washing** 13:16 16:13
   19:14
**wasn't** 21:22 32:12
**water** 21:4
**way** 19:16 22:23
   23:15 25:21 37:5
   38:12
**Wednesday** 1:16
**week** 24:18,19
**weird** 34:22
**went** 12:4 22:12 32:8
   32:21 33:8,11,15,22
   34:18 36:7 38:15
**weren't** 20:4
**wet** 21:17
**We'll** 27:10
**we're** 4:18 6:3 34:3
**whatnot** 6:5
**window** 12:18 16:8,9

URSY A. VITALE

16:10,14
**windows** 11:2 16:7
**wipe** 24:3,6
**witness** 3:4 20:8 22:2
  23:6 24:11 26:10
  28:14 29:2 30:19
  42:8,11 43:1
**wood** 12:12,22
**wooden** 12:11,14,15
**word** 26:11
**work** 10:12 18:22
  25:21
**working** 39:9
**works** 7:3

**X**

**X** 3:3,9

**Y**

**yard** 38:13
**yeah** 14:6,11,11
  24:11
**years** 7:16 9:8 19:18
**yeses** 5:16

**1**

**1** 9:20
**10** 7:21 9:8 38:22,22
  38:24
**12** 15:16
**12:30** 37:12
**1400** 2:9
**1520** 1:22
**17th** 1:21
**1812** 7:9 9:11,23
**19002** 7:10
**19063** 2:9
**19103** 1:22
**19422** 2:5

**2**

**2** 26:3
**2:15-cv-01815-SD**
  1:4
**2010** 7:15 9:15
**2014** 7:23,24
**2015** 1:17

**2016** 46:7
**215** 1:23
**220** 1:16 2:4
**23** 1:17 46:6
**26** 3:1,12
**27** 3:14
**29** 3:15

**3**

**3** 27:13
**30** 1:21 43:14

**4**

**4** 3:6 29:12
**4th** 7:24 38:8
**40** 3:7
**47** 3:11
**48** 3:12
**49** 3:14

**5**

**50** 3:15
**512** 1:15 2:4
**564-1233** 1:23

**6**

**6:15** 1:17
**6:56** 42:12
**6035** 2:8

**9**

**9** 3:11