# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH AND URSY A. VITALE**<br>    Plaintiffs<br><br>    v.<br><br>**ELECTROLUX HOME PRODUCTS, INC.**<br>    Defendant | Civil Action No.:<br>2:15-cv-01815 SD |

### PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO PRECLUDE TESTIMONY OF MICHAEL R. STODDARD, JR. AND WILLIAM J. VIGILANTE, JR., PH.D.

Plaintiffs, Joseph and Ursy A. Vitale, by and through their attorneys, hereby file the foregoing Response in Opposition to Defendant's Motion to Preclude Testimony of Michael R. Stoddard, Jr. and William J. Vigilante, Jr., Ph.D. and rely on the attached Memorandum of Law in support thereof.

Respectfully submitted,

**de LUCA LEVINE, LLC**

BY:  *Patrick A. Hughes*

RAYMOND E. MACK, ESQUIRE
P.A. ID No. 91815
rmack@delucalevine.com
PATRICK A. HUGHES, ESQUIRE
P.A. ID No. 91415
phughes@delucalevine.com
Three Valley Square, Suite 220
Blue Bell, PA  19422
215-383-0081 (Main) / 215-3383-0082 (fax)
ATTORNEYS FOR PLAINTIFFS

Date:  April 3, 2017