IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH VITALE, et al : | |
| Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 15-cv-01815-RAL |
| ELECTROLUX HOME : | |
| PRODUCTS, INC: : | |
| Defendant. : | |

# **O R D E R**

**AND NOW**, this 13th day of August, 2018, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiffs' Omnibus Motion to Preclude Certain Evidence (ECF No. 47) is **GRANTED in part** and **DENIED in part**; Plaintiffs' Motion *in Limine* to Exclude Industry Standard Evidence and the Dryer Design Opinions of Randall Bills, P.E. (ECF No. 70) is **DENIED**; and Defendant's motions *in limine* (ECF Nos. 36, 41, 43, 44, 46, 48, 49, 50, 51, 52, and 53) are disposed of as follows: ECF No. 36 is **DENIED**, except that Mr. Stoddard may not testify as to whether having formal internal product safety standards or training is a standard of care in the area of dryer product design, nor may Mr. Stoddard opine as to any causal link between the absence of a formal internal product safety standards and the design flaws in the product; ECF No. 41 is **DENIED**, and the Vitales' cross-motion in response is **DENIED**; ECF No. 43 is **GRANTED**; ECF No. 44 is **GRANTED**; ECF No. 46 is **GRANTED**; ECF No. 48 and ECF No. 50 are **GRANTED in part**; ECF No. 49 is **GRANTED in part**; ECF No. 51 is **DENIED**; ECF No. 52 is **DENIED**; and ECF No. 53 is **DENIED**.

                                                     **SO ORDERED:**

                                                     */s/ Richard A. Lloret*
                                                     RICHARD A. LLORET
                                                     U.S. Magistrate Judge