# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH and URSY A. VITALE | : |
| | : NO. 2:15-cv-01815 SD |
| v. | : |
| | : JURY TRIAL DEMANDED |
| ELECTROLUX HOME PRODUCTS, INC. | : |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Joseph and Ursy A. Vitale, and Defendants, Electrolux Home Products, Inc., by and through their undersigned counsel, that this matter, is dismissed with prejudice, and that each party shall bear its own costs and attorney's fees.

| **de LUCA LEVINE LLC** | **NICOLSON LAW GROUP LLC** |
|---|---|
| **BY:** /s/ Patrick A. Hughes | **BY:** /s/ Cheryl M. Nicolson |
| RAYMOND E. MACK, ESQUIRE | CHERYL M. NICOLSON, ESQUIRE |
| PA ID No.: 91815 | PA ID No. 57422 |
| E-Mail: rmack@delucalevine.com | E-Mail: nicolson@nicolsonlawgroup.com |
| PATRICK A. HUGHES, ESQUIRE | MELISSA L. YEMMA, ESQUIRE |
| PA ID No.: 91415 | PA ID No. 92194 |
| E-Mail: phughes@delucalevine.com | E-Mail: yemma@nicolsonlawgroup.com |
| ATTORNEYS FOR PLAINTIFFS | Rose Tree Corporate Center II |
| Three Valley Square, Suite 220 | 1400 N. Providence Road, Suite 6035 |
| Blue Bell, PA 19422 | Media, PA 19063 |
| PH: (215) 383-0081/ Fax: (215) 383-0082 | PH: (610) 891-0300 |
| Attorneys for Plaintiffs, | Attorneys for Defendant, |
| Joseph and Ursy A. Vitale | Electrolux Home Products, Inc. |
| Dated: September 17, 2019 | Dated: September 17, 2019 |